1
2
3
4
5
6
7

8                                    UNITED STATES DISTRICT COURT

9                                  NORTHERN DISTRICT OF CALIFORNIA

10                                       SAN FRANCISCION DIVISION

11

12  MATSUSHITA ELECTRIC INDUSTRIAL CO.,  )   CASE NO.:  C-05-03148 MMC
    LTD.                                 )
13                                       )
               Plaintiff,                )
14                                       )   **[PROPOSED]** **ORDER GRANTING**
                                         )   **MISCELLANEOUS**
15        v.                             )   **ADMINISTRATIVE REQUEST TO**
                                         )   **WITHDRAW MICHAEL A. LADRA,**
16  MEDIATEK, INC., OPPO DIGITAL, INC., and )  **JAMES C. OTTESON AND JERRY**
    MICRO-STAR INTERNATIONAL             )   **CHEN AS ATTORNEYS FOR**
17  COMPUTER CORP.                       )   **DEFENDANTS MEDIATEK, INC.**
                                         )   **AND OPPO DIGITIAL, INC.,** *et al*.
18             Defendants.               )
                                         )
19

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE MISC. ADMIN. REQ. TO                                PALIB1_2740280_1.DOC
WITHDRAW M. LADRA, ET AL., AS DEFTS' ATTORNEYS
CASE NO. C-05-03148 MMC

1  The Court, having considered the Miscellaneous Administrative Request of Defendants
2  and Mediatek, Inc., Oppo Digital, Inc., *et al*. to withdraw Michael A. Ladra, James C. Otteson
3  and Jerry Chen as attorneys for Defendants, and for good cause appearing therein,

4  IT IS HEREBY ORDERED that Michael A. Ladra, James C. Otteson and Jerry Chen be
5  withdrawn as attorneys for Defendants and that Michael Ladra at mladra@wsgr.com, James C.
6  Otteson at jotteson@wsgr.com and Jerry Chen at jchen@wsgr.com be removed from the Court's
7  ECF e-mail service list for this matter.

8  IT IS SO ORDERED
9  Dated: October 14    , 2005

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE MISC. ADMIN. REQ. TO WITHDRAW M. LADRA, ET AL., AS DEFTS' ATTORNEYS
CASE NO. C-05-03148 MMC                -1-                PALIB1_2740280_1.DOC