1

JACK Q. LEVER (*Pro Hac Vice Pending)*
jlever@mwe.com

JEFFREY L. KESSLER (*Pro Hac Vice*)
jkessler@deweyballantine.com

2

SHAMITA D. ETIENNE (Cal. Bar No. 202090)
setienne@mwe.com

ANTHONY W. SHAW (*Pro Hac Vice*)
ashaw@deweyballantine.com

3

BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@mwe.com

ANDREW N. THOMASES (Cal. Bar No. 177339)
athomases@deweyballantine.com

4

JENNIFER L. YOKOYAMA (Cal. Bar No. 210387)
jyokoyama@mwe.com

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500

5

JAMES E. GLORE (Cal. Bar No. 215933)
jglore@mwe.com

East Palo Alto, CA 94303-2225
Telephone: 650.845.7000

6

MINN T. CHUNG (Cal. Bar No. 236261)
mchung@mwe.com

Facsimile: 650.845.7333

7

McDERMOTT WILL & EMERY LLP
3150 Porter Drive

8

Palo Alto, CA 94304-1212
Telephone: 650.813.5000

9

Facsimile: 650.813.5100

10

Attorneys for Plaintiffs and Counterclaim
Defendants

11

12

MATSUSHITA ELECTRIC INDUSTRIAL CO.,
LTD. and PANASONIC CORPORATION OF
NORTH AMERICA

13

14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

15

16

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD.,

CASE NO.  05-CV-3148-MMC

17

Plaintiffs,

Joint Stipulation Regarding Response to
Complaint; Order Thereon

18

v.

Honorable Maxine M. Chesney

19

MEDIATEK, INC., OPPO DIGITAL, INC.
and MICRO-STAR INTERNATIONAL

20

COMPUTER CORP.,

21

Defendants

22

MEDIATEK, INC.,

23

Counterclaimant,

24

v.

25

MATSUSHITA ELECTRIC INDUSTRIAL

26

CO., LTD. and PANASONIC
CORPORATION OF NORTH AMERICA

27

Counterclaim Defendants

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION REGARDING RESPONSE TO
COMPLAINT                                1          (CASE NO.  05-CV-3148-MMC )

1     Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd. ("MEI") and

2   Panasonic Corporation of North America ("Panasonic"), and MediaTek, Inc., Defendant and

3   Counterclaimant each through their counsel of record, agree as follows:

4          1.      Panasonic shall accept service of the Answer and Counterclaim filed

5   September 30, 2005 (the Complaint) as of the filing date of this Joint Stipulation.

6          IT IS HERBY STIPULATED THAT MEI and Panasonic shall have up to and

7   until November 4, 2005 to respond to the Answer and Counterclaim.

8
    Dated: October 19, 2005
9

                                                    Respectfully submitted,
10

11
                                        By:   /s/ Bijal V. Vakil
                                              JACK Q. LEVER
12                                            BIJAL V. VAKIL
                                              SHAMITA D. ETIENNE
13                                            JENNIFER L. YOKOYAMA
                                              JAMES E. GLORE
14                                            MINN T. CHUNG

15                                            McDERMOTT WILL & EMERY LLP
                                              3150 Porter Drive
16                                            Palo Alto, CA  94304-1212
                                              Telephone: 650.813.5000
17                                            Facsimile: 650.813.5100

18                                            JEFFREY L. KESSLER
                                              ANTHONY W. SHAW
19                                            ANDREW N. THOMASES

20                                            DEWEY BALLANTINE LLP
                                              1950 University Avenue, Suite 500
21                                            East Palo Alto, CA 94303-2225
                                              Telephone: 650.845.7000
22                                            Facsimile: 650.845.7333

23                                            Attorneys for Plaintiff and
                                              Counterdefendants MATSUSHITA
24                                            ELECTRIC CO., LTD. and
                                              PANASONIC CORPORATION OF
25                                            NORTH AMERICA

26

27

28

JOINT STIPULATION REGARDING RESPONSE TO
COMPLAINT                                    - 2 -              (CASE NO.  05-CV-3148-MMC )

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

Dated: October 19, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP


By: /s/ Kevin P.B. Johnson
    KEVIN P.B. JOHNSON
    Attorneys for Defendant and
    Counterclaimant
    MEDIATEK, INC.

IT IS SO ORDERED.


Dated: October 21, 2005

Hon. Maxine M. Chesney
United States District Court
Northern District of California

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION REGARDING RESPONSE TO
COMPLAINT                           - 3 -              (CASE NO.  05-CV-3148-MMC )