| | |
|---|---|
| SHAMITA D. ETIENNE (Cal. Bar No. 202090) setienne@mwe.com | JEFFREY L. KESSLER (*Pro Hac Vice*) jkessler@deweyballantine.com |
| BIJAL V. VAKIL (Cal. Bar No. 192878) bvakil@mwe.com | ANTHONY W. SHAW (*Pro Hac Vice*) ashaw@deweyballantine.com |
| JENNIFER L. YOKOYAMA (Cal. Bar No. 210387) jyokoyama@mwe.com | ANDREW N. THOMASES (Ca Bar #177339) athomases@deweyballantine.com |
| JAMES E. GLORE (Cal. Bar No. 215933) jglore@mwe.com | DEWEY BALLANTINE LLP 1950 University Avenue, Suite 500 |
| MINN T. CHUNG (Cal. Bar No. 236261) mchung@mwe.com | East Palo Alto, CA 94303-2225 Telephone: 650.845.7000 |
| McDERMOTT WILL & EMERY LLP 3150 Porter Drive Palo Alto, CA 94304-1212 Telephone: 650.813.5000 Facsimile: 650.813.5100 | Facsimile: 650.845.7333 |

Attorneys for Plaintiffs and Counterclaim Defendants

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC. and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants <br><br> MEDIATEK, INC., <br><br> Counterclaimant, <br><br> v. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and Panasonic Corporation of North America <br><br> Counterclaim Defendants | CASE NO. 05-CV-3148-MMC <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JACK Q. LEVER *PRO HAC VICE*** <br><br> Honorable Maxine M. Chesney |

**PROPOSED ORDER GRANTING PRO HAC VICE APPLICATION FOR JACK LEVER**      1      **CASE NO. 05-CV-3148-MMC**

1    JACK Q. LEVER, an active member in good standing of the bar of the District of
2    Columbia, having applied in the above-entitled action for admission to practice in the Northern
3    District of California on a *pro hac vice* basis, representing MATSUSHITA ELECTRIC
4    INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA in the
5    above-entitled action,

6    IT IS HEREBY ORDERED that the application is granted, subject to the terms and
7    conditions of Civil L.R. 11-3.  All papers filed by the attorney shall indicate appearance *pro hac*
8    *vice*.  Service of papers upon and communication with co-counsel designated in the application
9    shall constitute notice to the party.  All future filings in this action are subject to the requirements
10   contained in General Order No. 45, Electronic Case Filing.

11   Dated: October 21, 2005

12   _____
     Hon. Maxine M. Chesney
13   United States District Court
     Northern District of California

15   MPK 99086-1.071116.0036

PROPOSED ORDER GRANTING
PRO HAC VICE APPLICATION FOR          - 2 -          CASE NO.  05-CV-3148-MMC
JACK LEVER