1  ANDREW N. THOMASES (Bar No. 177339)
   athomases@deweyballantine.com
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303-2225
   Telephone: (650) 845-7000
4  Facsimile: (650) 845-7333

5  JEFFREY L. KESSLER (*Pro Hac Vice*)
   jkessler@deweyballantine.com
6  DEWEY BALLANTINE LLP
   1301 Avenue of the Americas
7  New York, NY 10019-6092
   Telephone: (212) 259-8000
8  Facsimile: (212) 259-6333

9  JACK Q. LEVER (*Pro Hac Vice*)
   jlever@mwe.com
10 McDERMOTT WILL & EMERY LLP
   600 13th Street, N.W. 12th Floor
11 Washington, DC 20005-3096
   Telephone: (202) 756-8000
12 Facsimile: (202) 756-8087

13 SHAMITA D. ETIENNE-CUMMINGS
   (Bar No. 202090)
14 setienne@mwe.com
   McDERMOTT WILL & EMERY LLP
15 3150 Porter Drive
   Palo Alto, CA 94304-1212
16 Telephone: (650) 813-5000
   Facsimile: (650) 813-5100

17
   Attorneys for MATSUSHITA ELECTRIC
18 INDUSTRIAL CO., LTD. and PANASONIC
   CORPORATION OF NORTH AMERICA

KEVIN P.B. JOHNSON (Bar No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

ADRIAN M. PRUETZ (Bar No. 118215)
adrianpruetz@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for MEDIATEK, INC.,
OPPO DIGITAL, INC., and MSI COMPUTER
CORP. (sued as Micro-Star International
Computer
Corp.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | CASE NO. 05-CV-3148-MMC <br><br> JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND LITIGATION DEADLINES; <br><br> DECLARATION OF EUGENE T. CHEN |

| | |
|---|---|
| MEDIATEK, INC., | |
|         Counterclaimant, | |
|         vs. | |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, | |
|         Counterdefendants. | |

WHEREAS, pursuant to the Patent Local Rules of this Court, the parties are to make the following disclosures and exchanges of discovery on the specified dates:

| | |
|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions & Accompanying Document Production (Pat. L.R. 3-1 & 3-2) | December 23, 2005 |
| Preliminary Invalidity Contentions & Accompanying Document Production (Pat. L.R. 3-3 & 3-4) | February 6, 2006 |
| Exchange of Proposed Terms and Claim Elements for Construction (Pat. L.R. 4-1) | February 21, 2006 |

WHEREAS, the parties have mutually agreed to brief extensions of the deadlines for these disclosures and exchanges of discovery to accommodate the holiday season and the upcoming Chinese New Year (a national holiday in Taiwan); and

WHEREAS, the brief extensions of deadlines will not otherwise alter or delay the litigation schedule set by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, and subject to the Court's approval, that the following disclosures and exchanges of discovery shall be extended as follows:

| Disclosure of Asserted Claims and Preliminary Infringement Contentions & Accompanying Document Production (Pat. L.R. 3-1 & 3-2) | January 6, 2006 |
|---|---|
| Preliminary Invalidity Contentions & Accompanying Document Production (Pat. L.R. 3-3 & 3-4) | February 13, 2006 |
| Exchange of Proposed Terms and Claim Elements for Construction (Pat. L.R. 4-1) | February 24, 2006 |

DATED: December 20, 2005    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Kevin P.B. Johnson
Kevin P.B. Johnson
Attorneys for Defendants and Counterclaimant
MEDIATEK, INC., OPPO DIGITAL, INC., and
MSI COMPUTER CORP. (erroneously sued as
Micro-Star International Computer Corp.)

DATED: December 20, 2005    DEWEY BALLANTINE LLP

By /s/
Attorneys for Plaintiff and Counterdefendants
MATSUSHITA ELECTRIC INDUSTRIAL
CORP., LTD. and PANASONIC CORPORATION
OF NORTH AMERICA

1  ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: December 21, 2005

_____
The Honorable Maxine M. Chesney
United States District Judge