IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>  Plaintiff,<br>  v.<br><br>MEDIATEK, INC., et al.,<br><br>  Defendant<br>_____/ | No. C 05-3148 MMC<br><br>**ORDER DIRECTING MATSUSHITA AND PANASONIC TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On January 27, 2006, plaintiff/counterclaim defendant Matsushita Electric Industrial Co., Ltd. ("Matsushita") and counterclaim defendant Panasonic Corporation of North America ("Panasonic") electronically filed their Reply in Support of Matsushita and Panasonic's Motion to Sever Mediatek's Patent Infringement Counterclaim and Transfer It to the District of Delaware.  Matsushita and Panasonic have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Matsushita and Panasonic are hereby ORDERED to comply with General Order 45

and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Matsushita and Panasonic are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  February 1, 2006

_____
MAXINE M. CHESNEY
United States District Judge