1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Kevin Johnson (Bar No. 177129)
2  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-2139
3  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
4  E-Mail:       kevinjohnson@quinnemanuel.com

5  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
6  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
7  Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100
8  E-Mail:       adrianpruetz@quinnemanuel.com

9  Attorneys for Defendants and Counterclaimant
   MEDIATEK, INC., OPPO DIGITAL, INC., and
10 MSI COMPUTER CORP. (erroneously sued as
   Micro-Star International Computer Corp.)

11

12
                        UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                             SAN FRANCISCO DIVISION
15

16 | MATSUSHITA ELECTRIC INDUSTRIAL      | CASE NO. 05-CV-3148-MMC
   | CO., LTD.,                          |
17 |                                     | **ORDER RE: ADMINISTRATIVE
   |            Plaintiff,               | MOTION REQUESTING
18 |                                     | CLARIFICATION OF CLAIM
   |       vs.                           | CONSTRUCTION PROCEDURES**
19 | MEDIATEK, INC., OPPO DIGITAL, INC., |
   | and MICRO-STAR INTERNATIONAL        |
20 | COMPUTER CORP.,                     |

21              Defendants.

22 MEDIATEK, INC.,

23              Counterclaimant,

24         vs.

25 MATSUSHITA ELECTRIC INDUSTRIAL
   CO., LTD. and PANASONIC
26 CORPORATION OF NORTH AMERICA,

27              Counterdefendants.

28

1  Having considered the Administrative Motion Requesting Clarification of Claim
2  Construction Procedures brought by Matsushita Electric Industrial Co., Ltd.("Matsushita") and
3  Panasonic Corporation of North America ("Panasonic"),
4      IT IS HEREBY ORDERED:
5      The motion is denied.  Matsushita and Panasonic shall negotiate in good faith under Patent
6  L.R. 4-1 concerning the list of claim terms and under Patent L.R. 4-2 concerning the exchange of
7  proposed constructions for the claim terms identified by each side as requiring construction.  The
8  parties must make the required exchanges under Patent L.R. 4-2 on Monday, March 20, 2006.

DATED:  March 13, 2006

_____
The Honorable Maxine M. Chesney
United States District Court Judge