MARK MALIN (Cal. Bar No. 199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

SHAMITA D. ETIENNE-CUMMINGS
(Cal. Bar No. 202090)
setienne@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Plaintiff and Counterclaim
Defendant MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD. and Counterclaim
Defendant PANASONIC CORPORATION OF
NORTH AMERICA

RECEIVED

06 MAR 30 AM 9:27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br>v.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>Defendants.<br><br>MEDIATEK, INC.<br><br>Counterclaimant,<br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Counterclaim Defendants. | Case No.: 05-CV-3148-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

-1-

Bryon Wasserman, an active member in good standing of the bars of the State of California and the District of Columbia, whose business address and telephone number is 1775 Pennsylvania Ave NW, Washington, DC 20006-4605; Telephone: (202) 862-1000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd. and Counterclaim Defendant Panasonic Corporation of North America,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR 30 2006

By: _____
HON. MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

-2-

[Proposed] Order Granting Application
for Admission of Attorney Pro Hac Vice
Case No: 05-CV-3148-MMC