MARK MALIN (Cal. Bar No. 199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

SHAMITA D. ETIENNE-CUMMINGS
(Cal. Bar No. 202090)
setienne@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Plaintiff and Counterclaim
Defendant MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD. and Counterclaim
Defendant PANASONIC CORPORATION OF
NORTH AMERICA

RECEIVED
06 MAR 30 AM 9: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.<br><br>　　　　Plaintiff,<br>　　v.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.<br><br>　　　　Defendants.<br><br>MEDIATEK, INC.<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Counterclaim Defendants. | Case No.: 05-CV-3148-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

-1-

1    Michelle Lo, an active member in good standing of the bar of the State of New
2    York, whose business address and telephone number is 1301 Avenue of the Americas, New
3    York, NY 10019-6092; Telephone: (212) 259-8000, having applied in the above-entitled action
4    for admission to practice in the Northern District of California on a *pro hac vice* basis,
5    representing Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd. and
6    Counterclaim Defendant Panasonic Corporation of North America,

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8    and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9    *hac vice.* Service of papers upon and communication with co-counsel designated in the
10   application will constitute notice to the party. All future filings in this action are subject to the
11   requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:  MAR 3 0 2006         By /s/ Maxine M. Chesney
                                HON. MAXINE CHESNEY
                                UNITED STATES DISTRICT JUDGE

-2-