1 MARK MALIN (Cal. Bar No. 199757)
mmalin@deweyballantine.com
2 DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
3 East Palo Alto, California 94303-2225
Telephone: (650) 845-7000
4 Facsimile: (650) 845-7333

5 SHAMITA D. ETIENNE-CUMMINGS
(Cal. Bar No. 202090)
6 setienne@mwe.com
McDERMOTT WILL & EMERY LLP
7 3150 Porter Drive
Palo Alto, California 94304-1212
8 Telephone: (650) 813-5000
Facsimile: (650) 813-5100
9
Attorneys for Plaintiff and Counterclaim
10 Defendant MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD. and Counterclaim
11 Defendant PANASONIC CORPORATION OF
NORTH AMERICA

RECEIVED

06 MAR 30 AM 9:26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br>v.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.<br><br>Defendants.<br><br>MEDIATEK, INC.<br><br>Counterclaimant,<br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Counterclaim Defendants. | Case No.: 05-CV-3148-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
|---|---|

-1-

1   Jason Clark, an active member in good standing of the bar of the State of New
2   York, whose business address and telephone number is 1301 Avenue of the Americas, New
3   York, NY 10019-6092; Telephone: (212) 259-8000, having applied in the above-entitled action
4   for admission to practice in the Northern District of California on a *pro hac vice* basis,
5   representing Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd. and
6   Counterclaim Defendant Panasonic Corporation of North America,

7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9   *hac vice*. Service of papers upon and communication with co-counsel designated in the
10  application will constitute notice to the party. All future filings in this action are subject to the
11  requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR 3 0 2006

By _____
HON. MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

-2-

[Proposed] Order Granting Application
for Admission of Attorney Pro Hac Vice
Case No: 05-CV-3148-MMC