IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br> MEDIATEK, INC., et al., <br><br> Defendants / | No. C-05-3148 MMC <br><br> **ORDER CONTINUING TUTORIAL; MODIFYING TIME FOR TUTORIAL** |

    Due to the Court's unavailability, the tutorial in the above-titled action is hereby CONTINUED from July 10, 2006 to July 17, 2006.

    Although the tutorial will begin at 9:00 a.m. as originally scheduled, the total time for such proceeding is hereby MODIFIED to three hours, with each side being allotted one and a half hours.

**IT IS SO ORDERED.**

Dated: May 19, 2006

MAXINE M. CHESNEY
United States District Judge