| | |
|---|---|
| Mark Malin (Bar No. 199757)<br>mmalin@deweyballantine.com<br>DEWEY BALLANTINE LLP<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA 94303-2225<br>Tel: (650) 845-7000; Fax: (650) 845-7333 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART OLIVER &<br>HEDGES LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139<br>Tel: (650) 801-5000; Fax: (650) 801-5100 |
| Shamita D. Etienne-Cummings (Bar No. 202090)<br>setienne@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Tel: (650) 813-5000; Fax: (650) 813-5100 | Attorneys for Defendant and Counterclaimant MEDIATEK, INC., and Defendants OPPO DIGITAL, INC., and MSI COMPUTER CORP. (sued as Micro-Star International Computer Corp.) |

Attorneys for Plaintiff and Counter Defendant MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and Counter Defendant PANASONIC CORPORATION OF NORTH AMERICA

*(See signature page for list of additional counsel)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>　　　　Defendants.<br><br>MEDIATEK, INC.,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>　　　　Counter defendants. | Case No. 05-CV-3148-MMC<br><br>**JOINT STIPULATION, ADMINISTRATIVE REQUEST AND ORDER TO BRING EQUIPMENT INTO COURTROOM**<br><br>**[CIVIL L.R. 7-11, 7-12]**<br><br>Judge:　The Honorable Maxine M. Chesney<br>Date:　　July 14, 17, 2006<br>Time:　　N/A<br>Ctrm:　　7, 19th floor |

Case No. 05-CV-3148-MMC
JOINT STIPULATION, ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER TO BRING EQUIPMENT INTO COURTROOM

Pursuant to Civil Local Rules 7-11 and 7-12, Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, MediaTek, Inc., Oppo Digital, Inc. and MSI Computer Corp. respectfully request the Court's permission to bring the following equipment into the courtroom on Friday, July 14, 2006 at 2:00 p.m. to set up the equipment for the technology tutorial ("tutorial") and on Monday, July 17, 2006 at 8:15 a.m. to finalize the setup for the tutorial:

- Laptop computers
- Computer speakers
- Video projectors
- ELMO style overhead projectors
- Projector screens
- Projector carts
- Computer monitor switch boxes
- Poster or flip boards.

Dated: July 10, 2006

DEWEY BALLANTINE LLP

_____/s/_____
Lisa B. Deutsch

Lisa B. Deutsch (*pro hac vice*)
  ldeutsch@deweyballantine.com
Jeffrey L. Kessler (*pro hac vice*)
  jkessler@deweyballantine.com
Aldo A. Badini (*pro hac vice*)
  abadini@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

Anthony W. Shaw (*pro hac vice*)
  ashaw@deweyballantine.com
DEWEY BALLANTINE LLP
1775 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 862-1000; Fax: (202) 862-1093

Dated: July 10, 2006

QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP

_____/s/_____
Eric Huang

Adrian M. Pruetz (Bar No. 118215)
  adrianpruetz@quinnemanuel.com
Eugene T. Chen (Bar No. 202255)
  eugenechen@quinnemanuel.com
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel.: (213) 443-3000; Fax: (213) 443-3100

Eric Huang (*pro hac vice*)
  erichuang@quinnemanuel.com
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York, 10017-4611
Tel.: (212) 849-7000; Fax: (212) 849-7100

| | |
|---|---|
| 1  Jack Q. Lever (*pro hac vice*)<br>     jlever@mwe.com<br>2  McDERMOTT WILL & EMERY LLP<br>   600 13th Street, N.W., 12th Floor<br>3  Washington, D.C. 20005-3096<br>   Tel: (202) 756-8000; Fax: (202) 756-8087<br>4<br>   David M. Stein (Bar No. 198256)<br>5    dstein@mwe.com<br>   Jennifer L. Yokoyama (Bar No. 210387)<br>6    jyokoyama@mwe.com<br>   McDERMOTT WILL & EMERY LLP<br>7  18191 Von Karman Avenue, Suite 500<br>   Irvine, CA 92612-7107<br>8  TEL: (949) 851.0633; FAX: (949) 851-9348 | Attorneys for Defendant and Counterclaimant<br>MEDIATEK, INC. AND DEFENDANTS<br>OPPO DIGITAL, INC., AND MSI<br>COMPUTER CORP. |

Attorneys for Plaintiff and Counter Defendant
MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD. and Counter Defendant
PANASONIC CORPORATION OF NORTH
AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: July 11, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT