United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

MEDIATEK, INC., et al.,

    Defendants

———————————————————

MEDIATEK, INC,

    Counterclaimant,

v.

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.

    Counterclaim Defendants
———————————————————/

No. C 05-3148 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE COUNTERCLAIM DEFENDANTS' MOTION TO COMPEL, COUNTERCLAIM DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF, DEFENDANT/ COUNTERCLAIMANT'S MOTION TO COMPEL, AND DEFENDANT/ COUNTERCLAIMANT'S ADMINISTRATIVE MOTION**

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that counterclaim defendants' motion to compel, filed September 29, 2006, counterclaim defendants' motion for administrative relief, filed September 29, 2006, defendant/counterclaimant's motion to compel, filed October 3, 2006, defendant/counterclaimant's administrative motion, filed October 3, 2006, and all further discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.[1]

---

[1] The hearing scheduled by counterclaim defendants for November 3, 2006 before the undersigned and the hearing scheduled by defendant/counterclaimant for November 17, 2006 before the undersigned are VACATED.

1 | Counsel will be advised of the date, time and place of the next appearance by notice
2 | from the assigned Magistrate Judge's chambers.
3 | **IT IS SO ORDERED**.

Dated: October 4, 2006

_____
MAXINE M. CHESNEY
United States District Judge