UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>        Plaintiff,<br><br>    vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>        Defendants.<br><br>MEDIATEK, INC.,<br><br>        Counterclaimant,<br><br>    vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>        Counterdefendants. | CASE NO. 05-CV-3148-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL SEPARATE STATEMENT AND EXHIBITS B, C, F, G, N AND P TO THE DECLARATION OF EUGENE T. CHEN IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT MEDIATEK, INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND SOURCE CODE<br><br>Judge: The Honorable Maxine M. Chesney |

The Court, having considered the Unopposed Administrative Motion To File Under Seal Separate Statement and Exhibits B, C, F, G, N And P To The Declaration Of Eugene T. Chen In Support Of Defendant And Counterclaimant MediaTek, Inc.'s Motion To Compel The Production Of Documents And Source Code, and good cause appearing,

1  **IT IS HEREBY ORDERED** that the Administrative Motion To File Under Seal is
2  **GRANTED**.  The Court shall file under seal the following documents:
3  •   Exhibits B, C, F, G, N and P to the Declaration Of Eugene T. Chen In
4  Support Of Defendant And Counterclaimant MediaTek, Inc.'s Motion To Compel The Production
5  Of Documents And Source Code;
6  •   the Separate Statement In Support of Defendant And Counterclaimant
7  MediaTek, Inc.'s Motion to Compel the Production of Documents and Source Code.
8  IT IS SO ORDERED.
9  DATED: ~~November ___, 2006~~
   October 5, 2006

The ~~Honorable Maxine M. Chesney~~
United States District Court Judge

[Stamp: Judge Joseph C. Spero, United States District Court, Northern District of California]

14  DATED:  October 3, 2006            Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/s/_____
Kevin P.B. Johnson
Attorneys for Defendants and Counterclaimant
MEDIATEK, INC., OPPO DIGITAL, INC., and
MSI COMPUTER CORP. (erroneously sued as
Micro-Star International Computer Corp.)