1  Jeffrey L. Kessler (*Pro Hac Vice*)
   jkessler@deweyballantine.com
2  Aldo A. Badini (*Pro Hac Vice*)
   abadini@deweyballantine.com
3  Lisa B. Deutsch (*Pro Hac Vice*)
   ldeutsch@deweyballantine.com
4  DEWEY BALLANTINE LLP
   1301 Avenue of the Americas
5  New York, New York 10019-6092
   Telephone: 212 259-8000
6  Facsimile: 212 259-6333

7  Shamita D. Etienne-Cummings (Bar No. 202090)
   setienne@mwe.com
8  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
9  Palo Alto, CA  94304-1212
   Telephone:  (650) 813-5000
10 Facsimile:  (650) 813-5100

11 Attorneys for MATSUSHITA ELECTRIC
   INDUSTRIAL CO., LTD. and PANASONIC
12 CORPORATION OF NORTH AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. | Case No. 05-CV-3148-MMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PANASONIC'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP. | |
| Defendants. | |
| MEDIATEK, INC. | Judge: The Honorable Maxine M. Chesney<br>Date: November 3, 2006<br>Time: 9:00 am<br>Ctrm: 7, 19th floor |
| Counterclaimant, | |
| v. | |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, | |
| Counterclaim Defendants. | |

**[~~PROPOSED~~] ORDER GRANTING PANASONIC'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

Having considered Matsushita Electric Industrial Co., Ltd. ("MEI") and Panasonic Corporation of North America's ("PNA") (together "Panasonic") Motion to File Documents Under Seal, along with any opposition filed by Defendants MediaTek, Inc., MSI Computer Corp., and OPPO Digital, Inc. (collectively "Defendants"), the Court finds that good cause exists for granting Panasonic's Motion.

IT IS SO ORDERED.

Dated: October 10, 2006



THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
MAGISTRATE

–2–