UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | CASE NO. 05-CV-3148-MMC <br><br> COMMISSION TO TAKE DEPOSITIONS IN JAPAN <br><br> Judge: The Honorable Maxine M. Chesney |
| MEDIATEK, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterdefendants. | |

1  To Any Consul Or Vice-Consul Of The United States Of America At Osaka-Kobe, Japan:

2  Pursuant to Article 17 of the United States - Japan Consular Convention, you have
3  been duly appointed and you are hereby authorized to preside over the oral depositions of the
4  following witnesses, who will appear voluntarily, beginning on or about October 30, 2006,
5  through November 1, 2006, Saturdays, Sundays, and holidays excluded, at the United States
6  Consulate in Osaka-Kobe, Japan:  (1) Michihiro Yamane; (2) Shinji Taguchi; and (3) Takahide
7  Okada.

8  The employer and business address for each of these witnesses is as follows:  (1)
9  Michihiro Yamane, Panasonic Shikoku Electronics Co., Ltd., 247 Fukutake, Saijo, Ehime, 793-
10 8510 Japan; (2) Shinji Taguchi, PT Panasonic Shikoku Electronics Indonesia (PSECI), Kawasan
11 Industri MM2100 Blok O-1, Cikarang Barat, Bekasi 17520 Indonesia; and (3) Takahide Okada,
12 Matsushita Electric Industrial Co., Ltd., 1 Kotari-yakemachi, Nagaokakyo City, Kyoto 617-8520
13 Japan.

14 You are further duly appointed and hereby authorized to cause their testimony to be
15 reduced to writing and to cause to have marked any documentary exhibits in connection therewith.
16 The parties anticipate having the transcripts of the depositions prepared and distributed among the
17 interested parties by the Court Reporter who will transcribe the depositions.  However, if
18 necessary, you are duly appointed and hereby authorized to cause the depositions to be signed by
19 said witnesses and to annex said deposition testimony to your commission and close the same
20 under your seal and make return thereof to this Court with all convenient speed.

21 DATED:  October 17, 2006

23 _____
    The Honorable Maxine M. Chesney
24  United States District Court Judge