| | |
|---|---|
| 1  Jeffrey L. Kessler (*Pro Hac Vice*) | Kevin P.B. Johnson (177129) |
|     jkessler@deweyballantine.com | kevinjohnson@quinnemanuel.com |
| 2  Aldo A. Badini (*Pro Hac Vice*) | QUINN EMANUEL URQUHART |
|     abadini@deweyballantine.com | OLIVER & HEDGES LLP |
| 3  Lisa B. Deutsch (*Pro Hac Vice*) | 555 Twin Dolphin Drive, Suite 560 |
|     ldeutsch@deweyballantine.com | Redwood Shores, California 94065-2139 |
| 4  DEWEY BALLANTINE LLP | Tel: (650) 801-5000; Fax: (650) 801-5100 |
|     1301 Avenue of the Americas | |
| 5  New York, New York 10019-6092 | Attorneys for Defendant and Counterclaimant |
|     Telephone: 212 259-8000 | MEDIATEK, INC., and Defendants |
| 6  Facsimile: 212 259-6333 | OPPO DIGITAL, INC., and MSI COMPUTER |
|   | CORP. (sued as Micro-Star International |
| 7  Shamita D. Etienne-Cummings (202090) | Computer Corp.) |
|     setienne@mwe.com | |
| 8  McDERMOTT WILL & EMERY LLP | |
|     3150 Porter Drive | |
| 9  Palo Alto, CA  94304-1212 | |
|     Telephone:  (650) 813-5000 | |
| 10 Facsimile:  (650) 813-5100 | |

11  Attorneys for MATSUSHITA ELECTRIC
    INDUSTRIAL CO., LTD. and PANASONIC
12  CORPORATION OF NORTH AMERICA

13              **UNITED STATES DISTRICT COURT**

14       **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. | Case No. 05-CV-3148-MMC |
|  | DENYING |
|  | **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION FOR SHORTENED PERIOD OF TIME FOR THE PARTIES TO BRIEF, AND FOR THE COURT TO HEAR:** |
| Plaintiff, | |
| v. | |
| MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP. | **(1) PANASONIC'S MOTION TO COMPEL; AND (2) DEFENDANTS' MOTION TO COMPEL** |
| Defendants. | |
| MEDIATEK, INC. | Judge: Magistrate Judge Joseph C. Spero |
| Counterclaimant, | |
| v. | |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, | |
| Counterclaim Defendants. | |

1    Pursuant to the stipulation of the parties, IT IS ORDERED AS FOLLOWS:

2    1.    Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North
3    America (together "Panasonic") and MediaTek, Inc., MSI Computer Corp., and OPPO Digital,
4    Inc. (collectively "Defendants") are relieved from the in-person meeting in the Courtroom A
5    Jury Room within 14 days between lead trial counsel required by the October 6, 2006 Notice
6    and Order.

7    2.    Senior counsel knowledgeable about the outstanding discovery disputes for the
8    parties will meet and confer in person on October 18, 2006 at the Redwood Shores office of
9    Quinn Emanuel in an effort to resolve the outstanding discovery disputes addressed in the
10   parties' pending motions to compel.

11   3.    Panasonic's Motion to Compel shall be heard on November 9, 2006, at 2:00 p.m.,
12   before Magistrate Judge Joseph C. Spero.

13   4.    Defendants' Motion to Compel shall also be heard on November 9, 2006, at 2:00
14   p.m., before Magistrate Judge Joseph C. Spero.

15   5.    Panasonic's Motion to Compel shall be heard first in order on the day of hearing.

16   6.    All responses to the parties' motions to compel shall be filed on or before October
17   20, 2006.

18   7.    Any replies shall be filed on or before October 27, 2006.

19   Dated: October 19, 2006



_____
Magistrate Judge, United States District Court

1

Case No. 05-CV-3148 MMC
[Proposed] Order Granting Parties' Stipulation for Shortened Period of Time to Hear Discovery Motions