**United States District Court**
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6  MATSUSHITA ELECTRIC INDUSTRIAL          Case No.  C05-3148 MMC (JCS)
   CO., LTD.,
7
                                           **ORDER SETTING DATE FOR LEAD**
8       Plaintiff(s),                      **TRIAL COUNSEL, IN PERSON, MEET-**
                                           **AND-CONFER HEARING**
9       v.

10  MEDIATEK, INC., ET AL,

11       Defendant(s).
    _____/
12

13        IT IS HEREBY ORDERED that lead trial counsel for Plaintiff and lead trial counsel for

14  Defendant shall appear on **Monday, October 30, 2006, at 9:30 a.m.,** at 450 Golden Gate Avenue,

15  Courtroom A Jury Room, 15th Floor, 450 Golden Gate Avenue, San Francisco, California in an

16  effort to resolve the outstanding discovery motions.

17        IT IS HEREBY FURTHER ORDERED that the detailed Joint Letter brief shall be filed by

18  **Noon, on Friday, November 3, 2006.**

19        IT IS SO ORDERED.

20

21  Dated:  October 19, 2006

22                                         _____
                                           JOSEPH C. SPERO
23                                         United States Magistrate Judge

24

25

26

27

28