# DEWEY BALLANTINE LLP

1301 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK  10019-6092

TEL   212 259-8000   FAX   212 259-6333

JEFFREY L. KESSLER
212 259 8050
jkessler@deweyballantine.com

October 26, 2006

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:   *Matsushita Electric Industrial Co., Ltd. v. MediaTek, Inc., et al.*
            Case No. 05-CV-3148-MMC (JCS)

Dear Judge Spero:

      We write in connection with (1) Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America's Motion to Compel Production of Documents, Provide Full and Complete Interrogatory Responses And Provide Corporate Witnesses to Testify Regarding Certain Topics, or Alternatively Be Precluded from Relying on Withheld Materials and (2) Defendant and Counterclaimant MediaTek, Inc.'s Motion to Compel the Production of Documents and Source Code.

      I am lead counsel for Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America and write on my own behalf and also with the full approval and consent of Adrian Pruetz, who we are informed is co-lead counsel for MediaTek, Inc., OPPO Digital, Inc. and MSI Computer Corp.  Ms. Pruetz has reviewed and approved this letter.

      Confirming our telephone conversation with your clerk today, we are happy to report that in connection with the mediation in Hawaii before Judge Antonio Piazza, we have personally met and resolved 12 of the 14 issues pending in both of the motions to compel.  Therefore, we have determined that the parties need to address only the two open issues in their response papers which are due this Friday, October 27, 2006. We are continuing to work on these remaining two issues and are hopeful that these issues will also be resolved before the hearing date on November 17, 2006.

      I am unavailable on Monday, October 30, 2006 because I am taking part in a previously scheduled deposition preparation and deposition that cannot be rescheduled.  Accordingly, we respectfully request that we be relieved from the

The Honorable Joseph C. Spero
October 26, 2006
Page 2

obligation to appear personally in your jury room on Monday, October 30, 2006 and instead request that we be so ordered to appear on the afternoon of Tuesday, November 7, 2006 assuming that the remaining two issues are not resolved by then.  We have been advised by your deputy clerk that this date is being held for us.  Moreover, we have no objection to the appearance of Kevin Johnson, Defendants' co-lead counsel, on this date, because Ms. Pruetz is unavailable.  We would then submit a joint letter to the Court within five business days following this meet and confer in your jury room if any issues remain.

          We sincerely believe that this schedule gives us the maximum opportunity to attempt to resolve all remaining issues in advance of the scheduled hearing date.

          Respectfully submitted,


          Jeffrey L. Kessler


cc:  Counsel of Record

IT IS HEREBY ORDERED that the lead trial counsel meet-and-confer session set for October 30, 2006, at 9:30 a.m., has been continued to November 7, 2006, at 9:30 a.m.  Jeffrey Kessler, lead trial counsel for Plaintiff, and Kevin Johnson, co-lead trial counsel for Defendants', shall appear, in person.

IT IS SO ORDERED.

Dated: October 27, 2006

