1  Mark Malin (Bar No. 199757)
   mmalin@deweyballantine.com
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303-2225
   Telephone: (650) 845-7000
4  Facsimile: (650) 845-7333

5  Shamita D. Etienne-Cummings (Bar No. 202090)
   setienne@mwe.com
6  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
7  Palo Alto, CA 94304-1212
   Telephone: (650) 813-5000
8  Facsimile: (650) 813-5100

9
   *(See signature page for list of additional counsel)*
10
   Attorneys for MATSUSHITA ELECTRIC
11 INDUSTRIAL CO., LTD. and PANASONIC
   CORPORATION OF NORTH AMERICA
12
                  **UNITED STATES DISTRICT COURT**
13
        **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**
14

15 MATSUSHITA ELECTRIC INDUSTRIAL CO., )
   LTD.                                )   Case No. 05-CV-03148-MMC
16                                     )
                                       )
17          Plaintiff,                 )   [~~PROPOSED~~] ORDER GRANTING
        vs.                            )   UNOPPOSED ADMINISTRATIVE
                                       )   MOTION TO FILE UNDER SEAL EXHIBIT
18 MEDIATEK, INC., OPPO DIGITAL, INC., and )   D TO THE DECLARATION OF TYLER J.
   MICRO-STAR INTERNATIONAL COMPUTER )   WOODS IN SUPPORT OF PANASONIC'S
19 CORP.                               )   OPPOSITION TO MEDIATEK, INC.'S
                                       )   MOTION TO COMPEL THE PRODUCTION
20          Defendants.                )   OF DOCUMENTS AND SOURCE CODE
                                       )
21 MEDIATEK, INC.                      )   Date:    November 17, 2006
                                       )   Time:    9:00 a.m.
22          Counterclaimant,           )   Before:  Honorable Joseph C. Spero
                                       )   Location: Courtroom A, 15th Floor
23      vs.                            )
                                       )
24 MATSUSHITA ELECTRIC INDUSTRIAL CO., )
   LTD. and PANASONIC CORPORATION OF   )
25 NORTH AMERICA,                      )
                                       )
26          Counterclaim Defendants.   )

27

28

[~~Proposed~~] Order                                    (CASE NO. 05-CV-3148-MMC)

1   Having considered Panasonic's Unopposed Administrative Motion To File Under Seal
2   Exhibit D To The Declaration Of Tyler J. Woods In Support Of Panasonic's Opposition To
3   MediaTek's Motion To Compel The Production Of Documents And Source Code, and good
4   cause appearing:

5   IT IS ORDERED that Panasonic's Unopposed Administrative Motion To File Under Seal
6   Exhibit D To The Declaration Of Tyler J. Woods In Support Of Panasonic's Opposition To
7   MediaTek's Motion To Compel The Production Of Documents And Source Code GRANTED.

8   The Court shall file Exhibit D to the Declaration of Tyler J. Woods In Support Of
9   Panasonic's Opposition To MediaTek's Motion To Compel The Production Of Documents And
10  Source Code under seal.

11  IT IS SO ORDERED.

12  DATED: __October 30__, 2006

13  _____
    The Honorable Joseph C. Spero
14  United States Magistrate Judge



[Proposed] Order

- 2 -

(CASE NO. 05-CV-3148-MMC)