DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>        Plaintiff,<br><br>        v.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.<br><br>        Defendants. | Case No. 05-CV-3148-MMC [JCS]<br><br>**[PROPOSED] ORDER GRANTING PANASONIC'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |
| MEDIATEK, INC.<br><br>        Counterclaimant,<br><br>        v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>        Counterclaim Defendants. | Judge: Magistrate Judge Joseph C. Spero<br>Date: 11/17/06<br>Time: 9:30 a.m.<br>Ctrm: A, 15th Floor |

Having considered Plaintiff and Counterclaim Defendants Matsushita Electric Industrial Co., Ltd. ("MEI") and Panasonic Corporation of North America's ("PNA") (collectively "Panasonic") Unopposed Motion to File Documents Under Seal, the Court finds that good cause exists for granting the Motion.

IT IS HEREBY ORDERED that the Administrative Motion to File Under Seal is GRANTED. The Court shall file under seal the following documents: Exhibits 74 and 75 to the Declaration of Aldo A. Badini In Support of Panasonic's Reply Brief in Support of Its Motion to

-1-

-2-

1  Compel Defendants to Produce Documents, Provide Full and Complete Interrogatory Responses,

2  and Provide Corporate Witnesses to Testify Regarding Certain Topics, or Alternatively Be

3  Precluded From Relying on Withheld Materials.

4          IT IS SO ORDERED

5     Dated: _____November 6_____, 2006



7                                _____

8                                Magistrate
                              United States

**DEWEY BALLANTINE LLP**
**1301 Avenue of the Americas**
**New York, New York 10019-6092**

Case No. 05-CV-3148 MMC [JCS]
[~~Proposed~~] Order Regarding Administrative Motion to File Documents Under Seal