UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | CASE NO. 05-CV-3148-MMC <br><br> [~~PROPOSED~~] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL **EXHIBITS B, F, P, T, AND U** TO THE DECLARATION OF ERIC HUANG IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT MEDIATEK, INC.'S MOTION FOR ORDER CONTINUING PRE-TRIAL DEADLINES AND TRIAL DATE |
| MEDIATEK, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterdefendants. | Judge: The Honorable Maxine M. Chesney |

The Court, having considered the Unopposed Administrative Motion To File Under Seal Exhibits B, F, P, T, And U To The Declaration Of Eric Huang In Support Of Defendant And Counterclaimant MediaTek, Inc.'s Motion For Order Continuing Pre-Trial Deadlines And Trial Date, and good cause appearing,

1  **IT IS HEREBY ORDERED** that the Administrative Motion To File Under Seal is
2  **GRANTED**.  The Court shall file under seal the following documents:
3
4  •  Exhibits B, F, P, T, And U To The Declaration Of Eric Huang In Support
5  Of Defendant And Counterclaimant MediaTek, Inc.'s Motion For Order Continuing Pre-Trial
6  Deadlines And Trial Date.
7
8  IT IS SO ORDERED.
9
10 DATED: November 8, 2006
11
12
13 The Honorable M. Chesney Joseph C. Spero
    United States District Court Judge
14                Magistrate
15 DATED: November 3, 2006          Respectfully submitted,
16                                  QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
17
18
                                    By_____/s/_____
19                                    Kevin P.B. Johnson
                                      Attorneys for Defendants and Counterclaimant
20                                    MEDIATEK, INC., OPPO DIGITAL, INC., and
                                      MSI COMPUTER CORP. (erroneously sued as
21                                    Micro-Star International Computer Corp.)