
1 | JEFFREY L. KESSLER (*Pro Hac Vice*)
jkessler@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

JACK Q. LEVER (*Pro Hac Vice*)
jlever@mwe.com
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W. 12th Floor
Washington, DC 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA

KEVIN P.B. JOHNSON (Bar No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

ADRIAN M. PRUETZ (Bar No. 118215)
adrianpruetz@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for MEDIATEK, INC., OPPO DIGITAL, INC., and MSI COMPUTER CORP. (erroneously sued as Micro-Star International Computer Corp.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>Defendants.<br>MEDIATEK, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Counterdefendants. | CASE NO. 05-CV-3148-MMC<br><br>JOINT STIPULATION FOR ORDER CHANGING TIME FOR HEARING ON DEFENDANT AND COUNTERCLAIMANT MEDIATEK, INC.'S MOTION FOR ORDER CONTINUING PRE-TRIAL DEADLINES AND TRIAL DATE |

Case No. 05-CV-3148-MMC
JOINT STIP. TO SHORTEN BRIEFING SCHEDULE & HEARING ON MOTION TO CONTINUE SCHEDULE

1     WHEREAS, defendant and counterclaimant MediaTek, Inc. ("MediaTek") has filed concurrently a Motion for Order Continuing Pre-Trial Deadlines and Trial Date;

3     WHEREAS, the deadline for completion of fact discovery under the current pre-trial schedule is December 6, 2006;

5     WHEREAS, MediaTek's motion is currently noticed for hearing on December 8, 2006, in accordance with Local Rule 7-2(a); and

7     WHEREAS, the parties agree that MediaTek's motion should be heard prior to the close of fact discovery;

9     NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, and subject to the Court's approval, that MediaTek's Motion for Order Continuing Pre-Trial Deadlines and Trial Date shall be heard on December 1, 2006, at 9:00 a.m., in the Courtroom of the Honorable Maxine M. Chesney.

13     THE PARTIES FURTHER STIPULATE to the following abbreviated briefing schedule, subject to the Court's approval:

15     Opposition Brief to be filed no later than November 15, 2006.

16     Reply Brief to be filed no later than November 22, 2006.

17     In accordance with Local Rule 6-2, the supporting Declaration of Eugene T. Chen is attached hereto as Exhibit A.

20 DATED: November 3, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/s/_____
Kevin P.B. Johnson
Attorneys for Defendants and Counterclaimant
MEDIATEK, INC., OPPO DIGITAL, INC., and
MSI COMPUTER CORP. (erroneously sued as
Micro-Star International Computer Corp.)

```
 1  DATED: November 3, 2006              DEWEY BALLANTINE LLP
 2
 3                                        By_____/s/_____
                                            Aldo Badini
 4                                          Attorneys for Plaintiff and Counterdefendants
                                            MATSUSHITA ELECTRIC INDUSTRIAL
 5                                          CORP., LTD. and PANASONIC CORPORATION
                                            OF NORTH AMERICA
 6
 7
 8  PURSUANT TO STIPULATION, IT IS SO ORDERED,
 9
10
11  Dated:  11/9/6
                                            THE HON_____CHESNEY
12                                          UNITED S_____
                                            Judge Joseph C. Spero
```

-3-                                                          Case No. 05-CV-3148-MMC
JOINT STIP. TO SHORTEN BRIEFING SCHEDULE & HEARING ON MOTION TO CONTINUE SCHEDULE

1 | Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding
2 | signatures, I attest under penalty of perjury that concurrence in the filing of this document has
3 | been obtained from Aldo Badini.

DATED: November 3, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/s/_____
Kevin P.B. Johnson
Attorneys for Defendants and Counterclaimant MEDIATEK, INC., OPPO DIGITAL, INC., and MSI COMPUTER CORP. (erroneously sued as Micro-Star International Computer Corp.)

**EXHIBIT A**

## DECLARATION OF EUGENE T. CHEN

I, Eugene T. Chen, declare as follows:

1. I am a member of the Bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for MediaTek, Inc. ("MediaTek"). I am admitted to practice before this Court on the above-captioned matter. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. MediaTek has filed concurrently with this stipulation and supporting declaration a Motion for Order Continuing Pre-Trial Deadlines and Trial Date. In accordance with Local Rule 7-2(a), MediaTek's motion is noticed for hearing on December 8, 2006.

3. The cut-off for completion of fact discovery under the Court's scheduling order is December 6, 2006.

4. The parties agree that MediaTek's motion should be heard prior to the cut-off date, subject to the Court's availability.

5. The parties have previously filed the following stipulations to modify time in this case: (a) August 29, 2005 stipulation extending time to respond to the complaint; (b) October 19, 2005 stipulation extending time to respond to the answer and counterclaim; and (c) December 20, 2005 stipulation to extend certain deadlines under the Patent Local Rules. In addition, on May 19, 2006, the Court issued an Order sua sponte continuing the date of the claim construction tutorial.

6. Permitting MediaTek's motion to be heard on an expedited hearing schedule will not otherwise affect the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3d day of November, 2006, at Los Angeles, California.



By_____
Eugene T. Chen