UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>Defendants.<br><br>MEDIATEK, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Counterdefendants. | CASE NO. 05-CV-3148-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS C, F, L, V, W, X, Y, LL, MM, NN, OO, PP, AND QQ TO THE DECLARATION OF ERIC HUANG IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT MEDIATEK, INC.'S MOTION FOR ORDER COMPELLING PRODUCTION OF TECHNICAL AND FINANCIAL DOCUMENTS AND IDENTIFICATION OF CORPORATE WITNESSES FOR DEPOSITION<br><br>Judge: The Honorable Joseph C. Spero |

The Court, having considered the Unopposed Administrative Motion To File Under Seal Exhibits C, F, L, V, W, X, Y, LL, MM, NN, OO, PP, and QQ to the Declaration Of Eric Huang in Support of Defendant and Counterclaimant MediaTek, Inc.'s Motion for Order

1  Compelling Production of Technical and Financial Documents and Identification of Corporate

2  Witnesses for Deposition, and good cause appearing,

3  **IT IS HEREBY ORDERED** that the Administrative Motion To File Under Seal is

4  **GRANTED**.  The Court shall file under seal the following documents:

6  • Exhibits C, F, L, V, W, X, Y, LL, MM, NN, OO, PP, and QQ to the

7  Declaration Of Eric Huang in Support of Defendant and Counterclaimant MediaTek, Inc.'s Motion

8  for Order Compelling Production of Technical and Financial Documents and Identification of

9  Corporate Witnesses for Deposition.

11  IT IS SO ORDERED.

13  DATED:  November 21, 2006

15
16  The Hon. Judge Joseph C. Spero
    United States Magistrate Judge

18  DATED:  November 17, 2006          Respectfully submitted,

19                                      QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

22                                      By_____/s/_____
                                          Kevin P.B. Johnson
23                                        Attorneys for Defendants and Counterclaimant
                                          MEDIATEK, INC., OPPO DIGITAL, INC., and
                                          MSI COMPUTER CORP. (erroneously sued as
24                                        Micro-Star International Computer Corp.)

08929/2000108.1

-2-   CASE NO. 05-CV-3148-MMC
P̶R̶O̶P̶O̶S̶E̶D̶ ORDER GRANTING MOTION TO FILE UNDER SEAL