UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff(s),<br><br>v.<br><br>MEDIATEK, INC., ET AL.,<br><br>Defendant(s). | Case No. C-05-3148 MMC (JCS)<br><br>**ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S TO PRODUCE DOCUMENTS, PROVIDE FULL AND COMPLETE INTERROGATORY RESPONSES [Docket No. 131] AND GRANTING IN PART, DENYING IN PART DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND SOURCE CODE [Docket No. 149]** |

On September 29, 2006, Plaintiff filed a Motion to Compel Defendant's to Produce Documents, Provide Full and Complete Interrogatory Responses and Provide Corporate Witnesses to Testify Re: Certain Topics (the "Corporate Witness Motion").

On October 3, 2006, Defendant's filed a Motion to Compel Production of Documents and Source Code (the "Source Code Motion").

On November 17, 2006, the Corporate Witness Motion and Source Code Motion came on for hearing. David Stein and Aldo Badini, counsel for Plaintiff, appeared. Eugene Chen, Adrian Pruetz and Kevin Johnson, counsel for Defendants, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that by **December 11, 2006,** Mediatek will produce the following documents from the ITC proceedings in *Zoran v. Mediatek*:

1. Non-privilege documents regarding Mediatek's bonding;

2. Testimony by expert or fact witness relating to the technical aspects of the twelve (12) products that are at issue in both this case and *Zoran* (the "common products"); and

3.   Deposition transcripts and exhibits relating to the technical aspects of the common products.

The producing party shall determine if the documents will be produced on an "Attorney's Eyes Only" basis.

IT IS HEREBY FURTHER ORDERED that by **December 11, 2006,** Plaintiffs Panasonic and Matsushita will produce technical documents, and financial records including marketing documents regarding the approximately 110 products identified in Mediatek's First Set of Interrogatories, No. 1, and the responses thereto.

IT IS HEREBY FURTHER ORDERED that the parties shall meet-and-confer on Defendant's Motion Compelling Production of Technical and Financial Documents and Identification of Corporate Witnesses for Deposition in an effort to resolve this motion.

IT IS SO ORDERED.

Dated:  November 21, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

2