UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> MEDIATEK, INC., ET AL., <br><br> Defendant(s). | Case No. C-05-3148 MMC (JCS) <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE** <br> **[Docket No. 205]** |

On November 3, 2006, Defendants filed a Motion to Continue Pretrial Deadlines and Trial Date (the "Motion").

On December 1, 2006, the Motion came on for hearing. Jeff Kessler and David Stein, counsel for Plaintiff, appeared. Kevin P.B. Johnson and Eugene Chen, counsel for Defendants, also appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT the Motion is GRANTED to the extent that the Court will allow an additional two (2) months for discovery and extends the discovery dates as follows:

    A.    The non-expert discovery cutoff has been extended to **February 2, 2007.**

    B.    The deadline for opening expert reports has been extended to **February 16, 2007.**

    C.    The deadline for expert rebuttal reports has been extended to **February 23, 2007.**

    D.    The expert discovery cut-off has been extended to **March 16, 2007.**

IT IS HEREBY FURTHER ORDERED THAT all documents in this case shall be produced by **December 11, 2006.**

**United States District Court**
For the Northern District of California

1  IT IS SO ORDERED.

2

3  Dated: December 5, 2006

4  _____
   JOSEPH C. SPERO
   United States Magistrate Judge