United States District Court

For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,

No. C 05-3148 MMC

10         Plaintiff,

**ORDER GRANTING IN PART DEFERRED PORTION OF DEFENDANTS' MOTION FOR ORDER CONTINUING PRETRIAL DEADLINES AND TRIAL DATE**

11   v.

12 MEDIATEK, INC., et al.,

13         Defendants

_____

14

15 MEDIATEK, INC,

16         Counterclaimant,

  v.

17 MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.

18         Counterclaim Defendants

19 _____/

20

21      On November 3, 2006, defendant filed a Motion for Order Continuing Pre-Trial

22 Deadlines and Trial Date, in which defendant sought an order continuing all pretrial

23 deadlines and the trial by three months.  On November 7, 2006, the Court referred the

24 motion to Magistrate Judge Joseph C. Spero, for purposes of determining whether good

25 cause existed to extend the discovery deadlines and, if so, to reset the discovery deadlines.

26 The Court deferred ruling on defendant's request to continue the other pretrial deadlines

27 and dates, as well as the trial date, until after Magistrate Judge Spero ruled on the request

28 to continue the discovery deadlines.

1        In an order filed December 5, 2006, Magistrate Judge Spero found good cause

2    existed to extend the discovery deadlines, and, in particular, extended the non-expert

3    discovery cutoff by two months and extended the expert discovery cutoff by one month.  In

4    light of Magistrate Judge Spero's order finding good cause exists to modify the Pretrial

5    Preparation Order, and having reviewed the parties' submissions, the Court hereby

6    GRANTS in part the deferred portion of defendant's motion, and hereby EXTENDS by one

7    month the deadline to file dispositive motions, the deadline to meet and confer, the pretrial

8    conference, and the trial, as follows:

9        1.  The deadline to file dispositive motions is continued from March 9, 2007 to April

10   6, 2007; any such motion shall be noticed for hearing 35 days thereafter.

11       2.  The further status conference remains on April 27, 2007 as originally scheduled.

12       3.  The deadline to meet and confer, pursuant to Civil Local Rule 16-10(b)(5), is

13   continued from June 4, 2007 to July 2, 2007.

14       4.  The pretrial conference is continued from July 10, 2007 to August 7, 2007.

15       5.  The trial is continued from July 30, 2007 to August 27, 2007.

16       **IT IS SO ORDERED**.

17

18   Dated: December 6, 2006

19                                MAXINE M. CHESNEY
                                   United States District Judge