1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | CASE NO. 05-CV-3148-MMC <br><br> [~~PROPOSED~~] COMMISSION TO TAKE DEPOSITIONS IN JAPAN <br><br> Judge: The Honorable Maxine M. Chesney |
| MEDIATEK, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterdefendants. | |

1  To Any Consul Or Vice-Consul Of The United States Of America At Osaka-Kobe, Japan:

2        Pursuant to Article 17 of the United States - Japan Consular Convention, you have
3  been duly appointed and you are hereby authorized to preside over the oral depositions of the
4  following witnesses, who will appear voluntarily, beginning on or about December 18, 2006,
5  through December 27, 2006, Saturdays, Sundays, and holidays excluded, at the United States
6  Consulate in Osaka-Kobe, Japan: (1) Hiroshi Kamiyama; (2) Wataru Yagishita; and (3) Shinichi
7  Yamamoto.

8        The employer and business address for each of these witnesses is as follows: (1)
9  Hiroshi Kamiyama, Matsushita Electric Industrial Co., Ltd., 3-1-1 Yagumo-naka-machi,
10 Moriguchi City, Osaka 570-8501, Japan; (2) Wataru Yagishita, Matsushita Electric Industrial Co.,
11 Ltd., 1 Kotari-yakemachi, Nagaokakyo City, Kyoto 617-8520, Japan; and (3) Shinichi Yamamoto,
12 Matsushita Electric Industrial Co., Ltd., 1-15 Matsuo-cho, Kadoma city, Osaka 571-8504, Japan.

13       You are further duly appointed and hereby authorized to cause their testimony to be
14 reduced to writing and to cause to have marked any documentary exhibits in connection therewith.
15 The parties anticipate having the transcripts of the depositions prepared and distributed among the
16 interested parties by the Court Reporter who will transcribe the depositions.  However, if
17 necessary, you are duly appointed and hereby authorized to cause the depositions to be signed by
18 said witnesses and to annex said deposition testimony to your commission and close the same
19 under your seal and make return thereof to this Court with all convenient speed.

20       Counsel and representatives for plaintiff and counterclaim defendants who may
21 participate in and/or attend said depositions are: Anthony Shaw, Aldo Badini, Lisa Deutsch, Mark
22 Malin, Bryon Wasserman, David Stein, Tyler Woods, Soichiro Ogata, Hironiri Ishii, Hiromi
23 Kakiuchi, Takao Kuroda, Takashi Okamoto, Tomohiro Okuno, Hiroyuki Yabuno, and Takafumi
24 Ishii.  Counsel for defendants and counterclaimant who may participate in and/or attend said
25 depositions are: Kevin Johnson, Eric Huang, Eugene Chen, Benjamin Singer, Randall Garteiser,
26 Carlos Rodriguez, and Deepak Gupta.

27       Court reporters who will transcribe the depositions are from American Real Time
28 Court Reporters in Osaka, Japan.  Translators who may translate the depositions are Bruce

1 | Holcombe from Holcombe & Associates in Tokyo, Japan, Maiyim Baron, Keiko Best, and
2 | William Lise.
3 |     The videographer who may videotape the depositions is Paul Diserio, from Legal
4 | Video Asia in Tokyo, Japan.
5 | DATED: December 11, 2006

_____
The Honorable Maxine M. Chesney
United States District Court Judge