| | |
|---|---|
| Mark Malin (Bar No. 199757)<br>mmalin@deweyballantine.com<br>DEWEY BALLANTINE LLP<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA  94303-2225<br>Tel: (650) 845-7000; Fax: (650) 845-7333<br><br>Shamita D. Etienne-Cummings (Bar No. 202090)<br>setienne@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Tel: (650) 813-5000; Fax: (650) 813-5100<br><br>Attorneys for Plaintiff and Counter Defendant MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and Counter Defendant PANASONIC CORPORATION OF NORTH AMERICA<br><br>*(See signature page for list of additional counsel)* | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART OLIVER & HEDGES LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139<br>Tel: (650) 801-5000; Fax: (650) 801-5100<br><br>Attorneys for Defendant and Counterclaimant MEDIATEK, INC., and Defendants OPPO DIGITAL, INC., and MSI COMPUTER CORP. (sued as Micro-Star International Computer Corp.) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>            Plaintiff,<br><br>     vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>            Defendants.<br><br>MEDIATEK, INC.,<br><br>            Counterclaimant,<br><br>     vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>            Counter defendants. | Case No. 05-CV-3148-MMC [JCS]<br><br>**JOINT STIPULATION, AND ORDER TO AMEND PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>**[PATENT L.R. 3-7, CIVIL L.R. 7-12]**<br><br>Judge:    The Honorable Maxine M. Chesney |

1    WHEREAS Defendants and Counterclaimant MediaTek, Inc., MSI Computer Corp., and OPPO Digital, Inc.'s (collectively "Defendants") filed a Motion to Compel on November 16, 2006, in which Defendants requested that the Court compel Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America (collectively "Matsushita") to produce technical and financial documents relating to the products identified in Matsushita's Patent Local Rule 3-1(f) contentions ("MEI Products");

WHEREAS the parties subsequently discussed and agreed to completely resolve the matters raised in the Motion to Compel, so that Defendants withdrew the Motion to Compel on or about December 4, 2006; and

WHEREAS, as part of the agreement, the parties agreed that Matsushita would amend its Patent Local Rule 3-1(f) contentions to remove the list of "embodying products";

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

Pursuant to Patent Local Rule 3-7 and Civil Local Rule 7-12, Matsushita is permitted to amend **MATSUSHITA'S PATENT LOCAL RULE 3-1 AND 3-2 DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** as follows:

Subsection **e) PRODUCTS PRACTICING THE ASSERTED CLAIMS**, on pages 8 to 10, is removed.

No other change is being made to the contentions. The complete **MATSUSHITA'S AMENDED PATENT LOCAL RULE 3-1 AND 3-2 DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS**, which reflects the above amendment, is attached.

| | |
|---|---|
| Dated: December 19, 2006 | Dated: December 19, 2006 |
| DEWEY BALLANTINE LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| _____/s/_____ Aldo A. Badini | _____/s/_____ Eric Huang |

Lisa B. Deutsch (*pro hac vice*)
 ldeutsch@deweyballantine.com
Jeffrey L. Kessler (*pro hac vice*)
 jkessler@deweyballantine.com
Aldo A. Badini (*pro hac vice*)
 abadini@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

Anthony W. Shaw (*pro hac vice*)
 ashaw@deweyballantine.com
DEWEY BALLANTINE LLP
1775 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 862-1000; Fax: (202) 862-1093

Jack Q. Lever (*pro hac vice*)
 jlever@mwe.com
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Tel: (202) 756-8000; Fax: (202) 756-8087

David M. Stein (Bar No. 198256)
 dstein@mwe.com
Jennifer L. Yokoyama (Bar No. 210387)
 jyokoyama@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7107
TEL: (949) 851.0633; FAX: (949) 851-9348

Attorneys for Plaintiff and Counter Defendant
MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD. and Counter Defendant
PANASONIC CORPORATION OF NORTH
AMERICA

Adrian M. Pruetz (Bar No. 118215)
 adrianpruetz@quinnemanuel.com
Eugene T. Chen (Bar No. 202255)
 eugenechen@quinnemanuel.com
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel.: (213) 443-3000; Fax: (213) 443-3100

Eric Huang (*pro hac vice*)
 erichuang@quinnemanuel.com
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York, 10017-4611
Tel.: (212) 849-7000; Fax: (212) 849-7100

Attorneys for Defendant and Counterclaimant
MEDIATEK, INC. AND DEFENDANTS
OPPO DIGITAL, INC., AND MSI
COMPUTER CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: December 21, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT