**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., | No. C-05-3148 MMC (JCS) |
| Plaintiff(s), | **NOTICE OF REFERENCE; DATE, TIME AND PLACE OF HEARING RE: DEFENDANT'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |
| v. | |
| MEDIATEK, INC., ET AL., | |
| Defendant(s). | |
| _____/ | |
| AND RELATED CROSS-ACTION. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for resolution of Defendant's Motion for Leave to Amend Infringement Contentions [Docket No. 275] (the "Motion").

The hearing on the Motion has been set for **January 19, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The opposition, if not already filed, shall be filed and served no later than twenty-one (21) days prior to the hearing. Any replies to the opposition shall be filed and served no later than fourteen (14) days prior to the hearing. The opposition and reply shall address in addition to other issues raised by the parties, the question of "whether the proposed amendment will materially change the length of, timing of, and the issues to be decided, at the trial?" All documents shall be filed in compliance with Civil L.R. 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the

1  Court.  Any party seeking an award of attorney's fees or other expenses in connection with this
2  motion shall file a motion in accordance with Civil L. R. 37-3.

### LAW AND MOTION HEARING PROCEDURES

4  Civil law and motion is heard on Friday mornings, at 9:30 a.m., Courtroom A, 15th Floor,
5  United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

6  Motions to compel may be noticed without reserving a hearing date, subject to the Court's
7  availability.

8  Discovery motions may be addressed to the Court in three ways.  A motion may be noticed
9  on not less than thirty-five (35) days notice pursuant to Civil L. R. 7-2.  Alternatively, any party may
10 seek an order shortening time under Civil L. R. 6-3 if the circumstances justify that relief.  In
11 emergencies during discovery events, the Court is available pursuant to Civil L. R. 37-1(b).

12 In the event a discovery dispute arises, counsel for the party seeking discovery shall in good
13 faith confer **in person** with counsel for the party failing to make the discovery in an effort to resolve
14 the dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).  The
15 meeting must be **in person**, except where good cause is shown why a telephone meeting is adequate.
16 A declaration setting forth these meet and confer efforts, and the final positions of each party, shall
17 be included in the moving papers.  The Court will not consider discovery motions unless the moving
18 party has complied with Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).

19 A party or counsel has a continuing duty to supplement the initial disclosure when required
20 under Federal Rule of Civil Procedure 26(e)(1).

21 Law and motion matters may be submitted without argument upon stipulation of the parties
22 and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil
23 L. R. 7-7(e), filed motions may be withdrawn without leave of the Court within seven (7) days of the
24 date for service of the opposition.  Thereafter, leave of the Court must be sought.

### ELECTRONIC FILING AND COURTESY COPIES

26 Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of
27 California for information relating to electronic filing procedures and requirements.

28

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated:  December 21, 2006

JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

3