08929/2036254.1

1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10   SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br> 12 <br>     Plaintiff, <br> 13 <br>     vs. <br> 14 <br> MEDIATEK, INC., OPPO DIGITAL, INC., <br> 15  and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br> 16 <br>     Defendants. <br> 17 <br> MEDIATEK, INC., <br> 18 <br>     Counterclaimant, <br> 19 <br>     vs. <br> 20 <br> MATSUSHITA ELECTRIC INDUSTRIAL <br> 21  CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br> 22 <br>     Counterdefendants. | CASE NO. 05-CV-3148-MMC <br><br> [~~PROPOSED~~] COMMISSION TO TAKE DEPOSITIONS IN JAPAN <br><br> Judge: The Honorable Maxine M. Chesney |

23
24
25
26
27
28

CASE NO. 05-CV-3148-MMC
[PROPOSED] COMMISSION

1  To Any Consul Or Vice-Consul Of The United States, United States Embassy, Tokyo, Japan:
2    Pursuant to Article 17 of the United States - Japan Consular Convention, you have
3  been duly appointed and you are hereby authorized to preside over the oral depositions of the
4  following witnesses, who will appear voluntarily, beginning on or about January 30, 2007,
5  Saturdays, Sundays, and holidays excluded, at the United States Consulate in Tokyo, Japan:
6  Hidenori Shibata.
7    The employer and business address for the witness is as follows:  Hidenori Shibata,
8  Matsushita Electric Industrial Co., Ltd., 1 Kotari-yakemachi, Nagaokakyo City, Kyoto 617-8520,
9  Japan.
10   You are further duly appointed and hereby authorized to cause their testimony to be
11 reduced to writing and to cause to have marked any documentary exhibits in connection therewith.
12 The parties anticipate having the transcripts of the depositions prepared and distributed among the
13 interested parties by the Court Reporter who will transcribe the depositions.  However, if
14 necessary, you are duly appointed and hereby authorized to cause the depositions to be signed by
15 said witness and to annex said deposition testimony to your commission and close the same under
16 your seal and make return thereof to this Court with all convenient speed.
17   Counsel and representatives for plaintiff and counterclaim defendants who may
18 participate in and/or attend said deposition are:  Anthony Shaw, Aldo Badini, Lisa Deutsch, Mark
19 Malin, Bryon Wasserman, David Stein, Tyler Woods, Soichiro Ogata, Hironori Ishii, Hiromi
20 Kakiuchi, Takao Kuroda, Takashi Okamoto, Tomohiro Okuno, Hiroyuki Yabuno, and Takafumi
21 Ishii.  Counsel for defendants and counterclaimant who may participate in and/or attend said
22 deposition are:  Kevin Johnson, Eric Huang, Eugene Chen, Benjamin Singer, Randall Garteiser,
23 Carlos Rodriguez, and Deepak Gupta.
24   The court reporter who will transcribe the deposition is Angela M. Dupre of A&E
25 Court Reporters in Los Angeles, California.  Translators who may translate the depositions are
26 Bruce Holcombe from Holcombe & Associates in Tokyo, Japan, Maiyim Baron, Keiko Best, and
27 William Lise.
28

The videographer who may videotape the deposition is Paul Diserio, from Legal Video Asia in Tokyo, Japan.

DATED: January 18, 2007

*[signature]*

The Honorable Maxine M. Chesney
United States District Court Judge