**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> MEDIATEK, INC., ET AL., <br><br> Defendant(s). | Case No. C05-3148 MMC (JCS) <br><br> **ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS [Docket No. 275]** |

On December 15, 2006, Defendant filed a Motion for Leave to Amend Infringement Contentions (the "Motion").

On January 19, 2007, the Motion came on for hearing. Peter P. Chen, David Beckwith, and Aldo Badini, counsel for Plaintiff, appeared. Kevin P.B. Johnson and Eric Huang, counsel for Defendant, appeared.

For reasons stated on the record, and good cause not shown,

IT IS HEREBY ORDERED that the Motion is DENIED.

. IT IS SO ORDERED.

Dated: January 19, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge