United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MATSUSHITA ELECTRIC INDUSTRIAL CO.,          No. C 05-3148 MMC
    LTD.,
12                                               **ORDER REFERRING TO MAGISTRATE
                     Plaintiff,                  JUDGE DEFENDANTS' MOTION FOR
13      v.                                       LEAVE TO AMEND INVALIDITY
                                                 CONTENTIONS**
14  MEDIATEK, INC., et al.,

15                   Defendants
    _____/
16

17         Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that defendants' Motion

18  for Leave to Amend Invalidity Contentions, filed January 19, 2007, is REFERRED to

19  Magistrate Judge Joseph C. Spero.

20         Counsel will be advised of the date, time and place of the next appearance by notice

21  from Magistrate Judge Spero's chambers.  The February 23, 2007 hearing scheduled

22  before the undersigned is VACATED.

23         **IT IS SO ORDERED**.

24

25  Dated: January 24, 2007

                                            MAXINE M. CHESNEY
26                                          United States District Judge

27

28