Jeffrey L. Kessler (*Pro Hac Vice*)
jkessler@deweyballantine.com
Aldo A. Badini (*Pro Hac Vice)*
abadini@deweyballantine.com
Lisa B. Deutsch (*Pro Hac Vice*)
ldeutsch@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone:  (212) 259-8000
Facsimile:  (212) 259-6333

Kevin P.B. Johnson (No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065-2139
Telephone: (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for MEDIATEK, INC.

Shamita D. Etienne-Cummings (No. 202090)
setienne@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>            Plaintiff,<br><br>     vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>            Defendants.<br><br>MEDIATEK, INC.,<br><br>            Counterclaimant,<br><br>      vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>            Counter-defendants. | Case No. 05-CV-3148-MMC [JCS]<br><br>**JOINT STIPULATION, AND [PROPOSED] ORDER TO SHORTEN TIME FOR THE PARTIES TO BRIEF, AND THE COURT TO HEAR, MATSUSHITA'S MOTION FOR PROTECTIVE ORDER RE DEPOSITION OF KOIKE**<br><br>Judge:   Magistrate Judge Joseph C. Spero |

1    WHEREAS Matsushita Electric Industrial Co., Ltd. ("Matsushita") has
2 concurrently herewith filed a Motion for Protective Order Re Deposition of Susumu Koike in
3 which Matsushita requests that the Court issue a Protective Order prohibiting the deposition of
4 Susumu Koike, which was originally noticed for January 30, 2007 but has been stayed by
5 agreement of the parties pending resolution of the motion for a protective order;

6    WHEREAS according to Civil Local Rule 7-2(a), except as otherwise ordered or
7 permitted, all motions must be filed, served and noticed in writing on the motion calendar of the
8 assigned Judge for hearing not less that 35 days after service of the motion, providing for a
9 hearing on March 9, 2007 at the earliest;

10    WHEREAS according to Civil Local Rule 7-3(a) any opposition to a motion must
11 be served and filed not less that 21 days before the hearing date, providing for the opposition on
12 February 16, 2007 at the earliest;

13    WHEREAS according to Civil Local Rule 7-3(c) any reply to an opposition must
14 be served and filed not less than 14 days before the hearing date providing for a reply on
15 February 23, 2007 at the earliest;

16    WHEREAS the dates required under the Civil Local Rules would result in a
17 briefing schedule extending well after the approaching February 2, 2007 fact discovery deadline,
18 as well as a hearing more than 30 days after the February 2, 2007 fact discovery deadline; and

19    WHEREAS both parties have a joint interest in resolving this discovery matter
20 expeditiously, and as soon after the February 2, 2007 fact discovery deadline as possible.

21    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO,
22 through their respective counsel, that:

23    //
24    //
25    //
26    //
27    //

2
Case No. 05-CV-3148 MMC [JCS]
Joint Stipulation and ~~Proposed~~ Order to Shorten Time for the Parties to Brief, and the
Court to Hear, Matsushita's Motion for Protective Order Re Deposition of Koike

1.     Matsushita will file a motion for protective order on January 30, 2007;

2     MediaTek Inc. will file its opposition on February 6, 2007;

3.     Matsushita will file its reply on February 12, 2007; and

4.     The hearing will be scheduled for Friday, February 16, 2007 at 9:30 a.m.

Dated:  January 30, 2007

DEWEY BALLANTINE LLP

By_____
    Aldo A. Badini
Attorneys for Plaintiff and Counterclaim Defendant
Matsushita Electric Industrial Corp., Ltd.

Dated:  January 30, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES

By_____
    Kevin Johnson
Attorneys for Defendant and Counterclaimant
MediaTek, Inc.

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Kevin Johnson.

Dated:  January 30, 2007

DEWEY BALLANTINE LLP

By__/S/_____
    Lisa B. Deutsch
Attorneys for Plaintiff and Counterclaim Defendants
Matsushita Electric Industrial Corp., Ltd.

## PROPOSED [ORDER]

Pursuant to stipulation of the parties,

IT IS SO ORDERED.

Dated: _January 31, 2007__

_____
Magistrate Judge Joseph C. Spero
United States District Court

3

Case No. 05-CV-3148 MMC [JCS]
Joint Stipulation and ~~Proposed~~ Order to Shorten Time for the Parties to Brief, and the Court to Hear, Matsushita's Motion for Protective Order Re Deposition of Koike