1  Jeffrey L. Kessler (*Pro Hac Vice*)
   jkessler@deweyballantine.com
2  Aldo A. Badini (*Pro Hac Vice)*
   abadini@deweyballantine.com
3  Lisa B. Deutsch (*Pro Hac Vice*)
   ldeutsch@deweyballantine.com
4  DEWEY BALLANTINE LLP
   1301 Avenue of the Americas
5  New York, NY 10019-6092
   Telephone:  (212) 259-8000
6  Facsimile:  (212) 259-6333

7  Shamita D. Etienne-Cummings (No. 202090)
   setienne@mwe.com
8  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
9  Palo Alto, CA  94304-1212
   Telephone: (650) 813-5000
10 Facsimile: (650) 813-5100

11 Attorneys for MATSUSHITA ELECTRIC
   INDUSTRIAL CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., | Case No. 05-CV-3148-MMC [JCS] |
| Plaintiff,<br>v.<br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTERCLAIM DEFENDANT MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| MEDIATEK, INC.,<br>Counterclaimant,<br>v.<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br>Counterclaim Defendants. | Date: February 2, 2007<br>Time:  9:30 a.m.<br>Ctrm:  A, 15th Floor<br>Judge: Magistrate Judge Joseph C. Spero |

Case No. 05-CV-3148 MMC [JCS]
[Proposed] Order Granting Matsushita's Unopposed
Administrative Motion to File Documents Under Seal

1  Having considered Plaintiff and Counterclaim Defendant Matsushita Electric Industrial
2  Co., Ltd.'s ("Matsushita") Unopposed Motion for Administration Relief to File Documents
3  Under Seal, the Court finds that good cause exists for granting the Motion.
4  IT IS HEREBY ORDERED that the Administrative Motion to File Documents Under
5  Seal is GRANTED.
6  The Court shall file Matsushita's Opposition to MediaTek's Motion for Leave to Amend
7  Invalidity Contentions, and Exhibits 3, 4, 16, 22, 23 and 25 attached to the Declaration of Aldo
8  A. Badini in Support of the Opposition under seal.
9  IT IS SO ORDERED.
10  Dated: ___February 1_____, 2007

_____
Magistrate J
United State

1

Case No. 05-CV-3148 MMC [JCS]
[Proposed] Order Granting Matsushita's Unopposed
Administrative Motion to File Documents Under Seal