**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD.,

               Plaintiff(s),

     v.

MEDIATEK, INC., ET AL.,

               Defendant(s).
_____/

Case No. C05-3148 MMC (JCS)

**ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION OF
MAGISTRATE JUDGE SPERO'S JANUARY
19, 2007 ORDER [Docket No. 348]**

     On February 2, 2007, Defendant filed a Motion for Reconsideration of Magistrate Judge
Spero's January 19, 2007 Order (the "Motion").

     IT IS HEREBY ORDERED that the Motion is DENIED.

     IT IS SO ORDERED.

Dated: February 5, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge