UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> MEDIATEK, INC., ET AL., <br><br> Defendant(s). | Case No. C05-3148 MMC (JCS) <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS [Docket No. 312]** |

On January 19, 2007, Defendant filed a Motion for Leave to Amend Invalidity Contentions (the "Motion").

On February 2, 2007, the Motion came on for hearing. Aldo Badini and Mark Malin, counsel for Plaintiff, appeared. Kevin P.B. Johnson, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant shall file their amended final invalidity contentions adding the one (1) new piece of prior art identified in the Motion, by February 2, 2007. Plaintiff's time to file rebuttal expert disclosures only with respect to invalidity based on the newly added piece of prior art has been extended one (1) week to **March 2, 2007.**

IT IS SO ORDERED.

Dated: February 6, 2007

JOSEPH C. SPERO
United States Magistrate Judge