# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>          Defendants.<br><br>―――――――――――――――――――<br><br>MEDIATEK, INC.,<br><br>          Counterclaimant,<br><br>     v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>          Counterclaim Defendants. | Case No. 05-CV-3148-MMC [JCS]<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF AND COUNTERCLAIM DEFENDANT MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>Judge: Honorable Joseph C. Spero<br>Date:  February 16, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom A, 15th Floor |

Having considered Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd.'s ("Matsushita") Unopposed Motion for Administration Relief to File Documents Under Seal, the Court finds that good cause exists for granting the Motion.

IT IS HEREBY ORDERED that the Administrative Motion to File Documents Under Seal is GRANTED.

The Court shall file Matsushita's Reply Brief in Support of Its Motion for Protective Order Regarding the Deposition of Susumu Koike, and Exhibits 2, 3, and 4 attached to the Declaration of Aldo A. Badini in Further Support of Matsushita's Motion for a Protective Order under seal.

IT IS SO ORDERED.

Dated: __February 13_____, 2007

_____
Magistrate Judge
United States District Court

*Judge Joseph C. Spero*

Case No. 05-CV-3148 MMC [JCS]
[Proposed] Order Granting Matsushita's Unopposed
Administrative Motion to File Documents Under Seal