| | |
|---|---|
| Mark Malin (199757)<br>DEWEY BALLANTINE LLP<br>1950 University Avenue, Suite 500<br>E. Palo Alto, CA  94303<br>Telephone: (650) 845-7303<br>Facsimile:  (650) 845-7333<br><br>Shamita D. Etienne-Cummings (202090)<br>setienne@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone: (650) 813-5000<br>Facsimile:  (650) 813-5100<br><br><br>Attorneys for Plaintiff and Counter-Defendant Matsushita Electric Industrial Co., Ltd. and Counter-Defendant Panasonic Corporation of North America. | Kevin P.B. Johnson (177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139<br>Tel: (650) 801-5000; Fax: (650) 801-5100<br><br>Attorneys for Defendant and Counterclaimant MEDIATEK, INC., and Defendants OPPO DIGITAL, INC., and MSI COMPUTER CORP. (sued as Micro-Star International Computer Corp.) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>        Plaintiff,<br><br>    vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>        Defendants.<br><br>MEDIATEK, INC.,<br><br>        Counterclaimant,<br><br>    vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>        Counter-defendants. | Case No. 05-CV-3148-MMC [JCS]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR EXPERT REPORTS AND EXPERT DISCOVERY**<br><br>Judge:   Magistrate Judge Joseph C. Spero |

Case No. 05-CV-3148 MMC [JCS]
Joint Stipulation And [Proposed] Order to Extend Deadlines for Expert Reports And Expert Discovery

1    WHEREAS the Court's Initial Case Management Conference Order of December 9, 2005 set the deadline for opening expert reports to January 5, 2007, the deadline for rebuttal expert reports to January 19, 2007, and the expert discovery cut-off to February 16, 2007;

WHEREAS the Court's Order of December 6, 2006, granting in part and denying in part Defendants' Motion to Continue Pretrial Deadlines and Trial Date, extended the deadline for opening expert reports to February 16, 2007, the deadline for rebuttal expert reports to February 23, 2007, and the expert discovery cut-off to March 16, 2007;

WHEREAS the Court's Order of February 6, 2007, granting Defendant's Motion For Leave To Amend Invalidity Contentions, extended Plaintiff's time to file rebuttal expert disclosures with respect to invalidity based on the newly added piece of prior art, the IBM Aptiva Video Player, to March 2, 2007;

WHEREAS during a hearing before Magistrate Judge Spero on February 2, 2007, counsel for Defendants requested a further modification of the expert schedule to provide more time for expert reports, to which Judge Spero directed the parties to attempt to work out a mutually agreeable schedule;

WHEREAS the parties have conferred, as directed by Magistrate Judge Spero;

WHEREAS the parties have agreed to the attached proposed modified schedule on the condition and representation that no party will use this modification as a reason to seek extension of any other dates or deadlines in the schedule including, without limitation, the trial date of this proceeding;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

1. The deadline for opening expert reports is extended to February 23, 2007.

2. The deadline for rebuttal expert reports, except Plaintiff's rebuttal expert disclosures with respect to invalidity based on the IBM Aptiva Video Player, is extended to March 12, 2007.

3. The deadline for Plaintiff's rebuttal expert disclosures with respect to invalidity based on the IBM Aptiva Video Player is extended to March 19, 2007.

2

Case No. 05-CV-3148 MMC [JCS]
Joint Stipulation And [Proposed] Order to Extend Deadlines for Expert Reports And Expert Discovery

1      4.      The expert discovery cut-off is extended to March 30, 2007.

3  Dated: February 14, 2007      DEWEY BALLANTINE LLP

4       BY_____/S/_____
        ALDO A. BADINI
5       Attorney for Plaintiff and Counter-Defendant Matsushita
     Electric Industrial Co., Ltd. and Counter-Defendant
6       Panasonic Corporation of North America.

8  Dated: February 14, 2007      QUINN EMANUEL URQUHART OLIVER & HEDGES

     By_____/S/_____
9          Kevin Johnson
     Attorney for Defendant and Counterclaimant
10      MEDIATEK, INC., and Defendants OPPO DIGITAL,
     INC., and MSI COMPUTER CORP.

12      Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Aldo A. Badini.

15 Dated: February 14, 2007      QUINN EMANUEL URQUHART OLIVER & HEDGES

16      BY_____/S/_____
        Kevin Johnson

18 Pursuant to stipulation of the parties,

19 **IT IS SO ORDERED.**

20 Dated: __February 15, 2007__

21      _____
     Magistrate Judge Joseph C. Spero
22      United States District Court

3

Case No. 05-CV-3148 MMC [JCS]
Joint Stipulation And [Proposed] Order to Extend Deadlines for Expert Reports And Expert Discovery