Jeffrey L. Kessler (*Pro Hac Vice*)
jkessler@deweyballantine.com
Aldo A. Badini (*Pro Hac Vice*)
abadini@deweyballantine.com
Lisa B. Deutsch (*Pro Hac Vice*)
ldeutsch@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: 212 259-8000
Facsimile: 212 259-6333

Shamita D. Etienne-Cummings (Bar No. 202090)
setienne@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD. and PANASONIC
CORPORATION OF NORTH AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.<br><br>Plaintiff,<br>v.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.<br><br>Defendants. | Case No. 05-CV-3148-MMC [JCS]<br><br>[~~PROPOSED~~] ORDER GRANTING PANASONIC'S REQUEST TO RE-FILE ITS MOTION SEEKING THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION WITNESSES PURSUANT TO PANASONIC'S SUBPOENA DUCES TECUM TO NON-PARTY TEAC AMERICA, INC. |
| MEDIATEK, INC.<br><br>Counterclaimant,<br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Counterclaim Defendants. | Judge: Magistrate Judge Joseph C. Spero<br>Date: 11/26/06<br>Time: 9:30 a.m.<br>Ctrm: A, 15th Floor |

## [~~PROPOSED~~] ORDER GRANTING PANASONIC'S REQUEST TO RE-FILE ITS MOTION SEEKING THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION WITNESSES PURSUANT TO PANASONIC'S SUBPOENA DUCES TECUM TO NON-PARTY TEAC AMERICA, INC.

Having considered Matsushita Electric Industrial Co., Ltd. ("MEI") and Panasonic Corporation of North America's ("PNA") (collectively "Panasonic") Request To Re-File Its Motion Requesting the United States District Court for the Central District of California to Compel Production of Documents and Deposition Witnesses Pursuant to Panasonic's Subpoena Duces Tecum to Non-Party TEAC America, Inc., the Court finds that good cause exists for granting Panasonic's Request.

IT IS HEREBY ORDERED that Panasonic is permitted to re-file its Motion Requesting the United States District Court for the Central District of California to Compel Production of Documents and Deposition Witnesses Pursuant to Panasonic's Subpoena Duces Tecum to Non-Party TEAC America, Inc. although the deadline for fact discovery in this action, February 2, 2007, has passed

IT IS SO ORDERED

Dated: 2/26/07

Honorable Joseph C. Spero
Magistrate Judge, United States District Court