UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br>Plaintiff(s), <br><br>v. <br><br>MEDIATEK, INC., ET AL., <br><br>Defendant(s). | Case No. C-05-3148 MMC (JCS) <br><br>**ORDER RE PENDING DISCOVERY MOTIONS** <br><br>**[Docket Nos. 373/482, 382/492, 386, 396/463, 413/477, 421/460, 435 and 456]** |

The Court has received the following motions (collectively referred to as "the Motions"):

1.  Plaintiff and Counterclaim Defendants' Motion to Compel MediaTek, Inc. To Produce Additional Corporate Witnesses (Docket Nos. 373 and 482); and

2.  Plaintiff and Counterclaim Defendants' Motion to Compel MediaTek to Produce Certain Documents Related to the Technical Operation of the Accused MediaTek Products (Docket Nos. 382 and 492);

3.  Plaintiff and Counterclaim Defendants' Motion to Compel A Further Response to Panasonic's Interrogatory No. 16 (Docket No. 386);

4.  Plaintiff's Motion to Compel Production of Documents Relating to ITC '506 Investigation and Sales in the United States of Products Incorporating MediaTek Chips (Docket Nos. 396 and 463);

5.  Plaintiff's Motion to Compel Defendants to Identify Payer of Oppo's and MSI's Legal Fees and Produce Related Evidence (Docket Nos. 413 and 477);

1. 6. Defendant and Counterclaimant MediaTek, Inc.'s Motion for Order Compelling Production of Complete Written Discovery Responses, Documents and Depositions (Docket Nos. 421 and 460); and

7. Defendant and Counterclaimant MediaTek, Inc.'s Motion for Order Compelling Production of Documents Pursuant to Para. 15 of the Stipulated Protective Order (Docket No. 456).

Lead trial counsel for all parties and non-parties implicated by the Motions met and conferred regarding the matter on February 26, 2007. The parties reached a tentative agreement that would result in the withdrawal of nearly all of the Motions, and requested that the Court change the briefing schedule on the Motions to accommodate those agreements. The parties agree that Plaintiff and Defendants in this action will supplement various discovery responses **by Monday, March 5, 2007**. Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Motion for an Order Shortening Time is DENIED (Docket No. 435), except as set forth in this Order.

2. In lieu of any further briefing on the above-referenced motions, the parties may submit one (1) joint letter of no more than ten (10) pages, setting forth each of the issues that remain in dispute and each party's detailed position with respect to those issues, along with each party's final proposed compromise on each issue (the "Joint Letter"). The Joint Letter shall be submitted, if any issues remain, **on or before March 9, 2007**. If all issues (other than as set forth in Paragraph 4) have been resolved, the Motions shall be withdrawn. The Court will determine whether any additional proceedings are necessary based on the Joint Letter.

3. In addition, the issues relating to Non-Parties Lite-On, DLA Piper, Goldman & Zoran may also be resolved. Specifically, counsel advised the Court that the only remaining issue concerns documents in the custody of DLA Piper pertaining to Non-Party Lite-On. (There are also issues related to Non-Party TEAC. By separate order of the Court, permission is granted for Plaintiff to re-file its motion to compel against Non-Party TEAC in the Central District of California.) **With respect to Non-Party Lite-On, if this issue is not resolved by 9:30 a.m. on February 27, 2007, counsel for Plaintiff and counsel for Lite-On and DLA Piper are directed to appear before the undersigned at that time.**

4.      Counsel advised that there is one issue between Plaintiff and Defendants that cannot be resolved.  That issue concerns the question of whether two inadvertently-produced documents (the "Two Documents") are protected by the attorney-client privilege or work product doctrine. Pursuant to the agreement of the parties, the following schedule shall be followed with respect to the Two Documents: **on or before Friday, March 2, 2007**, Plaintiff shall submit *in camera* the Two Documents to the undersigned.  In addition, at that time, Plaintiff shall file arguments on why it believes the documents are protected from disclosure.  Defendants may file a response to those arguments **on or before Wednesday, March 7, 2007**.  After receiving those briefs, the Court will determine whether oral argument is necessary on this issue.

IT IS SO ORDERED.

Dated: February 26, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

3