IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL, LTD., <br><br> Plaintiff, <br> v. <br><br> MEDIATEK, INC., et al., <br><br> Defendants / | No. C 05-3148 MMC (JCS) <br><br> **ORDER DENYING OBJECTION TO MAGISTRATE JUDGE SPERO'S ORDER DENYING MEDIATEK LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

Before the Court is defendant/counterclaimant MediaTek, Inc.'s ("Mediatek") objection, filed February 20, 2007, to Magistrate Judge Joseph C. Spero's Order Denying Defendant's Motion for Leave to Amend Infringement Contentions.

Having fully considered the matter,[1] the Court hereby DENIES the objection, for the reason Mediatek has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law).

**IT IS SO ORDERED.**

Dated: March 7, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] The hearing noticed for March 30, 2007 is VACATED. See Civil L.R. 72-2 ("Unless otherwise ordered by the assigned District Judge, no response need be filed and no hearing will be held concerning an objection to a Magistrate Judge's order pursuant to FRCivP 72(a) and 28 U.S.C. § 636(b)(1)(A).").