UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., | Case No. C-05-3148 MMC (JCS) |
| Plaintiff(s), | **ORDER RE IN CAMERA REVIEW OF DOCUMENTS [Docket No. 456]** |
| v. | |
| MEDIATEK, INC., ET AL., | |
| Defendant(s). | |

The parties have submitted, in camera, two documents for review by the Court: a technical analysis by Tadahiko Ichikawa dated April 8, 2005 (the "Ichikawa Analysis") and e-mails from Masahiko Samura dated June 16, 2006 (the "Samura E-Mails"). The parties have also submitted memoranda regarding whether these two documents are protected by the attorney-client privilege and attorney work product. Good cause appearing, the Court reaches the following conclusions:

1. The Court finds that the Ichikawa Analysis was prepared in anticipation of litigation at the request of counsel for Matsushita, and is therefore protected as work product. This Analysis was presented to Matsushita's counsel, and that communication is protected by the attorney-client privilege. Accordingly, the Motion to Compel Production of the Ichikawa Analysis is DENIED.

2. The Court finds that only part of the Samura E-Mails reflects confidential communications between attorney and client. Most of the Samura E-Mails does not appear, after careful review, to have been prepared in anticipation of litigation, and does not reflect attorney advice. On the other hand, at several places in the E-Mail

string are two brief paragraphs captioned "MTK Patent."  Under this heading are two paragraphs: one beginning with the word "Because" and one beginning with the word "June."  Those two paragraphs reflect confidential communications between attorney and client, as well as preparation for litigation.  Accordingly, the Motion to Compel Production of the Samura E-Mails is GRANTED IN PART and DENIED IN PART.  The E-Mails shall be produced, with the exception that the two afore-mentioned paragraphs may be redacted wherever they appear.

IT IS SO ORDERED.

Dated: March 13, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge