UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> MEDIATEK, INC., ET AL., <br><br> Defendant(s). | Case No. C-05-3148 MMC (JCS) <br><br> **ORDER RE MARCH 13, 2007 DISCOVERY ORDER  [Docket No. 547]** |

The Court is in receipt of letters from counsel dated March 14, 2007, [Docket Nos. 549 and 550]. Matsushita's interpretation of this Court's "Order Re Pending Discovery Motions" of March 13, 2007 (the "March 13, 2007 Order") [Docket No. 547] is entirely incorrect.  It was the intent of the March 13, 2007 Order to overrule Matsushita's objection to the production of the documents at issue on the basis on Federal Rule of Evidence 408.  Of course, to the extent that there are documents that are otherwise protected by the attorney-client privilege or the attorney work product doctrine, those privileges were not addressed in the March 13, 2007 Order, and may still be asserted.

IT IS SO ORDERED.

Dated: March 15, 2007

JOSEPH C. SPERO
United States Magistrate Judge