1  Mark Malin (Bar No. 199757)
   mmalin@deweyballantine.com
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA  94303-2225
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Shamita D. Etienne-Cummings (Bar No. 202090)
5  setienne@mwe.com
   McDERMOTT WILL & EMERY LLP
6  3150 Porter Drive
   Palo Alto, CA  94304-1212
7  Tel: (650) 813-5000; Fax: (650) 813-5100

8  *(See signature page for list of additional counsel)*

9  Attorneys for Plaintiff and Counterclaim Defendant
   MATSUSHITA ELECTRIC INDUSTRIAL CO.,
10 LTD. and Counterclaim Defendant PANASONIC
   CORPORATION OF NORTH AMERICA

11
                    **UNITED STATES DISTRICT COURT**
12
           **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**
13

14 | MATSUSHITA ELECTRIC INDUSTRIAL  )   Case No. 05-CV-3148-MMC [JCS]
   | CO., LTD.,                     )
15 |                                )   **[PROPOSED] ORDER GRANTING
   |          Plaintiff,            )   PLAINTIFF AND COUNTERCLAIM
16 |     v.                         )   DEFENDANT MATSUSHITA
   |                                )   ELECTRIC INDUSTRIAL CO., LTD.'S
17 | MEDIATEK, INC., OPPO DIGITAL, INC., and )  MOTION FOR ADMINISTRATIVE
   | MICRO-STAR INTERNATIONAL       )   RELIEF TO FILE DOCUMENTS
18 | COMPUTER CORP.,                )   UNDER SEAL** ; DIRECTIONS TO CLERK
   |          Defendants.           )
19 |_____)
                                    )   Date:  April 27, 2007
20 | MEDIATEK, INC.,                 )   Time:  9:00 a.m.
   |                                )   Place: Ctrm 7, 19th Floor
21 |          Counterclaimant,       )   Judge: Honorable Maxine M. Chesney
   |                                )
22 |     v.                         )
   |                                )
23 | MATSUSHITA ELECTRIC INDUSTRIAL  )
   | CO., LTD. and PANASONIC CORPORATION )
24 | OF NORTH AMERICA,               )
   |                                )
25 |          Counterclaim Defendants. )

26

27

28

1     Having considered Plaintiff and Counterclaim Defendant Matsushita Electric Industrial

2 Co., Ltd.'s ("Matsushita") Unopposed Motion for Administration Relief to File Documents

3 Under Seal, the Court finds that good cause exists for granting the Motion.

4     IT IS HEREBY ORDERED that the Administrative Motion to File Under Seal is

5 GRANTED.

6     The ~~Court~~ Clerk shall file Matsushita's Objections to Magistrate Judge Spero's March 13, 2007

7 Order Re Pending Discovery Motions, Declaration of Aldo A. Badini in Support of Matsushita's

8 Objections, and Exhibits 4, 5 and 8 attached to the Declaration of Aldo A. Badini in Support of

9 Matsushita's Objections under seal.

10     IT IS SO ORDERED.

11     Dated: __March 21_____, 2007

13     _____
    Honorable Maxine M. Chesney
    Judge, United States District Court