IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>        Plaintiff,<br>  v.<br>MEDIATEK, INC., et al.,<br><br>        Defendants<br><br>MEDIATEK, INC,<br><br>        Counterclaimant,<br>  v.<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.<br><br>        Counterclaim Defendants | No. C 05-3148 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE SPERO'S MARCH 13, 2007 ORDER** |

    Before the Court are plaintiff's "Objections to Magistrate Judge Spero's March 13,[1] 2007 Order Re Pending Discovery Motions"; said Objections were filed March 20, 2007.

    The objections are based in substantial part on an asserted change of law occurring after the time the subject order was issued. (See Objections, 1:22-26.) Under such circumstances, the Objections are hereby DENIED, without prejudice to plaintiff's filing a

---

[1] Although dated March 13, 2007, the subject order was filed March 14, 2007.

motion for leave to file a motion for reconsideration, to be presented to Magistrate Judge Spero. See Civil L.R. 7-9(b)(2) (providing motion for leave to file motion for reconsideration of order may be appropriate in light of "change of law occurring after the time of such order").

**IT IS SO ORDERED**.

Dated: March 21, 2007

MAXINE M. CHESNEY
United States District Judge