UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>Defendants.<br>MEDIATEK, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Counterclaim Defendants. | CASE NO. 05-CV-3148-MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT MEDIATEK, INC.'S **UNOPPOSED** MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 REGARDING MEDIATEK, INC.'S MOTION FOR ORDER CONTINUING DEADLINE FOR FILING DISPOSITIVE MOTIONS<br><br>The Honorable Maxine M. Chesney |

1  This matter came before the Court ~~on~~ _____, ~~2007~~, on
2  Defendant and Counterclaimant MediaTek, Inc.'s **Unopposed** Motion to Shorten Time Pursuant to
3  Civil Local Rule 6-3 Regarding MediaTek's Motion for Order Continuing the Deadline For Filing
4  Dispositive Motions.
5  The Court being fully advised, having considered the unopposed motion, the
6  record, the arguments of counsel, and applicable authorities and evidence, finds that MediaTek's
7  Motion should be GRANTED in all respects.
8  Matsushita shall file any opposition by the end of the day, April 3, 2007; the matter
9  ~~The parties shall appear for a telephonic hearing on April 4, 2007, at _____~~
10 ~~a.m./p.m~~. will be decided on the papers submitted as of April 3, 2007, unless the parties are otherwise advised by the Court.
11 IT IS SO ORDERED.
12
13 DATED: April  3 , 2007
14
15 _____
16 The Honorable Maxine M. Chesney
   United States District Judge