United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>        Plaintiff,<br>  v.<br>MEDIATEK, INC., et al.,<br><br>        Defendants<br><br>MEDIATEK, INC,<br><br>        Counterclaimant,<br>  v.<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.<br><br>        Counterclaim Defendants | No. C 05-3148 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR ORDER CONTINUING APRIL 6, 2007 DEADLINE TO FILE DISPOSITIVE MOTIONS** |

      Before the Court is defendant's Motion for Order Continuing April 6, 2007 Deadline for Filing Dispositive Motions, filed March 2, 2007, and plaintiff's opposition thereto.

      Having reviewed the papers filed in support of and in opposition to the motion, the Court, for the reasons stated by plaintiff, hereby DENIES the motion. Moreover, the basis of the instant motion is that defendant believes it may not be able to file by the April 6, 2007 deadline certain of the "motions" it had intended to submit. (See, e.g., Def.'s Mot. at 2:15-

16 (referring to defendant's intention to file "motions related to prior art, noninfringement, and damages"); see also id. at 2:22-23 (referring to defendant's intention to file "motions relating to validity of the '031 patent").)  The Local Rules of this District provide that, absent leave of court, a party may not file a summary judgment motion exceeding 25 pages.  See Civil L.R. 7-2(b), 7-11.  A party may not evade the 25-page limit by merely filing multiple motions that address different issues.

**IT IS SO ORDERED**.

Dated: April 4, 2007

_____
MAXINE M. CHESNEY
United States District Judge