| | | |
|---|---|---|
| 1 | Mark Malin (Bar No. 199757) | Kevin Johnson (Bar No. 177129) |
| 2 | mmalin@deweyballantine.com<br>DEWEY BALLANTINE LLP | kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART OLIVER |
| 3 | 1950 University Avenue, Suite 500<br>East Palo Alto, CA  94303-2225 | & HEDGES<br>555 Twin Dolphin Drive, Suite 560 |
| 4 | Tel: (650) 845-7000; Fax: (650) 845-7333 | Redwood Shores, CA  94065-2139<br>Tel:  (650) 801-5000; Fax: (650) 801-5100 |
| 5 | Shamita D. Etienne-Cummings (Bar No. 202090)<br>setienne@mwe.com | |
| 6 | McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive | Brian Cannon (Bar No. 193071)<br>QUINN EMANUEL URQUHART OLIVER |
| 7 | Palo Alto, CA  94304-1212<br>Tel: (650) 813-5000; Fax: (650) 813-5100 | & HEDGES<br>555 Twin Dolphin Drive, Suite 560 |
| 8 | Attorneys for Plaintiff and Counterclaim | Redwood Shores, CA  94065-2139<br>Tel:  (650) 801-5000; Fax: (650) 801-5100 |
| 9 | Defendant MATSUSHITA ELECTRIC<br>INDUSTRIAL CO., LTD. and Counterclaim | |
| 10 | Defendant PANASONIC CORPORATION OF<br>NORTH AMERICA | Attorneys for Defendant and Counterclaimant<br>MEDIATEK, INC., and Defendants OPPO |
| 11 | | DIGITAL, INC., and MSI COMPUTER<br>CORP. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., | Case No. 05-CV-3148-MMC (JCS) |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND PAGE LIMIT FOR DISPOSITIVE MOTIONS** |
| vs. | |
| MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., | Judge:   Honorable Maxine M. Chesney |
| Defendants. | |
| MEDIATEK, INC., | |
| Counterclaimant, | |
| vs. | |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, | |
| Counterclaim Defendants. | |

WHEREAS the deadline for Dispositive Motions in this action is April 6, 2007;

WHEREAS the Court's Civil Local Rules 7-2, 7-3, and 7-11 provide that, absent leave of Court, Motions should not exceed 25 pages, Oppositions should not exceed 25 pages, and Replies should not exceed 15 pages;

WHEREAS the parties conferred on April 4, 2007 regarding the page limits under the Civil Local Rules, and, given that four U.S. patents are asserted in this action, and the parties have asserted, *inter alia*, infringement and invalidity claims for each of the four unrelated patents, the parties agreed that additional pages are necessary to prepare meaningful Dispositive Motions for the Court's consideration; and

WHEREAS the parties agreed to the following page limit extensions for their briefing of the Dispositive Motions.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

1. Each side may file only one Dispositive Motion.

2. The page limit for each side's Dispositive Motion is extended to 35 pages.

3. The page limit for each side's Opposition is extended to 35 pages.

4. The page limit for each side's Reply is extended to 20 pages.

Dated: April 4, 2007           DEWEY BALLANTINE LLP


By:___/S/_____
        Jeffrey L. Kessler
Attorney for Plaintiff and Counterclaim Defendant
MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and
Counterclaim Defendant PANASONIC CORPORATION
OF NORTH AMERICA

Dated:  April 4, 2007                    QUINN EMANUEL URQUHART OLIVER & HEDGES

By:____/s/_____
     Brian Cannon
Attorney for Defendant and Counterclaimant MEDIATEK, INC., and Defendants OPPO DIGITAL, INC., and MSI COMPUTER CORP.

    Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Brian Cannon.

Dated:  April 4, 2007                    DEWEY BALLANTINE LLP

By:__/S/_____
     Jeffrey L. Kessler

**PURSUANT TO STIPULATION OF THE PARTIES,**

    **IT IS SO ORDERED.**

Dated:  April 5, 2007                    _____
     Honorable Maxine M. Chesney
     United States District Judge