**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br>　　　　Plaintiff, <br>　v. <br> MEDIATEK, INC., et al., <br>　　　　Defendants <br><br> MEDIATEK, INC, <br>　　　　Counterclaimant, <br>　v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br>　　　　Counterclaim Defendants <br>　　　　　　　　　　　　　　　　　／ | No. C 05-3148 MMC <br><br> **ORDER DEFERRING RULING ON PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |

　　　　Before the Court is plaintiff's "Unopposed Motion for Administrative Relief to File Documents Under Seal," filed April 9, 2007, by which plaintiff seeks leave to file an unredacted version of its motion for summary judgment, a declaration offered in support thereof, and 68 exhibits offered in support thereof.

　　　　"A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to

1  protection under the law." Civil L.R. 79-5(a).  "The request must be narrowly tailored to
2  seek sealing only of sealable material." Id.  "A stipulation . . . will not suffice to allow the
3  filing of documents under seal." Id.

4       In the instant motion for administrative relief, plaintiff states, without elaboration, that
5  each document it seeks to file under seal "contain[s] information designated confidential."
6  (See Pl's Mot. at 1:14-15.)  Plaintiff has, however, offered no evidence in support of such
7  assertion, which is, in any event, wholly conclusory in nature.  Although plaintiff has offered
8  the Declaration of Keith P. Gray in support of the instant motion, said declarant states only
9  that counsel for defendants has advised plaintiff that defendants would not oppose
10 plaintiff's administrative motion; as noted, a stipulation is insufficient to allow the filing of
11 documents under seal.

12      Accordingly, the Court will DEFER ruling on plaintiff's administrative motion for
13 administrative relief to provide plaintiff the opportunity to supplement, no later than April 18,
14 2007, said motion with a declaration or declarations to "establish" why each document it
15 seeks to have filed under seal is "privileged or protectable as a trade secret or otherwise
16 entitled to protection under the law."  See Civil L.R. 79-5(a).[1]  If plaintiff, as of April 18,
17 2007, fails to make a sufficient showing as to one or more of the documents in question,
18 the motion will be denied as to each such document as to which such insufficient showing
19 has been made, and the Clerk will be directed to follow the procedure set forth in Civil Local
20 Rule 79-5(e).

21 **IT IS SO ORDERED**.

23 Dated: April 11, 2007

                                  MAXINE M. CHESNEY
                                  United States District Judge

---

[1] In the event any or all of the documents that are the subject of the instant motion for administrative relief have been designated as confidential by defendants, plaintiff need only state such fact in a supporting declaration, whereafter defendants must, within five days, in order to avoid the documents being filed in the public record, file a declaration that establishes why each such document is sealable. See Civil L.R. 79-5(d).