1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | Case No. 05-CV-3148-MMC [JCS] <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTERCLAIM DEFENDANT MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |
| MEDIATEK, INC., <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterclaim Defendants. | ~~Date: May 18, 2007~~ <br> ~~Time: 9:00 AM~~ <br> Place: Courtroom 7, 19th Floor <br> Judge: Honorable Maxine M. Chesney |

Having considered Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd.'s ("Matsushita") Unopposed Motion for Administration Relief to File Documents Under Seal, the Court finds that good cause exists for granting the Motion.

IT IS HEREBY ORDERED that the Administrative Motion to File Under Seal is GRANTED.

The Clerk shall file unredacted versions of Matsushita's Objections to Magistrate Judge Spero's Orders re Settlement Negotiation Documents, Declaration of Aldo A. Badini in Support of Matsushita's Objections to Magistrate Judge Spero's Orders re Settlement Negotiation Documents ("Badini Declaration"), Exhibits 6, 8, 9, 10, and 11 attached to the Badini Declaration, under seal.

IT IS SO ORDERED.

Dated: __April 16__, 2007

_____
Honorable Maxine M. Chesney
United States District Judge

1

Case No. 05-CV-3148 MMC [JCS]
[Proposed] Order Granting Matsushita's Administrative Mot. to File Documents Under Seal