UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | CASE NO. 05-CV-3148-MMC <br><br> ORDER DENYING MATSUSHITA'S ADMINISTRATIVE MOTION FOR ORDER CONTINUING APRIL 27, 2007 STATUS CONFERENCE <br><br> The Honorable Maxine M. Chesney |
| MEDIATEK, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterclaim Defendants. | |

1  Before the Court is Matsushita's Administrative Motion for Order Continuing April
2  27, 2007 Status Conference.
3  The Court being fully advised, having considered the motion, defendants'
4  opposition thereto, the record, and applicable authorities and evidence, finds that Matsushita's
5  Administrative Motion is DENIED for lack of good cause.
6  The deadline to file the Joint Statement is EXTENDED to Tuesday, April 24, 2007.
7  Counsel shall appear in person at the Status Conference.
8  IT IS SO ORDERED.

10  DATED:  April 18, 2007

_____
The Honorable Maxine M. Chesney
United States District Judge