IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>          Plaintiff,<br>  v.<br>MEDIATEK, INC., et al.,<br><br>          Defendants<br><br>MEDIATEK, INC,<br><br>          Counterclaimant,<br>  v.<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.<br><br>          Counterclaim Defendants<br>                                         / | No. C 05-3148 MMC<br><br>**ORDER DIRECTING CLERK TO FILE IN PUBLIC RECORD CORRECTED DECLARATION OF BRIAN C. CANNON**; |

      On April 7, 2007, defendants filed, without redaction, the Declaration of Brian C. Cannon. On April 19, 2007, defendants filed a redacted version of the "Corrected Declaration of Brian C. Cannon" ("Corrected Declaration") and submitted to the Clerk, in a sealed envelope, the unredacted version of the Corrected Declaration.

      Defendants have failed to file a motion for leave to file under seal the unredacted

version of the Corrected Declaration.[1] Moreover, the entirety of the material redacted from the Corrected Declaration is included in the Declaration of Brian C. Cannon, which, as noted, was filed without redaction on April 7, 2007. Further, the redacted matter in the Corrected Declaration consists wholly of titles or descriptive references to exhibits attached to the Corrected Declaration.[2] Under such circumstances, the Court declines to file under seal the unredacted version of the Corrected Declaration.

Accordingly, the Clerk is DIRECTED to file in the public record the five-page Corrected Declaration of Brian C. Cannon.

**IT IS SO ORDERED**.

Dated: April 25, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] On April 19, 2007, defendants filed a "Supplemental Unopposed Administrative Motion Pursuant to Local Rules 7-11 and 79-5(b) to File Confidential Documents Under Seal," in which defendants seek leave to file under seal unredacted versions of various documents. Although defendants, by said motion, seek leave to file under seal various exhibits attached to the Corrected Declaration, defendants do not request leave to file under seal the Corrected Declaration itself. By separate order filed concurrently herewith, the Court has addressed defendants' motion to file under seal certain exhibits attached to the Corrected Declaration.

[2] As noted, defendants have sought leave to file under seal certain exhibits attached to the Corrected Declaration. The titles and/or descriptions of such exhibits as set forth in the Corrected Declaration do not disclose the substantive content of any such exhibit.