IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>          Plaintiff,<br>     v.<br><br>MEDIATEK, INC., et al.,<br><br>          Defendants<br>_____<br><br>MEDIATEK, INC,<br><br>          Counterclaimant,<br>     v.<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.<br><br>          Counterclaim Defendants<br>_____/ | No. C 05-3148 MMC<br><br>**ORDER GRANTING IN PART AND DEFERRING IN PART RULING ON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

    Before the Court is defendants' "Unopposed Administrative Motion Pursuant to Local Rules 7-11 and 79-5(b) to File Confidential Documents Under Seal," filed April 20, 2007, by which motion defendants seek leave to file under seal documents filed in connection with defendants' opposition to plaintiff's motion for summary judgment.

    "A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to

protection under the law." Civil L.R. 79-5(a).  "The request must be narrowly tailored to seek sealing only of sealable material."  Id.

Having reviewed the Declaration of Randall T. Garteiser, filed April 21, 2007, offered in support of the instant motion, the Court finds good cause exists to GRANT the motion in part, specifically, to the extent it pertains to the three documents identified below. Accordingly, the Clerk is hereby DIRECTED to file under seal unredacted versions of the following three documents:

1. Exhibit 1 to the Declaration of Jeffrey Bokor in Support of Defendants' Opposition to Matsushita's Motion for Summary Judgment;

2. Exhibit 2 to the Rebuttal Report of Jeffrey Bokor Submitted as Exhibit 1 to the Declaration of Jeffrey Bokor in Support of Defendants' Opposition to Matsushita's Motion for Summary Judgment; and

3. Exhibits 9-13 to the Rebuttal Report of Jeffrey Bokor Submitted as Exhibit 1 to the Declaration of Jeffrey Bokor in Support of Defendants' Opposition to Matsushita's Motion for Summary Judgment.

To the extent defendants' motion requests leave to file under seal redacted versions of documents that contain material designated as confidential by plaintiff, specifically, (1) defendants' opposition to plaintiff's motion for summary judgment, (2) Declaration of Dr. Robert G. Wedig, and (3) Exhibits D, H-I, and L-P to the Declaration of Charlie Y. Chou, the Court hereby DEFERS ruling on said motion until after April 27, 2007, the date by which plaintiff is required to submit a declaration establishing that such documents, either in their entirety or in part, are sealable.  See Civil L.R. 79-5(d).

**IT IS SO ORDERED**.

Dated: April 25, 2007

MAXINE M. CHESNEY
United States District Judge