United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD.,

    Plaintiff

  v.

MEDIATEK, INC., et al.,

    Defendants

MEDIATEK, INC,

    Counterclaimant,

  v.

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD., et al.

    Counterclaim Defendants

                                  /

No. C 05-3148 MMC

**ORDER DIRECTING PLAINTIFF TO
LODGE CHAMBERS COPY IN
COMPLIANCE WITH GENERAL
ORDER 45 AND THE COURT'S
STANDING ORDERS**

On April 20, plaintiff electronically filed the "Declaration of Aldo A. Badini in Support

of Motion to Strike the Declarations of Jeffrey Bokor, Lee Soon Peng, Chao Chun Twu, and

Steven Wasserman in Support of Defendants' Motion for Summary Judgment" and exhibits

attached thereto.  (See Docket #691.)

    Plaintiff has violated General Order 45 and the Court's Standing Orders, however,

1  by failing to deliver to the Clerk's Office "no later than noon on the business day following

2  the day that the papers are filed electronically, one paper copy of each document that is

3  filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's

4  name, case number, and 'Chambers Copy-Do Not File.'" <u>See</u> General Order 45 § VI.G;

5  <u>see</u> <u>also</u> Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney

6  ¶ 2.

7      Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

8  Standing Orders by immediately submitting a chambers copy of the above-referenced

9  declaration and exhibits attached thereto that have been filed in the public record.[1]  If

10  plaintiff fails to timely comply, the Court will strike such documents as a sanction.  Plaintiff

11  is hereby advised that if it fails in the future to comply with the Court's Standing Order to

12  provide chambers copies of electronically-filed documents, the Court may impose

13  sanctions, including, but not limited to, striking from the record any electronically-filed

14  document of which a chambers copy has not been timely provided to the Court.

15      **IT IS SO ORDERED.**

16

17  Dated:  April 25, 2007

MAXINE M. CHESNEY
18                                              United States District Judge

19

20

21

22

23

24

25

26

---

27  [1]Plaintiff already has submitted, in connection with plaintiff's motion for leave to file documents under seal, chambers copies of Exhibit 2-5, 18-19, 21-22, 26-28, 31, and 39-41

28  to the Declaration of Aldo A. Badini in Support of Motion to Strike.  Plaintiff should not submit additional copies of those exhibits.