Mark Malin (199757)
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
E. Palo Alto, CA 94303
Telephone: (650) 845-7303
Facsimile: (650) 845-7333

Shamita D. Etienne-Cummings (202090)
setienne@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Plaintiff and Counterclaim
Defendant Matsushita Electric Industrial Co.,
Ltd. and Counterclaim Defendant Panasonic
Corporation of North America.

Kevin P.B. Johnson (177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065-2139
Tel: (650) 801-5000; Fax: (650) 801-5100

Brian Cannon (193071)
QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065-2139
Tel: (650) 801-5000; Fax: (650) 801-5100

Attorneys for Defendant and Counterclaimant
MEDIATEK, INC., and Defendants
OPPO DIGITAL, INC., and MSI COMPUTER
CORP. (sued as Micro-Star International
Computer Corp.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>　　　　Defendants.<br><br>MEDIATEK, INC.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>　　　　Counterclaim Defendants. | Case No. 05-CV-3148-MMC [JCS]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR SHORTENED PERIOD OF TIME FOR THE PARTIES TO BRIEF, AND THE COURT TO HEAR, THE PARTIES' APRIL 20, 2007 MOTIONS TO STRIKE AND ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT TO MAY 18, 2007.**<br><br>Judge:   Honorable Maxine M. Chesney |

Case No. 05-CV-3148 MMC [JCS]
Joint Stipulation and [Proposed] Order for Shortened Period of Time to Brief
and Hear The Parties' April 20, 2007 Motions to Strike

WHEREAS the parties filed summary judgment motions in this action on April 6, 2007, and the Court is scheduled to hear the summary judgment motions on May 11, 2007;

WHEREAS Matsushita Electric Industrial Co., Ltd. ("Matsushita") has filed concurrently with this Stipulation a motion to strike certain declarations that Defendants MediaTek, Inc. ("MediaTek"), OPPO Digital, Inc. ("OPPO") and MSI Computer Corp. ("MSI") (collectively, "Defendants") filed in support of their summary judgment motion;

WHEREAS Defendants may file concurrently with this Stipulation a motion to strike materials filed in support of Matsushita's summary judgment motion;

WHEREAS the parties believe that the motions to strike should be heard on May 11, 2007 during the scheduled hearing of the parties' summary judgment motions given that the motions to strike relate to the evidence submitted in support of the pending summary judgment motions;

WHEREAS the parties have a joint interest in timely resolving the matters addressed in the motions to strike and a May 11, 2007 hearing would foster the efficient judicial administration of the matters covered in the motions; and

WHEREAS the parties' Stipulation for a shortened period of time for the parties to brief, and the Court to hear, the motions to strike will not affect the remaining dates under the current schedule.

NOW, THEREFORE,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that pursuant to Local Civil Rule 6-2:

- The parties' motions to strike filed on April 20, 2007 shall be heard on May 11, 2007 at 9:00 a.m. before the Honorable Maxine M. Chesney.
- All responses to the parties' motions to strike shall be filed on or before May 4, 2007.
- The parties forego any replies to the parties' motions to strike.

2

Case No. 05-CV-3148 MMC [JCS]
Joint Stipulation and [Proposed] Order for Shortened Period of Time to Brief and Hear The Parties' April 20, 2007 Motions to Strike

- The parties reserve any and all defenses to the motions to strike.

Dated: April 20, 2007              DEWEY BALLANTINE LLP

By: __/S/_____
    Aldo A. Badini
Attorney for Plaintiff and Counterclaim Defendant
MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and
Counterclaim Defendant PANASONIC CORPORATION
OF NORTH AMERICA

Dated: April 20, 2007              QUINN EMANUEL URQUHART OLIVER & HEDGES

By: _____
    Brian Cannon
Attorney for Defendant and Counterclaimant MEDIATEK,
INC., and Defendants OPPO DIGITAL, INC., and MSI
COMPUTER CORP.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Brian Cannon.

Dated: April 20, 2007              DEWEY BALLANTINE LLP

By: __/S/_____
    Aldo A. Badini

**PURSUANT TO STIPULATION OF THE PARTIES,**

    **IT IS SO ORDERED,** with the exception that the hearing on the motions to strike and the hearing on the motions for summary judgment are continued to May 18, 2007.

Dated: April 25, 2007              _____
    Honorable Maxine M. Chesney
    United States District Judge

3

Case No. 05-CV-3148 MMC [JCS]
Joint Stipulation and [Proposed] Order for Shortened Period of Time to Brief
and Hear The Parties' April 20, 2007 Motions to Strike