United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br> MEDIATEK, INC., et al., <br><br> Defendants <br><br>———————————————————— <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants <br>————————————————————/ | No. C 05-3148 MMC <br><br> **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF** |

Before the Court is the Declaration of Keith P. Gray, filed April 25, 2007, offered by plaintiff in support of defendants' "Unopposed Administrative Motion Pursuant to Local Rules 7-11 and 79-5(b) to File Confidential Documents Under Seal," filed April 18, 2007.

Having reviewed the Declaration of Keith P. Gray, the Court finds good cause exists to GRANT the motion in part, specifically, to the extent it pertains to the following documents: Mediatek, Inc.'s Motion for Leave to Amend its Answer and Counterclaims and

Case 3:05-cv-03148-MMC   Document 788   Filed 05/01/07   Page 2 of 2

Motion for Limited Expedited Factual Discovery, Declaration of David Pollock, and Exhibits 2-3, 5-7, 12, 16-17, 20, 24, and 31-32 to the Declaration of David Pollock. Accordingly, the Clerk is hereby DIRECTED to file under seal unredacted versions of said documents.

With respect to one of the above-referenced documents, however, specifically, Exhibit 7 to the Declaration of Aldo A. Badini, plaintiff represents that said exhibit includes confidential material, but fails to identify the confidential portions therein.[1] Accordingly, plaintiff is DIRECTED to file in the public record, no later than May 7, 2007, a redacted version of said document, from which the confidential information has been deleted. If plaintiff fails to timely file a redacted version of Exhibit 7, the Court will direct the Clerk to file said exhibit in the public record.

Finally, with respect to the additional document as to which defendants seek leave to file under seal, specifically, Exhibit 18 to the Declaration of David Pollock, the motion is hereby DENIED, for the reason plaintiff has withdrawn its designation of confidentiality. (See Gray Decl. ¶ 3(h).) Accordingly, the Clerk is DIRECTED to file in the public record Exhibit 18 to the Declaration of David Pollock.

**IT IS SO ORDERED**.

Dated: May 1, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] Some portions of said exhibit plainly are not confidential. For example, the witness's testimony as to when he began working for plaintiff is not confidential. (See, e.g., Pollock Decl. Ex. 7 at 14:10-14.)

2