**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MATSUSHITA ELECTRIC INDUSTRIAL CO.,          No. C 05-3148 MMC
     LTD.,
12
                    Plaintiff,                     **ORDER GRANTING IN PART AND
13                                                 DENYING IN PART DEFENDANTS'**
        v.                                         **SUPPLEMENTAL ADMINISTRATIVE**
14                                                 **MOTION TO FILE CONFIDENTIAL**
     MEDIATEK, INC., et al.,                       **DOCUMENTS UNDER SEAL;**
15                                                 **DIRECTIONS TO CLERK;  DIRECTIONS**
                    Defendants                     **TO PLAINTIFF**
16   _____

17   MEDIATEK, INC,

18                    Counterclaimant,

19      v.

     MATSUSHITA ELECTRIC INDUSTRIAL CO.,
20   LTD., et al.

21                    Counterclaim Defendants
     _____/
22

23          Before the Court is the Declaration of Keith P. Gray, filed April 26, 2007 by plaintiff in

24   support of defendants' "Supplemental Unopposed Administrative Motion Pursuant to Local

25   Rules 7-11 and 79-5(b) to File Confidential Documents Under Seal," filed April 19, 2007.

26          Having reviewed the Declaration of Keith P. Gray, the Court finds good cause exists

27   to GRANT the motion in part, specifically, to the extent it pertains to Exhibits 1, 3, 5-10, 12-

28   15, and 23-24 to the Corrected Declaration of Brian C. Cannon.  Accordingly, the Clerk is

1  hereby DIRECTED to file under seal unredacted versions of said documents.

2      With respect to Exhibit 26 to the Corrected Declaration of Brian C. Cannon, the

3  motion is hereby DENIED, because plaintiff has withdrawn its designation that said exhibit

4  is confidential.  Accordingly, the Clerk is DIRECTED to file Exhibit 26 in the public record.

5      Finally, with respect to Exhibits 2 and 4 to the Corrected Declaration of Brian C.

6  Cannon, the Court finds that neither party has shown good cause to file said exhibits under

7  seal.  Defendants represent that they seek leave to file said documents under seal in light

8  of plaintiff's having designated them as confidential.  (See Chen Decl., filed April 19, 2007,

9  ¶ 2(c).)  Plaintiff, in response to defendants' representation, states that such exhibits should

10 be filed under seal in light of defendants' having designated the exhibits as confidential.

11 (See Gray Decl., filed April 26, 2007, ¶¶ 3(a), 3(b), 3(c).)  Irrespective of which party, if

12 any, has designated said documents as confidential, neither party has set forth a basis for

13 a finding of confidentiality, and the Court declines to conduct an independent review of the

14 subject documents to determine whether they might contain confidential matter.

15 Accordingly, the motion is hereby DENIED as it pertains to Exhibits 2 and 4 to the

16 Corrected Declaration of Brian C. Cannon, and the Clerk is DIRECTED to file said

17 documents in the public record.

18     **IT IS SO ORDERED**.

19

20 Dated: May 1, 2007

21                                          MAXINE M. CHESNEY
                                           United States District Judge

22

23

24

25

26

27

28