IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>    Plaintiff,<br>  v.<br><br>MEDIATEK, INC., et al.,<br><br>    Defendants<br>_____<br><br>MEDIATEK, INC,<br><br>    Counterclaimant,<br>  v.<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.<br><br>    Counterclaim Defendants<br>_____/ | No. C 05-3148 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF; DIRECTIONS TO DEFENDANTS** |

    Before the Court is the Declaration of Keith P. Gray, filed April 27, 2007, offered by plaintiff in support of defendants' "Unopposed Administrative Motion Pursuant to Local Rules 7-11 and 79-5(b) to File Confidential Documents Under Seal," filed April 20, 2007.

    Having reviewed the Declaration of Keith P. Gray, the Court finds good cause exists to GRANT the motion in part, specifically, to the extent it pertains to the following documents: Defendants' Opposition to Matshushita's Notice of Motion and Motion for

Summary Judgment, Declaration of Dr. Robert G. Wedig, and Exhibits D, H, I, L, N, O, and P to the Declaration of Charlie Y. Chou. Accordingly, the Clerk is hereby DIRECTED to file under seal unredacted versions of said documents.

With respect to six of the above-referenced documents, however, specifically, Exhibits D, H, I, L, N, and O to the Declaration of Charlie Y. Chou, plaintiff represents that said exhibits include confidential material, but fails to identify the confidential portions therein.[1] Accordingly, plaintiff is DIRECTED to file in the public record, no later than May 7, 2007, a redacted version of said six documents, from which only the confidential information has been deleted. If plaintiff fails to timely file a properly redacted version of Exhibits D, H, I, L, N and/or O, the Court will direct the Clerk to file said document or documents in the public record.

With respect to another of the above-referenced documents, specifically, the Declaration of Dr. Robert G. Wedig, plaintiff has denied that page 7:27-8:1 and page 8:21-23 contain confidential material. Accordingly, defendants are hereby DIRECTED to file in the public record, no later than May 7, 2007, an amended version of said declaration in which such passages are no longer deleted therefrom. If defendants fail to timely file such version, the Court will strike from the record the two above-referenced passages.

Finally, with respect to the additional document as to which defendants seek leave to file under seal, specifically, Exhibit M to the Declaration of Charlie Y. Chou, the motion is hereby DENIED, for the reason plaintiff has denied having designated the document as confidential. (See Gray Decl. ¶ 2(d).) Accordingly, the Clerk is DIRECTED to file in the public record Exhibit M to the Declaration of Charlie Y. Chou.

**IT IS SO ORDERED**.

Dated: May 1, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] A party has no basis to seek leave to file a document under seal merely because some portion of the document references confidential matter. Rather, "[t]he request must be narrowly tailored to seek sealing only of sealable material." See Civil L.R. 79-5(a).

2