UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | Case No. 05-CV-3148 MMC <br><br> [PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S REQUEST TO SEAL PORTIONS OF EXHIBIT 7 TO THE DECLARATION OF STEVEN WASSERMAN PURSUANT TO LOCAL RULE 79-5(C) |
| MEDIATEK, INC., <br><br> Counterclaim-Plaintiff, <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterclaim-Defendant. | |

On April 20, 2007, defendants Mediatek, Inc., OPPO Digital, Inc., and MSI Computer Corp. filed a supplemental, unopposed administrative motion to seal confidential documents, pursuant to Local Rules 7-11 and 79-5. On April 25, 2007 the Court granted non-party International Business Machines Corporation ("IBM") the opportunity to submit a declaration pursuant to Local Rule 79-5(d) to establish why Exhibit 7 to the Declaration of Steven Wasserman is at least in part sealable. IBM has submitted the Declaration of Gerard A. Haddad to support its request that portions of Exhibit 7 to the Declaration of Steven Wasserman (attached to the Haddad Declaration as Exhibit A), which is a copy of selected pages of the transcript of the deposition of non-party IBM employee Jack Kouloheris, be sealed.

1  The Court, having reviewed the evidence in support of the motion to seal, finds that the
2  following portions of Exhibit 7 to the Declaration of Steven Wasserman constitute "sealable"
3  material under Local Rule 79-5(a):  All redacted portions of Exhibit 7 to the Declaration of Steven
4  Wasserman dated April 6, 2007, which is a copy of selected pages of the transcript of non-party IBM
5  employee Jack Kouloheris, at Vol. 1 p. 37 lines 17-24, p. 39 lines 1-24, p. 50 lines 5-12, p. 53 line 15
6  – p. 57 line 24, p. 60 line 1 – p. 68 line 24; and at Vol. 2 p. 29 line 2 – p. 36 line 25, p. 58 lines 2-25.
7  IT IS HEREBY ORDERED that, with respect to Exhibit 7 to the Declaration of Steven
8  Wasserman (and the identical exhibit attached to the Declaration of Gerard A. Haddad as Exhibit A),
9  the motion is GRANTED and that the above listed document shall be filed under seal by the Clerk of
10 the Court in conformity with Local Rule 79-5(f).

DATED: May _3_, 2007

The Honorable Maxine Chesney
United States District Judge