|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | CASE NO. 05-CV-3148-MMC <br><br> ~~[PROPOSED] ORDER GRANTING~~ IN PART ~~MEDIATEK'S REQUESTED RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(d) (DOCKET ITEM 693)~~ AND DENYING IN PART PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL |
| MEDIATEK, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterdefendants. | |

08929/2110234.1

-1- Case No. 05-CV-3148-MMC
[PROPOSED] ORDER RE: MATSUSHITA'S MOTION TO SEAL

On April 20, 2007, plaintiff and counterclaim defendant Matsushita Electric Industrial Co., Ltd. filed an unopposed motion for administrative relief to file documents under seal in relation to Matsushita's Motion to Strike (Docket No. 693). Matsushita filed concurrently a Declaration of Keith P. Gray in Support of Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd.'s Unopposed Motion for Administrative Relief to File Documents Under Seal. (Docket No. 694).

Before the Court is the Declaration of Randall T. Garteiser in Support of Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd.'s Unopposed Motion for Administrative Relief to File Documents Under Seal With Respect to Defendants' Confidential Business Information.

The Court, having reviewed the evidence in support of the motion to seal, finds that the following documents reflect defendants' confidential business information and constitute "sealable" material under Local Rule 79-5(a). Accordingly, the Clerk is hereby DIRECTED to file under seal unredacted versions of the following documents:

- Exhibits 3, 19, 21, 28, and 31 to the Declaration of Aldo A. Badini In Support of Motion To Strike The Declarations Of Jeffrey Bokor, Lee Soon Peng, Chao Chun Twu, And Steven Wasserman In Support Of Defendants' Motion For Summary Judgment, filed on April 20, 2007, at Docket Item 691 ("Badini Declaration").

Defendants have further submitted redacted versions of exhibits lodged by Matsushita, and filed public versions of such documents. The Court finds that the redacted portions of the following documents constitute "sealable" material under Local Rule 79-5(a). Accordingly, the Clerk is hereby DIRECTED to file under seal unredacted versions of the following documents that have been filed in a public version:

- Exhibits 2, 4, 5, 18, 22, 26, 39, 40, and 41 to the Badini Declaration.

Matsushita has filed a public version of its Motion to Strike with redactions reflecting confidential business information designated by defendants at Docket Item 690. The Court finds that the redacted portions of Matsushita's Motion To Strike constitute "sealable" material under Local Rule 79-5(a). Accordingly, the Clerk is hereby DIRECTED to file under

seal unredacted versions of Matsushita's Motion To Strike that Matsushita has already filed in a public version at Docket Item 690.

    Finally, plaintiff's motion is hereby DENIED, as it pertains to Exhibit 27 to the Declaration of Aldo A. Badini, because defendants represent that said exhibit is not sealable. (<u>See</u> Garteiser Decl. ¶ 2(j).)

DATED: May 3, 2007

                                             */s/ Maxine M. Chesney*
The Honorable Maxine Chesney
United States District Court Judge