MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
JEROLD L. HERSH (Bar No. 225651)
jerry.hersh@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Non-Parties
ZORAN CORPORATON, DLA PIPER US LLP
and WILLIAM G. GOLDMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC. and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO 05-CV-3148-MMC [JCS]<br><br>[~~PROPOSED~~] ORDER SEALING LIMITED PORTIONS OF DOCUMENTS PRODUCED BY NON-PARTY DLA PIPER US LLP SUBMITTED WITH MATSUSHITA'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Ctrm: 7, 19th Floor<br>Judge: Honorable Maxine M. Chesney |

Upon consideration of the Declaration of Mark Fowler To Establish Basis For Sealing Portions Of Documents Produced By Non-Party DLA Piper US LLP, Submitted Pursuant To Court's April 25, 2007, Order Granting In Party And Deferring In Part Ruling On Plaintiff's Motion For Administrative Relief To File Documents Under Seal (the "Declaration"), IT IS HEREBY ORDERED that Matsushita Electric Industrial Co, Ltd's Motion For Administrative Relief To File Documents Under Seal with respect to documents produced by DLA Piper US LLP is GRANTED as to limited portions of confidential Exhibits 14-18 to Matsushita's Opposition To Defendants' Motion For Summary Judgment.

A suppression order is essential to preserve proprietary information of non-parties. The

-1-

DLA PIPER US LLP
EAST PALO ALTO

EM\7217879.1
999500-909800

[PROPOSED] ORDER SEALING LIMITED PORTIONS OF DOCS PRODUCED BY NON-PARTY DLA SUBMITTED WITH MATSUSHITA'S OPP TO DEF'S MTN SUMMARY JUDGMENT/05-CV-3148-MMC

disclosure of competitively sensitive information would significantly harm non-parties by revealing highly-protected information to its competitors. In addition, the confidential information is protected pursuant to the terms of a protective order in International Trade Commission Investigation No. 337-TA-506. Thus, to divulge such information would publicly reveal details about which non-parties have a reasonable expectation of confidentiality. The Court also finds that DLA has narrowly tailored its request to seal only limited portions of a subset of Matsushita's exhibits at issue.

Accordingly, IT IS FURTHER ORDERED THAT:

The unredacted versions of Exhibits 14-18 previously submitted by Matsushita shall be deemed filed under seal, specifically Exhibits 14-18 to the Declaration of Aldo A. Badini in Opposition to Defendants' Motion for Summary Judgment

IT IS FURTHER ORDERED THAT:

Redacted versions of Exhibits 14-18, in the form of Exhibits A-E to the Declaration, shall remain be publicly filed; and (see Declaration of Mark Fowler, Exs. A-E); and

Exhibits 19 and 22 shall be publicly filed in their entirety;

IT IS SO ORDERED.

Dated: May 7, 2007

_____
UNITED STATES DISTRICT JUDGE

DLA PIPER US LLP
EAST PALO ALTO

EM\7217879.1
999500-909800

[PROPOSED] ORDER SEALING LIMITED PORTIONS OF DOCS PRODUCED BY NON-PARTY DLA SUBMITTED WITH MATSUSHITA'S OPP TO DEF'S MTN SUMMARY JUDGMENT/05-CV-3148-MMC