|     |     |     |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | NORTHERN DISTRICT OF CALIFORNIA | |
| 10 | SAN FRANCISCO DIVISION | |

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. <br><br> MEDIATEK, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterdefendants. | CASE NO. 05-CV-3148-MMC <br><br> **ORDER GRANTING IN PART AND DEFERRING IN PART RULING ON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL IN RELATION TO DEFENDANTS' OPPOSITION TO MATSUSHITA'S MOTION TO STRIKE THE DECLARATIONS OF JEFFREY BOKOR, LEE SOON PENG, CHAO CHUN TWU, AND STEVEN WASSERMAN; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS** |

08929/2114763.1

-1-   Case No. 05-CV-3148-MMC

[PROPOSED] ORDER: DEFENDANTS' MOTION TO SEAL RE OPP. TO MOTION TO STRIKE

Before the Court is Defendants' Unopposed Administrative Motion Pursuant to Local Rules 7-11 and 79-5 to File Confidential Documents Under Seal In Relation to Defendants' Opposition to Matsushita's Motion to Strike the Declarations of Jeffrey Bokor, Lee Soon Peng, Chao Chun Twu, and Steven Wasserman.  Defendants' motion is supported by the Declaration of David Pollock.

The Court, having reviewed the evidence in support of the motion to seal, finds that the following documents reflect defendants' confidential business information and constitute "sealable" material under Local Rule 79-5(a):

1. Exhibit 2 to the Declaration of Benjamin L. Singer, filed in support of Defendants' Opposition;
2. Exhibit 3 to the Declaration of Benjamin L. Singer, filed in support of Defendants' Opposition;
3. Redacted portions of Exhibit 4 to the Declaration of Benjamin L. Singer, filed in support of Defendants' Opposition.

Accordingly, the Clerk is hereby DIRECTED to file under seal unredacted versions of said exhibits.

Additionally, defendants seek leave to file an unredacted version of Exhibit 10 to the Declaration of Benjamin L. Singer, in light of plaintiff, non-party Microsoft, and non-party IBM each having designated material therein as confidential.  The Court DEFERS ruling on defendants' motion, as it pertains to Exhibit 10, until such time that plaintiff, Microsoft, and IBM have had an opportunity to establish the designated material is sealable.

In that regard, however, defendants have failed to submit to the Clerk an unredacted version of Exhibit 10, i.e., the actual document defendants seek leave to file under seal, and, accordingly, defendants are hereby DIRECTED to submit, no later than May 11, 2007, such document to the Clerk.[1]

---

[1] Defendants have submitted a chambers copy of the unredacted version of Exhibit 10, and shall not submit another chambers copy thereof.

1    Defendants also have failed to file proof of service of the instant motion on
2 Microsoft and IBM.  Accordingly, defendants are hereby DIRECTED to file, no later than May
3 11, 2007, proof of service of the instant motion and this order on Microsoft and IBM.  If
4 defendants fail to timely file such proof of service, the Court will strike from the record the portion
5 of Exhibit 10 assertedly designated as confidential by Microsoft and/or IBM.

7 DATED:  May 8, 2007

9    _____
  The Honorable Maxine Chesney
10   United States District Court Judge