| | |
|---|---|
| Kevin P.B. Johnson (Bar No. 177129 ) | Mark Malin (199757) |
| kevinjohnson@quinnemanuel.com | mmalin@deweyballantine.com |
| QUINN EMANUEL URQUHART | DEWEY BALLANTINE LLP |
|    OLIVER & HEDGES, LLP | 1950 University Avenue, Suite 500 |
| 555 Twin Dolphin Drive, Suite 560 | E. Palo Alto, CA 94303 |
| Redwood Shores, California  94065-2139 | Telephone: (650) 845-7303 |
| Tel. (650) 801-5000  Fax: (650) 801-5100 | Facsimile: (650) 845-7333 |
| | |
| Edward J. DeFranco (Bar No. 165596) | Shamita D. Etienne-Cummings (202090) |
| eddefranco@quinnemanuel.com | setienne@mwe.com |
| QUINN EMANUEL URQUHART | McDERMOTT WILL & EMERY LLP |
|    OLIVER & HEDGES, LLP | 3150 Porter Drive |
| 51 Madison Avenue, 22nd Floor | Palo Alto, CA 94304-1212 |
| New York, New York | Telephone: (650) 813-5000 |
| Tel. (212) 849-7000  Fax: (212) 849-7100 | Facsimile: (650) 813-5100 |

Attorneys for Defendant and Counterclaimant MEDIATEK, INC., and Defendants OPPO DIGITAL, INC., and MSI COMPUTER CORP.

Attorneys for Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd. and Counterclaim Defendant Panasonic Corporation of North America.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br>       Plaintiff, <br><br>       vs. <br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br>       Defendants. | CASE NO. 05-CV-3148-MMC <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO FILE CORRECTED EXHIBITS, INCLUDING EXHIBITS UNDER SEAL** <br><br><br>Judge: Honorable Maxine M. Chesney |
| MEDIATEK, INC., <br><br>       Counterclaimant, <br><br>       vs. <br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br>       Counterdefendants. | |

1   WHEREAS, the parties filed summary judgment motion papers in this action on April 6,
2   2007, and corresponding opposition papers on April 20, 2007,
3   WHEREAS, in support of their summary judgment briefs, Defendants cited to deposition
4   transcripts and filed the cited pages of those transcripts as exhibits,
5   WHEREAS, due to an oversight, Defendants inadvertently filed Exhibit 30 to the
6   Declaration of Brian Cannon in Support of Defendants' Motion for Summary Judgment (Docket
7   No. 765) without certain pages cited in the brief,
8   WHEREAS, due to an oversight, Defendants filed Exhibit 9 (Docket No. 662) to the
9   Declaration of Steven Wasserman in Support of Defendants' Motion for Summary Judgment citing
10  to a draft deposition transcript, rather than the final transcript,
11  WHEREAS, due to clerical errors, Defendants filed the following exhibits, which are
12  excerpts of deposition transcripts, without certain pages cited in the briefs:
13       (i)   Exhibits 2 and 4 to the Declaration of Brian Cannon in Support of Defendants'
14  Motion for Summary Judgment (Docket No. 765),
15       (ii)  Exhibits 6 and 7 to the Declaration of Steven Wasserman in Support of Defendants'
16  Motion for Summary Judgment (Docket Nos. 681 and 752),
17       (iii) Exhibits D, K and Q to the Declaration of Charlie Y. Chou in Support of
18  Defendants' Opposition to Motion for Summary Judgment (Docket No. 718),
19  WHEREAS, due to clerical errors, Plaintiff inadvertently filed Exhibit 54 to Declaration of
20  Aldo A. Badini in Support of Plaintiff's Summary Judgment Motion (Docket No. 600) without
21  certain pages cited in the brief,
22  WHEREAS, Plaintiff filed Administrative Motion to File Documents Under Seal on April
23  6, 2007, and due to an oversight, Plaintiff incorrectly stated in Declaration of Keith Gray in
24  Support of the Administrative Motion (Docket No. 617), under paragraph 4(h), that Mr. Davies
25  testified "on behalf of Microsoft," which should be corrected as Mr. Davies testified "about his
26  experience at Microsoft,"
27  WHEREAS, due to clerical errors, Plaintiff inadvertently filed the Declaration of Martin S.
28  Walker in Support of Plaintiff's Opposition to Defendants' Summary Judgment Motion (Docket

