1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | Case No. 05-CV-3148-MMC [JCS] <br><br> **ORDER GRANTING IN PART AND DEFERRING IN PART MATSUSHITA'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |
| MEDIATEK, INC., <br><br> Counterclaimant, <br> v. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterclaim Defendants. | Judge: Honorable Maxine M. Chesney |

Having considered the Declaration of Mark Malin Pursuant to L.R. 79-5(b)-(d), the Court finds that good cause exists for granting Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd. and Counterclaim Defendant Panasonic Corporation of North America's (collectively "Matsushita") requested relief to file certain documents under seal.

IT IS HEREBY ORDERED that the Clerk shall file the following documents under seal:

Exhibits 4, 7, 10, and 25 to the Declaration of Vinh Pham in Support of Matsushita's Opposition to MediaTek's Motion for Leave to Amend Its Answer and Counterclaims and Motion for Limited Expedited Factual Discovery.

To the extent Matsushita seeks leave to file under seal Exhibit 17 to the Declaration of Vinh Pham, the Court DEFERS ruling on the motion until May 11, 2007, the date by which defendants are required to file a declaration setting forth why the exhibit, or portions therein, are sealable. See Civil L.R. 79-5(d).

IT IS SO ORDERED.

Dated: May 8, 2007

_____
Honorable Maxine M. Chesney
United States District Judge