UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>Defendants.<br><br>MEDIATEK, INC.,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Counterclaim-Defendant. | Case No. 05-CV-3148 MMC<br><br>[PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S REQUEST TO SEAL CERTAIN EXHIBITS, IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK |

On April 20, 2007, plaintiff Matsushita Electric Industrial Co., Ltd. ("Matsushita") filed an unopposed administrative motion to seal confidential documents, pursuant to Local Rules 7-11 and 79-5. On April 25, 2007 the Court granted non-party International Business Machines Corporation ("IBM") the opportunity to submit a declaration pursuant to Local Rule 79-5(d) to establish certain exhibits are sealable in whole or in part.  IBM has submitted the Declaration of Gerard A. Haddad to support its request that certain exhibits be sealed.

The Court, having reviewed the evidence in support of the motion to seal, finds that the following exhibits constitute "sealable" material under Local Rule 79-5(a):

1.    The entirety of Exhibit 17 to the Declaration Of Bradley W. Dickinson, which contains selected pages of the transcript of non-party IBM employee Jack Kouloheris.

[PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S REQUEST TO SEAL CERTAIN EXHIBITS, IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
Case No. 05-CV-3148 MMC

1066072 v1

2. The entirety of Exhibit 110 to the Declaration Of Aldo A. Badini, which contains selected pages of the transcript of non-party IBM employee Jack Kouloheris.

3. All redacted portions of Exhibit 16 to the Declaration of Bradley W. Dickinson, which contains selected pages of the transcript of non-party IBM employee Jack Kouloheris, at Vol. 1 p. 53 line 1 – p. 54 line 24, p. 69 lines 1-24.

4. All redacted portions of Exhibit 4 to the Declaration of Bradley W. Dickinson, which is the Rebuttal Expert Report Of Bradley W. Dickinson, at p. 4 beginning at paragraph 10 – p. 6 end of paragraph 11; and page 6 paragraph 14 third sentence, which continues onto the top of page 7.

5. All redacted portions of Exhibit 109 to the Declaration of Aldo A. Badini, which contains selected pages of the transcript of non-party IBM employee Jack Kouloheris, at Vol. 1 p. 159 line 14 – p. 161 line 24, p. 166 line 4 – p. 167 line 24.

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED with respect to the above-listed documents, and those documents shall be filed under seal by the Clerk of the Court in conformity with Local Rule 79-5(f). IT IS FURTHER ORDERED that plaintiff's motion is DENIED with respect to Exhibit 3 to the Dickinson Declaration, IBM having withdrawn its designation of confidentiality with respect to information therein, and said ~~DATED: May ___, 2007~~ exhibit shall be filed in the public record.

The Honorable Maxine Chesney
United States District Judge

DATED: May 8, 2007.