UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>　　　　Defendants.<br><br>MEDIATEK, INC.,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>　　　　Counterdefendants | CASE NO. 05-CV-3148-MMC<br><br>**ORDER GRANTING IN PART AND DEFERRING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL IN RELATION TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS** |

Before the Court is Defendants' Unopposed Administrative Motion Pursuant to Local Rules 7-11 and 79-5 to File Confidential Documents Under Seal In Relation to Defendants' Reply In Support of Their Motion for Summary Judgment.  Defendants' motion is supported by the Declaration of Eugene T. Chen.

The Court, having reviewed the evidence in support of the motion to seal, finds that the following documents reflect defendants' confidential business information and constitute "sealable" material under Local Rule 79-5(a):

1. Redacted portions of Defendants' Reply at pages 9:6, 9:27-28, 14:11, 14:12-14, 14:21-22, 15:2-5, 15:10-15, 16:8-12, 16:16, Footnote 22: 16:24, 16:25, Footnote 23;

2. Exhibit B to the Declaration of Kevin Johnson, filed in support of Defendants' Reply;

3. Exhibit C to the Declaration of Kevin Johnson, filed in support of Defendants' Reply;

4. Redacted portions of Exhibit F to the Declaration of Kevin Johnson, filed in support of Defendants' Reply.

Accordingly, the Clerk is hereby DIRECTED to file under seal unredacted versions of said documents.

Additionally, defendants seek leave to file under seal two documents, as well as redacted portions of Defendants' Reply, designated by Matsushita and/or non-party IBM as confidential.  The Court DEFERS ruling on defendants' motion, to the extent it applies to the following documents, until such time that Matsushita and/or IBM have had an opportunity to establish such documents, either in their entirety or in part, are sealable:

1. Redacted portions of Defendants' Reply at pages 18:12-13, 18:14-15, 18:15, Footnote 26: first sentence, 19:6-7, 20:16;

2. Exhibit I to the Declaration of Kevin Johnson, filed in support of Defendants' Reply;

3. Exhibit L to the Declaration of Kevin Johnson, filed in support of Defendants' Reply.

//
//

1  Defendants are hereby DIRECTED to file, no later than May 11, 2007, proof of
2  service of the instant motion and this order on IBM.  If defendant fails to timely file such proof of
3  service, the Court will strike from the record the documents assertedly designated as confidential
4  by IBM.

DATED:  May 8, 2007

_____
The Honorable Maxine Chesney
United States District Court Judge