United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,

        Plaintiff,

  v.

MEDIATEK, INC., et al.,

        Defendants

_____

MEDIATEK, INC,

        Counterclaimant,

  v.

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.

        Counterclaim Defendants

_____/

No. C 05-3148 MMC

**DIRECTIONS TO CLERK**

    By order filed May 1, 2007, the Court directed plaintiff to file in the public record, no later than May 7, 2007, a redacted version of Exhibit 7 to the Declaration of David Pollock, and advised plaintiff that if it did not timely file such redacted version, the Court would direct the Clerk to file the unredacted document in the public record. To date, plaintiff has not filed a redacted version of Exhibit 7.

//

1    Accordingly, the Clerk is directed to file Exhibit 7 to the Declaration of David Pollock

2  in the public record.

3    **IT IS SO ORDERED**.

4

5  Dated: May 8, 2007

6                                          MAXINE M. CHESNEY
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2