IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br> MEDIATEK, INC., et al., <br><br> Defendants <br><br>———————————————————— <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants <br> ———————————————————/ | No. C 05-3148 MMC <br><br> **ORDER GRANTING IN PART DEFERRED PORTION OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

Before the Court is the Second Supplemental Declaration of Keith P. Gray, filed May 7, 2007, offered in response to the Court's order of May 1, 2007.

Having reviewed the Declaration of Keith P. Gray, and for the reasons stated in the Court's order of May 7, 2007 (Docket # 1004), the Court finds good cause exists to GRANT the deferred portion of plaintiff's motion for leave to file documents under seal, specifically, Exhibits 32-35 to the Declaration of Aldo A. Badini in Support of Matsushita's Motion for

Summary Judgment. Accordingly, the Clerk is hereby DIRECTED to file under seal the unredacted versions of Exhibits 32-35.

Because the designating party, DLA Piper US LLP ("DLA Piper"), has already filed redacted versions of said documents, (see Fowler Decl., filed May 3, 2007, Exs. A-D), and has already shown why the remaining material therein is confidential, (see id. ¶¶ 4-15), it is unnecessary for DLA Piper, or any other party or non-party, to make a further showing with respect to the confidentiality of material in Exhibits 32-35.

**IT IS SO ORDERED**.

Dated: May 8, 2007

MAXINE M. CHESNEY
United States District Judge