IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br> MEDIATEK, INC., et al., <br><br> Defendants <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants / | No. C 05-3148 MMC <br><br> **DIRECTIONS TO CLERK** |

Defendants having withdrawn their designation of confidentiality as to Exhibit 78 to the Declaration of Aldo A. Badini in Support of Matsushita's Opposition to Defendants' Motion for Summary Judgment, (see Supp. Decl. Chen, filed May 8, 2007, ¶ 7), the Clerk is hereby DIRECTED to file said exhibit in the public record.

**IT IS SO ORDERED**.

Dated: May 10, 2007

MAXINE M. CHESNEY
United States District Judge