IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br> MEDIATEK, INC., et al., <br><br> Defendants <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants / | No. C 05-3148 MMC <br><br> **ORDER DENYING DEFERRED PORTION OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

Before the Court is the deferred portion of plaintiff's administrative motion, filed April 20, 2007, specifically, plaintiff's request to file under seal Exhibit 18 to the Declaration of Bradley W. Dickinson in Opposition to Defendants' Motion for Summary Judgment and Exhibit 114 to the Declaration of Aldo A. Badini in Opposition to Defendants' Motion for Summary Judgment.

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another, the submitting party must file a motion for a

1   sealing order.  See Civil L.R. 79-5(d).  "Within five days thereafter, the designating party
2   must file with the Court and serve a declaration establishing that the designated information
3   is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must
4   withdraw the designation of confidentiality."  Id.  "If the designating party does not file its
5   responsive declaration as required by this subsection, the document or proposed filing will
6   be made part of the public record."  Id.

7       In light of plaintiff's representation that the subject exhibits have been designated
8   confidential by non-party Microsoft Corporation ("Microsoft"), the Court, by order filed April
9   25, 2007, ordered plaintiff to serve Microsoft with a copy of the instant motion, the subject
10  exhibits, and the Court's April 25, 2007 order, and stated it would defer ruling on the
11  request to seal said exhibits until after at least five days had elapsed from the date of
12  service on Microsoft.

13      On April 27, 2007, plaintiff served Microsoft with the above-referenced documents.
14  To date, the designating party, Microsoft, has not filed a responsive declaration.

15      Accordingly, the deferred portion of plaintiff's administrative motion is hereby
16  DENIED, and the Clerk of the Court is hereby DIRECTED to file in the public record:
17  (1) Exhibit 18 to the Declaration of Bradley W. Dickinson in Opposition to Defendants'
18  Motion for Summary Judgment and (2) Exhibit 114 to the Declaration of Aldo A. Badini in
19  Opposition to Defendants' Motion for Summary Judgment.  See Civil L.R. 79-5(d).
20  **IT IS SO ORDERED**.

22  Dated: May 10, 2007
23                                          MAXINE M. CHESNEY
                                        United States District Judge