IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br> MEDIATEK, INC., et al., <br><br> Defendants <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants / | No. C 05-3148 MMC <br><br> **DIRECTIONS TO CLERK** |

On May 8, 2007, plaintiff, pursuant to the Court's order of May 1, 2007, filed a redacted version of Exhibit 8 to the Declaration of Aldo A. Badini in Support of Matsushita's Motion for Summary Judgment. On the first page of said filing, however, plaintiff erroneously identified said exhibit as "Exhibit 8 to the Declaration of Aldo A. Badini in Support of Matsushita's Opposition to Defendants' Motion for Summary Judgment."

//

//

1   Accordingly, the Clerk is hereby DIRECTED to correct the original of the exhibit by
2   striking the words "Opposition to Defendants'" from the title describing the filing and by
3   amending Docket # 1028 to set forth the correct identification of said filing, specifically,
4   "Exhibit 8 to the Declaration of Aldo A. Badini in Support of Matsushita's Motion for
5   Summary Judgment."

6   **IT IS SO ORDERED**.

8   Dated: May 10, 2007

    MAXINE M. CHESNEY
    United States District Judge