IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br>     Plaintiff, <br>  v. <br><br> MEDIATEK, INC., et al., <br><br>     Defendants <br> _____ <br> MEDIATEK, INC, <br><br>     Counterclaimant, <br>  v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br>     Counterclaim Defendants  / | No. C 05-3148 MMC <br><br> **VACATING ORDER DENYING DEFERRED PORTION OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL; GRANTING IN PART AND DENYING IN PART DEFERRED PORTION OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF; DIRECTIONS TO CLERK** |

By order filed April 25, 2007, the Court deferring ruling on plaintiff's administrative motion to file under seal certain documents offered in support of plaintiff's opposition to defendants' motion for summary judgment, to the extent said motion pertains to documents assertedly designated as confidential by non-party Microsoft Corporation ("Microsoft"). Now before the Court is the Declaration of Brian G. Bodine, filed May 4, 2007, submitted in support of plaintiff's administrative motion.

1  Having reviewed the Declaration of Brian G. Bodine, the Court hereby GRANTS in
2  part and DENIES in part the deferred portion of plaintiff's administrative motion, as follows:
3  1. Microsoft having shown good cause exists to file under seal Exhibits 3 and 18 to
4  the Declaration of Bradley W. Dickinson in Opposition to Defendants' Motion for Summary
5  Judgment, plaintiff's motion is hereby GRANTED to the extent it pertains to said exhibits,
6  and the Clerk is DIRECTED to file under seal Exhibits 3 and 18.
7  2. Microsoft having withdrawn its designation of confidentiality as to Exhibit 114 to
8  the Declaration of Aldo A. Badini in Opposition to Defendants' Motion for Summary
9  Judgment, (see Bodine Decl. ¶ 8), plaintiff's motion is hereby DENIED to the extent it
10 pertains to said exhibit, and the Clerk is DIRECTED to file Exhibit 114 in the public record.
11 3. The Order Denying Deferred Portion of Plaintiff's Motion for Administrative Relief
12 to File Documents Under Seal, filed earlier this date and which states Microsoft had not
13 filed a declaration in response to plaintiff's administrative motion, is hereby VACATED.  At
14 the time the Court issued said order, it had not received a chambers copy of the
15 declaration, which was not e-filed.
16 **IT IS SO ORDERED**.

17
18 Dated: May 10, 2007
19                                                                             _____
                                                                                MAXINE M. CHESNEY
                                                                                United States District Judge