# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. <br> MEDIATEK, INC., <br><br> Counterclaim-Plaintiff, <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterclaim-Defendant. | Case No. 05-CV-3148 MMC <br><br> [PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S REQUEST TO SEAL PORTIONS OF EXHIBIT I TO THE DECLARATION OF KEVIN JOHNSON AND REQUEST TO SEAL PORTIONS OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 79-5(C); GRANTING DEFERRED PORTION OF DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK |

On May 4, 2007, defendants Mediatek, Inc., OPPO Digital, Inc., and MSI Computer Corp. filed a unopposed administrative motion pursuant to Local Rules 7-11 and 79-5 to seal confidential documents in relation to defendants' reply in support of their motion for summary judgment. IBM has submitted the Declaration of Gerard A. Haddad to support its request that certain documents be sealed.

The Court, having reviewed the evidence in support of the motion to seal, finds that the portions of the following documents constitute "sealable" material under Local Rule 79-5(a):

1.  All redacted portions of Exhibit I to the Declaration of Kevin Johnson, which is a copy of selected pages of the transcript of non-party IBM employee Jack Kouloheris, at Vol. II p. 87 lines 16-25, p. 88 lines 10-25, p. 89 line 2.

[PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S REQUEST TO SEAL PORTIONS OF EXHIBIT I TO THE DECLARATION OF KEVIN JOHNSON AND REQUEST TO SEAL PORTIONS OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 79-5(C)
Case No. 05-CV-3148 MMC
1067005 v1

2.       All redacted portions of defendants' Reply Brief In Support Of Their Motion For Summary Judgment as highlighted in defendants' sealed submission of that brief at p.17 lines 15-17, 24, p.18 lines 1, 12-15, 25-26, p.19 lines 6-7, 18, p. 20 line 16.

IT IS HEREBY ORDERED that defendants' Motion To File Confidential Documents Under Seal In Relation To Defeendants' Reply In support Of Their Motion For Summary Judgment is GRANTED with respect to the above-listed documents, and those documents shall be filed under seal by the Clerk of the Court in conformity with Local Rule 79-5(f).

DATED: May __11__, 2007



The Honorable Maxine Chesney
United States District Judge