IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br><br> MEDIATEK, INC., et al., <br><br> Defendants <br><br>———————————————————— <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants <br> ———————————————————/ | No. C 05-3148 MMC <br><br> **ORDER GRANTING DEFERRED PORTION OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

    Before the Court is the Declaration of Keith P. Gray, filed May 10, 2007 by plaintiff in support of defendants' administrative motion, filed May 4, 2007, by which defendants seek leave to file under seal documents submitted in connection with defendants' reply in support of their motion for summary judgment.

    Having reviewed the Declaration of Keith P. Gray, the Court finds good cause exists to GRANT the deferred portion of defendants' motion, specifically, to the extent it pertains

1  to Exhibit L to the Declaration of Kevin P.B. Johnson in Support of Defendants' Reply in
2  Support of their Motion for Summary Judgment, and to defendants' reply at 20:16. (<u>See</u>
3  Gray Decl. ¶ 5.) Accordingly, the Clerk is hereby DIRECTED to file under seal unredacted
4  versions of said documents.

**IT IS SO ORDERED**.

Dated: May 14, 2007

_____
MAXINE M. CHESNEY
United States District Judge