United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,

        Plaintiff,

  v.

MEDIATEK, INC., et al.,

        Defendants

_____

MEDIATEK, INC,

        Counterclaimant,

  v.

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.

        Counterclaim Defendants
_____/

No. C 05-3148 MMC

**DIRECTIONS TO CLERK**

      Before the Court is the Declaration of Keith P. Gray, filed May 10, 2007 (Docket # 1060).  In light of the representations made therein, the Court hereby directs the Clerk to block public access to the redacted version of Exhibit 65 to the Declaration of Aldo A. Badini in Opposition to Defendants' Motion for Summary Judgment, filed May 8, 2007, specifically, the documents electronically filed as Parts 18-22 within Docket # 1026.

      **IT IS SO ORDERED**.

Dated: May 14, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge