IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

MEDIATEK, INC., et al.,

    Defendants

_____

MEDIATEK, INC,

    Counterclaimant,

v.

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.

    Counterclaim Defendants
_____/

No. 05-3148 MMC

**ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; DIRECTIONS TO CLERK**

Before the Court is plaintiff's administrative motion, filed May 4, 2007, to file under seal certain documents submitted in support of plaintiff's reply in support of its motion for summary judgment.

To the extent plaintiff seeks leave to file under seal Exhibit 26 to the Declaration of Declaration of Tyler J. Woods in Support of Matsushita's Reply in Support of its Motion for Summary Judgment, the motion is hereby GRANTED. (See Malin Decl., filed May 4, 2007, ¶ 2.c.)[1]

---

[1] By order filed May 8, 2007, the Court deferred ruling on plaintiff's motion, to the extent plaintiff seeks leave to file under seal documents designated as confidential by defendants and/or non-parties.

1   Accordingly, the Clerk is DIRECTED to file said document under seal.

2   **IT IS SO ORDERED.**

3

4   Dated: May 16, 2007

    _____
    MAXINE M. CHESNEY
5   United States District Judge