United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br><br> MEDIATEK, INC., et al., <br><br> Defendants <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants / | No. 05-3148 MMC <br><br> **ORDER DENYING DEFERRED PORTION OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

Before the Court is the deferred portion of plaintiff's administrative motion, filed May 4, 2007, specifically, the request to file under seal "Exhibit 17 to Declaration of Vinh Pham in Support of Plaintiff and Counterclaim Defendant Matushita Electric Industrial Co., Ltd.'s Opposition to Defendant and Counterclaimant Mediatek, Inc.'s Motion for Leave to Amend its Answer and Counterclaims and Motion for Additional Factual Discovery." Plaintiff represents that Exhibit 17, or portions thereof, has been designated as confidential by defendants.

1  Under the Local Rules of this District, where a party seeks to file under seal any
2  material designated as confidential by another party, the submitting party must file a motion
3  for a sealing order. See Civil L.R. 79-5(d). "Within five days thereafter, the designating
4  party must file with the Court and serve a declaration establishing that the designated
5  information is sealable, and must lodge and serve a narrowly tailored proposed sealing
6  order, or must withdraw the designation of confidentiality." Id. "If the designating party
7  does not file its responsive declaration as required by this subsection, the document or
8  proposed filing will be made part of the public record." Id.

9  Here, the designating parties, defendants, have not filed a responsive declaration
10 within the time provided under Civil Local Rule 79-5(d).[1]

11 Accordingly, the deferred portion of plaintiff's administrative motion is hereby
12 DENIED, and the Clerk of the Court is hereby DIRECTED to file in the public record
13 "Exhibit 17 to Declaration of Vinh Pham in Support of Plaintiff and Counterclaim Defendant
14 Matushita Electric Industrial Co., Ltd.'s Opposition to Defendant and Counterclaimant
15 Mediatek, Inc.'s Motion for Leave to Amend its Answer and Counterclaims and Motion for
16 Additional Factual Discovery." See Civil L.R. 79-5(d).

17 **IT IS SO ORDERED.**

19 Dated: May 16, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff's motion, to the extent it seeks leave to file under seal documents assertedly designated as confidential by third-parties, remains under submission, because the time for the third-parties to file a responsive declaration has not yet passed. Further, it is unclear if the third-parties are on notice of plaintiff's motion. Plaintiff is reminded of the Court's order of May 8, 2007, requiring plaintiff to file, no later than May 11, 2007, proof of service of the instant motion of the designating third-parties and a supplemental declaration setting forth the identity of the designating third-parties; to date, plaintiff has not filed either document nor filed a request for an extension to time to do so.