IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br>       Plaintiff, <br>  v. <br><br> MEDIATEK, INC., et al., <br><br>       Defendants <br> _____ <br><br> MEDIATEK, INC, <br><br>       Counterclaimant, <br>  v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br>       Counterclaim Defendants <br> _____/ | No. 05-3148 MMC <br><br> **ORDER DENYING IN PART DEFERRED PORTION OF PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; DIRECTIONS TO CLERK** |

   Before the Court is the deferred portion of plaintiff's administrative motion, filed May 4, 2007, specifically, the request to file under seal certain documents designated as confidential by defendants and/or by third-parties.

   Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated

1  information is sealable, and must lodge and serve a narrowly tailored proposed sealing
2  order, or must withdraw the designation of confidentiality." Id.  "If the designating party
3  does not file its responsive declaration as required by this subsection, the document or
4  proposed filing will be made part of the public record." Id.

5  To the extent plaintiff seeks leave to file under seal nine exhibits that defendants
6  have designated as confidential, and one exhibit that plaintiff has designated as confidential
7  because it contains matter designated by defendants as confidential, the motion is DENIED
8  because defendants have not filed a responsive declaration within the time provided under
9  Civil Local Rule 79-5(d).[1]

10  Accordingly, plaintiff's administrative motion is, to such extent, hereby DENIED, and
11  the Clerk of the Court is hereby DIRECTED to file in the public record the following
12  documents:

13  1.  Exhibits 3, 5, 6, 7, 8, 9, 10, and 11 to the Declaration of Aldo A. Badini in Support
14  of Matsushita's Reply in Support of its Motion for Summary Judgment; and

15  2.  Exhibits 20 and 24 to the Declaration of Tyler J. Woods in Support of
16  Matsushita's Reply in Support of its Motion for Summary Judgment.

17  **IT IS SO ORDERED.**

19  Dated: May 16, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff's motion, to the extent it seeks leave to file under seal documents assertedly designated as confidential by third-parties, remains under submission, because the time for the third-parties to file a responsive declaration has not yet passed.  Further, it is unclear if the third-parties are on notice of plaintiff's motion.  Plaintiff is reminded of the Court's order of May 8, 2007, requiring plaintiff to file, no later than May 11, 2007, proof of service of the instant motion on the designating third-parties and a supplemental declaration setting forth the identity of the designating third-parties; to date, plaintiff has not filed either document nor filed a request for an extension of time to do so.