IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br> MEDIATEK, INC., et al., <br><br> Defendants <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants / | No. 05-3148 MMC <br><br> **ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' REQUEST TO ALLOW SUPPLEMENTATION OF EXPERT REPORTS AND DEPOSITIONS, FOR LEAVE TO FILE ADDITIONAL SUMMARY JUDGMENT MOTION, AND TO CONTINUE TRIAL** |

The Court is in receipt of defendants' letter, filed May 11, 2007, by which defendants request an order allowing both parties to supplement expert reports and depositions, to allow defendants to file a 10-page summary judgment motion on the issue of obviousness, and to continue the trial for two months. Plaintiff has filed a letter opposing such request.

The Court, for the reasons stated by plaintiff, finds defendants' letter request is procedurally improper. Moreover, the showing made is not sufficiently detailed as to the

need to reopen expert discovery in light of the less rigid test set forth in <u>KSR Int'l Co v. Teleflex Inc.</u>, 127 S. Ct. 1727 (2007), nor is it sufficiently detailed as to the nature and extent of, and time required for, any anticipated additional discovery.  Further, the request is not supported by any declaration(s).

      Accordingly, defendants' letter request is hereby DENIED without prejudice to defendants' filing a motion.

**IT IS SO ORDERED.**

Dated: May 17, 2007

_____
MAXINE M. CHESNEY
United States District Judge