**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br><br> MEDIATEK, INC., et al., <br><br> Defendants <br><br>——————————————— <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants <br> ——————————————/ | No. 05-3148 MMC <br><br> **ORDER GRANTING DEFENDANTS' EMERGENCY MOTION; VACATING IN PART "ORDER DENYING IN PART DEFERRED PORTION OF PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL" (DOCKET # 1091); GRANTING IN PART DEFERRED PORTION OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

Before the Court is defendants' "Unopposed Emergency Motion in Response to Order Denying Motion to File Under Seal and Request for an Extension of Time to File a Declaration Pursuant to Civil L.R. 79-5(d)," filed May 17, 2007, supported by the Declaration of Randall T. Garteiser.

Good cause appearing from the Declaration of Randall T. Garteiser, defendants' emergency motion is hereby GRANTED, as follows:

1. The Court's "Order Denying in Part Deferred Portion of Plaintiff's Administrative Request to File Document Under Seal; Directions to Clerk," filed May 16, 2007 (Docket # 1091), is hereby VACATED to the extent said order pertains to Exhibits 5, 7, 8, and 11 to the Declaration of Aldo A. Badini in Support of Matsushita's Reply in Support of its Motion for Summary Judgment;[1] and

2. Plaintiff's administrative motion to file under seal documents submitted in support of plaintiff's reply in support of its motion for summary judgment is hereby GRANTED in part,[2] to the extent said motion pertains to the following documents, each of which the Clerk is DIRECTED to file under seal:

    a. Exhibits 5, 7, 8, and 11 to the Declaration of Aldo A. Badini;

    b. Matsushita's Reply in Support of its Motion for Summary Judgment; and

    c. Response to Mediatek's Objections to Evidence.

**IT IS SO ORDERED.**

Dated: May 18, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] In all other respects, said order remains in effect.

[2] Plaintiff's motion remains under submission, to the extent the motion seeks leave to file under seal documents containing matter assertedly designated as confidential by third-parties.

2