1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | Case No. 05-CV-3148-MMC [JCS] <br><br> [PROPOSED] ORDER GRANTING MATSUSHITA'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE PROOF OF SERVICE AND SUPPLEMENTAL DECLARATION |
| MEDIATEK, INC., <br><br> Counterclaimant, <br><br> v. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterclaim Defendants. | Judge:  Honorable Maxine M. Chesney |

The Court, having considered Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd.'s ("Matsushita") Unopposed Motion to Enlarge Time to File Proof of Service and Supplemental Declaration, finds that the motion should be granted.

//

//

//

1  IT IS HEREBY ORDERED that the May 11, 2007 deadline set forth in the Court's May 8
2  order is extended to May 17, 2007.  Matsushita shall file the following documents to comply
3  with said order: 1) proof of service of the May 4 unopposed motion and the Court's May 8 order
4  on ASUSTek and on each third-party who has designated as confidential material contained in
5  any document Matsushita sought to file under seal; and 2) a supplemental declaration setting
6  forth, as to each document Matsushita sought leave to file under seal in light of a designation by
7  a third-party, the identity of the designating third-party or third-parties.

8  IT IS SO ORDERED.

9  Dated: __May 18_____, 2007      _____
10                                        Honorable Maxine M. Chesney
                                          United States District Court