1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | Case No. 05-CV-3148-MMC [JCS] <br><br> **ORDER GRANTING MATSUSHITA'S ADMINISTRATIVE MOTION FOR RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 79-5(d)** |
| MEDIATEK, INC., <br><br> Counterclaimant, <br> v. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterclaim Defendants. | Judge: Honorable Maxine M. Chesney |

Case No. 05-CV-3148 MMC [JCS]
[Proposed] Order Granting Matsushita's Request to File Documents Under Seal

Having considered Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd. and Counterclaim Defendant Panasonic Corporation of North America's (collectively, "Matsushita") Unopposed Administrative Motion for Relief to File Documents Under Seal and the Declaration of Keith P. Gray Pursuant to L.R. 79-5(d), the Court finds that good cause exists for granting Matsushita's requested relief.

IT IS HEREBY ORDERED that the Clerk shall file unredacted versions of the following documents under seal:

1. Matsushita's Reply Memorandum in Support of its Objections to Magistrate Judge Spero's Orders Re Settlement Negotiation Documents;

2. Declaration of Aldo A. Badini in Support of Matsushita's Reply Memorandum in Support of its Objections to Magistrate Judge Spero's Orders Re Settlement Negotiation Documents ("Badini Reply Declaration"); and

3. Exhibit 1 to the Badini Reply Declaration.

IT IS SO ORDERED.

Dated: May 21, 2007

_____
Honorable Maxine M. Chesney
United States District Judge