IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br><br> MEDIATEK, INC., et al., <br><br> Defendants <br><br>――――――――――――――――― <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants <br> ――――――――――――――――/ | No. 05-3148 MMC <br><br> **ORDER DENYING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST RE: MAY 25, 2007 HEARING; VACATING MAY 25, 2007 HEARING** |

The Court is in receipt of "Defendants' Miscellaneous Administrative Request to: (1) Allot Two Hours for Oral Argument at the May 25, 2007 Hearing, and (2) Have Mediatek's Motion to Strike Heard at the May 25, 2007 Hearing," filed May 22, 2007.

Given the multiplicity of motions and voluminous filings in connection therewith, the Court hereby VACATES the hearing scheduled for May 25, 2007 and, upon full consideration of the record, will, if necessary, reschedule the hearing for a date on which

1  the Court's calendar will allow for more extensive argument.

2  Accordingly, defendants' administrative motion is hereby DENIED.

3  **IT IS SO ORDERED.**

5  Dated: May 22, 2007

MAXINE M. CHESNEY
United States District Judge