IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>        Plaintiff,<br>  v.<br><br>MEDIATEK, INC., et al.,<br><br>        Defendants<br>_____<br><br>MEDIATEK, INC,<br><br>        Counterclaimant,<br>  v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.<br><br>        Counterclaim Defendants<br>_____/ | No. 05-3148 MMC<br><br>**ORDER DENYING MEDIATEK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MOTION TO STRIKE** |

      Before the Court is defendant/counterclaimant Mediatek, Inc.'s ("Mediatek") administrative motion, filed May 11, 2007, for leave to file under seal its motion to strike portions of plaintiff's reply in support of plaintiff's motion for summary judgment and the exhibit attached thereto. Mediatek represents that its motion and attached exhibit contain material that has been designated as confidential by plaintiff.

      Under the Local Rules of this District, where a party seeks to file under seal any

material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Id. "If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." Id.

Here, the designating party, plaintiff, has not filed a responsive declaration within the time provided under Civil Local Rule 79-5(d).

Accordingly, defendant's administrative motion is hereby DENIED, and the Clerk of the Court is hereby DIRECTED to file in the public record "Defendant and Counterclaimant Mediatek, Inc.'s Motion to Strike New Arguments in Plaintiff's Reply Brief or in the Alternative, Request for Permission to File a Short Surreply and Surreply." See Civil L.R. 79-5(d).

**IT IS SO ORDERED.**

Dated: May 24, 2007

MAXINE M. CHESNEY
United States District Judge