IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br> v. <br> MEDIATEK, INC., et al., <br><br> Defendants <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants / | No. C 05-3148 MMC <br><br> **ORDER GRANTING DEFERRED PORTION OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS** |

    Before the Court is the deferred portion of defendants' "Unopposed Administrative Motion Pursuant to Local Rules 7-11 and 79-5(b) to File Confidential Documents Under Seal in Relation to Defendants' Opposition to Matsushita's Motion to Strike the Declarations of Jeffrey Bokor, Lee Soon Peng, Chao Chun Twu, and Steven Wasserman," filed May 4, 2007.

    Having reviewed the Declaration of Gerard A. Haddad, filed on behalf of non-party

1. International Business Machines Corporation, and the Declaration of Brian G. Bodine, filed on behalf of non-party Microsoft Corporation, the Court finds good cause exists to file under seal the unredacted version of Exhibit 10 to the Declaration of Benjamin L. Singer in Support of Defendants' Opposition to Matshushita's Motion to Strike, because portions thereof, specifically Exhibits G, L, M and O to Exhibit 10, contain sealable matter.

Accordingly, the Clerk is hereby DIRECTED to file under seal the unredacted version of Exhibit 10 to the Declaration of Benjamin L. Singer in Support of Defendants' Opposition to Matshushita's Motion to Strike.

With respect to Exhibit H to Exhibit 10 to the Declaration of Benjamin L. Singer, however, the designating party has withdrawn its designation of confidentiality. (See Haddad Decl., filed May 9, 2007, ¶ 4.) Accordingly, defendants are hereby DIRECTED to file in the public record, no later than May 29, 2007, Exhibit H to Exhibit 10 to the Declaration of Benjamin L. Singer. If defendants fail to timely file said exhibit in the public record, the Court will strike it from the record.

**IT IS SO ORDERED**.

Dated: May 24, 2007

MAXINE M. CHESNEY
United States District Judge