IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>　　　　Plaintiff,<br>　v.<br>MEDIATEK, INC., et al.,<br>　　　　Defendants<br>_____<br>MEDIATEK, INC,<br>　　　　Counterclaimant,<br>　v.<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.<br>　　　　Counterclaim Defendants<br>_____ / | No. 05-3148 MMC<br><br>**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION; VACATING "ORDER DENYING MEDIATEK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MOTION TO STRIKE"; GRANTING MEDIATEKS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MOTION TO STRIKE; DIRECTIONS TO CLERK** |

Before the Court is plaintiff's defendants' "Unopposed Emergency Motion in Response to Order Denying Motion to File Under Seal and Request for an Extension of Time to File a Declaration Pursuant to Civil L.R. 79-5(d)," filed May 25, 2007, supported by the Declaration of Tyler J. Woods.

Good cause appearing from the Declaration of Tyler J. Woods, plaintiff's emergency motion is hereby GRANTED, as follows:

1. The Court's Order Denying Mediatek's Administrative Motion to File Under Seal Motion to Strike, filed May 24, 2007 (Docket # 1137), is hereby VACATED;

2. Defendants' administrative motion to file under seal defendants' motion to strike is hereby GRANTED; and

3. The Clerk of the Court is DIRECTED to file under seal the unredacted version of "Defendant and Counterclaimant Mediatek, Inc.'s Motion to Strike New Arguments in Plaintiff's Reply Brief or in the Alternative, Request for Permission to File a Short Surreply and Surreply."

**IT IS SO ORDERED.**

Dated:  May 25, 2007

MAXINE M. CHESNEY
United States District Judge