IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> MEDIATEK, INC., et al., <br><br> Defendants <br><br>――――――――――――――――― <br><br> MEDIATEK, INC, <br><br> Counterclaimant, <br><br> v. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br> Counterclaim Defendants <br> ――――――――――――――――― / | No. 05-3148 MMC <br><br> **ORDER DIRECTING PLAINTIFF TO FILE DOCUMENT IN PUBLIC RECORD** |

Non-party International Business Machines Corporation having withdrawn its designation of confidentiality as to information contained in Exhibit 25 to the Declaration of Vinh Pham in Support of Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd.'s Opposition to Defendant and Counterclaimant Mediatek, Inc.'s Motion for Leave to Amend its Answer and Counterclaims and Motion for Additional Factual Discovery, (see

Haddad Decl., filed May 18, 2007, ¶¶ 2, 3), the Court hereby DIRECTS plaintiff to file said exhibit in the public record no later than May 31, 2007.

**IT IS SO ORDERED.**

Dated: May 25, 2007

MAXINE M. CHESNEY
United States District Judge