United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br>　　　　Plaintiff, <br>　v. <br><br>MEDIATEK, INC., et al., <br><br>　　　　Defendants <br>_____ <br><br>MEDIATEK, INC, <br><br>　　　　Counterclaimant, <br>　v. <br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br>　　　　Counterclaim Defendants <br>_____/ | No. 05-3148 MMC <br><br>**ORDER GRANTING DEFERRED PORTION OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

　　　　Before the Court is the deferred portion of plaintiff's administrative motion, filed May 4, 2007, to file under seal certain documents submitted in support of plaintiff's reply in support of its motion for summary judgment.

　　　　The deferred portion of plaintiff's motion pertains to "Exhibit 18 to Declaration of Aldo A. Badini in Support of Matsushita's Reply in Support of its Motion for Summary Judgment." Good cause appearing from the Declaration of Vincent Hong, filed May 24, 2007 on behalf

of non-parties ASUSTeK Computer Inc. and ASUS Computer International, plaintiff's motion is hereby GRANTED as it pertains to Exhibit 18, and the Clerk is DIRECTED to file said exhibit under seal.[1]

**IT IS SO ORDERED.**

Dated: May 30, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] Declarant Vincent Hong also asserts that a portion of page 12 in "Response to MediaTek's Objections to Evidence Offered in Support of Matsushita's Motion for Summary Judgment" ("Response") is sealable. Because the unredacted version of the Response has already been filed under seal, (see Order, filed May 18, 2007, Docket #1107), and the redacted version does not include the portion referenced by the declarant, (see Docket #966), no additional action need be taken by the Court.

2