1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | CASE NO. 05-CV-3148-MMC [JCS] <br><br> **[PROPOSED]** ORDER GRANTING JOINT ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-11 AND 79-5 TO FILE UNDER SEAL "JOINT STIPULATION TO REPLACE REDACTED DOCUMENTS FILED IN THE PUBLIC RECORD" |
| MEDIATEK, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterclaim Defendants. | |

1   Before the Court is the parties' Joint Administrative Motion Pursuant To Local
2   Rules 7-11 and 79-5 To File Under Seal "Joint Stipulation To Replace Redacted Documents Filed
3   In The Public Record."
4   The Joint Administrative Motion is supported by the Declaration of Carlos
5   Rodríguez.
6   The Court, having reviewed the evidence in support of the parties' Joint
7   Administrative Motion to Seal, finds that the Joint Stipulation To Replace Redacted Documents
8   Filed In The Public Record constitutes "sealable" material under Local Rule 79-5(a).
9   Accordingly, the Clerk is hereby DIRECTED to file under seal the Joint Stipulation To Replace
10  Redacted Documents Filed In The Public Record.
11  Dated: May 31, 2007

_____
Honorable Joseph C. Spero   Maxine M. Chesney
Magistrate Judge, United States District Court
District