**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br>  Plaintiff, <br>  v. <br> MEDIATEK, INC., et al., <br><br>  Defendants <br><br> ─────────────────────── <br> MEDIATEK, INC, <br><br>  Counterclaimant, <br>  v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al. <br><br>  Counterclaim Defendants / | No. 05-3148 MMC <br><br> **ORDER VACATING JUNE 8, 2007 HEARING** |

By order filed May 22, 2007, the Court took under submission a number of motions originally scheduled for hearing on May 25, 2007, including plaintiff's motion for summary judgment. Said order did not expressly address the status of defendant's "Motion to Strike New Arguments in Plaintiff's Reply Brief or in the Alternative, Request for Permission to File a Short Surreply," filed May 14, 2007 and noticed for hearing on June 8, 2007.

Having considered the above-referenced motion to strike, and plaintiff's opposition

thereto, the Court hereby VACATES the hearing scheduled for June 8, 2007, and takes said motion under submission.

**IT IS SO ORDERED.**

Dated:  June 1, 2007

MAXINE M. CHESNEY
United States District Judge