1  No. 707) without Dr. Walker's signature page, which Dr. Walker had dated, signed, and sent to
2  Plaintiff before the declaration was filed,
3       WHEREAS, Exhibits 2 and 4 to the Declaration of Brian Cannon, Exhibits 7 and 9 to the
4  Declaration of Steven Wasserman, and Exhibit D to the Declaration of Charlie Chou were filed
5  with the Court under seal,
6       WHEREAS, the Declaration of Martin S. Walker in Support of Plaintiff's Opposition to
7  Defendants' Summary Judgment Motion was filed with the Court under seal, and
8       WHEREAS, for the convenience of the Court and in the interest of justice, the parties
9  agree that corrected documents should be filed with the Court,
10      NOW, THEREFORE,
11      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through
12  their respective counsel, that pursuant to Local Civil Rules 7-11 and 7-12:
13      • The Clerk shall replace the following with corrected Exhibits filed under seal:
14          1) Exhibit 2 to the Declaration of Brian Cannon (Docket No. 765), with
15             corrected version attached hereto as Exhibit C1;
16          2) Exhibit 4 to the Declaration of Brian Cannon (Docket No. 765), with
17             corrected version attached hereto as Exhibit C2;
18          3) Exhibit 7 to the Declaration of Steven Wasserman (Docket Nos. 681 and
19             752), with corrected version attached hereto as Exhibit C3;
20          4) Exhibit 9 (Docket No. 662) to the Declaration of Steven Wasserman, with
21             corrected version attached hereto as Exhibit C4;
22          5) Exhibit D to the Declaration of Charlie Chou (Docket No. 718), with
23             corrected version attached hereto as Exhibit C5;
24          6) Declaration of Martin S. Walker in Support of Plaintiff's Opposition to
25             Defendants' Summary Judgment Motion (Docket No. 707), with corrected
26             version attached hereto as Exhibit C6.
27      • The Clerk shall replace the following with corrected exhibits filed in the public
28         record:

1) Exhibit 30 to the Declaration of Brian Cannon in Support of Defendants' Motion for Summary Judgment (Docket No. 765), with corrected version attached hereto as Exhibit C7;

2) Exhibit 6 to the Declaration of Steven Wasserman in Support of Defendants' Motion for Summary Judgment (Docket Nos. 681 and 752), with corrected version attached hereto as Exhibit C8;

3) Exhibit K to the Declaration of Charlie Y. Chou in Support of Defendants' Opposition to Motion for Summary Judgment (Docket No. 718), with corrected version attached hereto as Exhibit C9;

4) Exhibit Q to the Declaration of Charlie Y. Chou in Support of Defendants' Opposition to Motion for Summary Judgment (Docket No. 718), with corrected version attached hereto as Exhibit C10;

5) Exhibit 54 to Declaration of Aldo A. Badini in Support of Plaintiff's Summary Judgment Motion (Docket No. 600), with corrected version attached hereto as Exhibit C11;

6) Declaration of Keith Gray in Support of Plaintiff's Administrative Motion to File Documents Under Seal (Docket No. 617), with corrected version attached hereto as Exhibit C12;

7) Declaration of Martin S. Walker in Support of Plaintiff's Opposition to Defendants' Summary Judgment Motion (Redacted Public Version) (Docket No. 707), with corrected version attached hereto as Exhibit C13.

DATED:  May 4, 2007                         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By___/s/_____
   Eric Huang
   Attorneys for Defendants and Counterclaimant
   MEDIATEK, INC., OPPO DIGITAL, INC., and
   MSI COMPUTER CORP

DATED: May 4, 2007                         DEWEY BALLANTINE LLP


                                           By   /s/
                                              Vinh Pham
                                              Attorney for Plaintiff and Counterclaim Defendant
                                              MATSUSHITA ELECTRIC INDUSTRIAL CO.,
                                              LTD. and Counterclaim Defendant PANASONIC
                                              CORPORATION OF NORTH AMERICA


### ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Vinh Pham.

DATED: May 4, 2007                         QUINN EMANUEL URQUHART OLIVER &
                                           HEDGES, LLP


                                           By   /s/
                                              Eric Huang


**PURSUANT TO STIPULATION OF THE PARTIES,** (1) the Clerk shall file under seal Exs. C1-C6 to the Joint Stipulation, and (2) Exs. C7-C13 to the Joint Stipulation are deemed to be corrected versions of the exhibits identified on page 4 of the Joint Stipulation.   **IT IS SO ORDERED.**

Dated: May 8, 2007                         _____
                                           Honorable Maxine M. Chesney
                                           United States District Judge