Case 3:05-cv-03148-MMC     Document 1167     Filed 06/01/2007     Page 1 of 3

1   Kevin P.B. Johnson (Bar No. 177129 )       Mark Malin (Bar No. 199757)
    kevinjohnson@quinnemanuel.com        mmalin@deweyballantine.com
2   QUINN EMANUEL URQUHART       DEWEY BALLANTINE LLP
       OLIVER & HEDGES, LLP       1950 University Avenue, Suite 500
3   555 Twin Dolphin Drive, Suite 560       E. Palo Alto, CA 94303
    Redwood Shores, California  94065-2139    Telephone: (650) 845-7303
4   Telephone:  (650) 801-5000        Facsimile: (650) 845-7333
    Facsimile:   (650) 801-5100
5
                                    Terrence P. McMahon (Bar No. 71910)
    Edward J. DeFranco (Bar No. 165596)     tmcmahon@mwe.com
6   eddefranco@quinnemanuel.com        McDERMOTT WILL & EMERY LLP
    QUINN EMANUEL URQUHART       3150 Porter Drive
7       OLIVER & HEDGES, LLP       Palo Alto, CA 94304-1212
    51 Madison Avenue, 22nd Floor       Telephone: (650) 813-5000
8   New York, New York           Facsimile: (650) 813-5100
    Telephone:  (212) 849-7000
9   Facsimile:  (212) 849-7100
                                  Attorneys for Plaintiff and Counterclaim
10  Attorneys for Defendant and Counterclaimant   Defendant Matsushita Electric Industrial Co.,
    MEDIATEK, INC., and Defendants OPPO    Ltd. and Counterclaim Defendant Panasonic
11  DIGITAL, INC., and MSI COMPUTER CORP.   Corporation of North America.

12
                        UNITED STATES DISTRICT COURT
13
       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
14

| | |
|---|---|
| 15   MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., | CASE NO. 05-CV-3148-MMC [JCS] |
| 16             Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO E-FILE JOINT LETTER REGARDING DEFENDANTS' MOTION** |
| 17       vs. | **TO COMPEL PRODUCTION OF 3DO PRIOR ART DISCOVERY** |
| 18   MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL | |
| 19   COMPUTER CORP., | [PROPOSED] ORDER FILED CONCURRENTLY |
| 20            Defendants. | |
| 21   MEDIATEK, INC., | Judge: Magistrate Joseph C. Spero |
| 22           Counterclaimant, | |
| 23       vs. | |
| 24   MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC | |
| 25   CORPORATION OF NORTH AMERICA, | |
| 26        Counterclaim Defendants. | |

27

28

1  WHEREAS, on May 11, 2007, Defendants filed a Notice Of Motion And Motion For

2  Order Compelling Production Of 3DO Prior Art Discovery.

3  WHEREAS, on May 15, 2007, the Court requested that the lead counsel for the parties

4  meet in person to discuss the disputes raised in Defendants' Motion in an attempt to resolve these

5  disputes without Court intervention and requested that the parties file a joint letter apprising the

6  Court of the efforts to confer and of the status of the disputes by May 31, 2007,

7  WHEREAS, on May 15, 2007, lead counsel for the parties agreed to meet and confer in

8  person on May 25, 2007 after a scheduled summary judgment hearing before Judge Chesney,

9  WHEREAS, on May 22, 2007, Judge Chesney vacated the scheduled hearing,

10  WHEREAS, starting May 29, 2007, lead counsel for the parties met and conferred in

11  person, followed up by additional conferences by telephone between May 29 and May 31, to

12  attempt to resolve the disputes,

13  WHEREAS, by May 31, 2007, the parties had resolved a number of disputes raised in

14  Defendants' Motion and were still discussing the remaining disputes,

15  WHEREAS, because of the lateness of the hour and the continuing efforts to discuss

16  remaining disputes, the parties erroneously e-filed a letter with the Court that did not fully address

17  the remaining disputes,

18  WHEREAS, the parties require two additional business days to discuss the remaining

19  disputes and to finalize the joint letter,

20  WHEREAS, the parties contacted chambers the morning of June 1 to inform the Court that

21  the joint letter was filed in error and that the parties needed more time for the reasons stated above,

22  /

23  /

24  /

25

26  NOW, THEREFORE,

27  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through

28  their respective counsel, that:

Case 3:05-cv-03148-MMC    Document 1167    Filed 06/01/2007    Page 3 of 3

1    The deadline to submit by e-filing a joint letter addressing the status of disputes raised in

2  Defendants' Motion is extended to Monday, June 4, 2007.

3  DATED:  June 1, 2007                QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
4

5
                                       By___/s/_____
6                                      Eric Huang
                                       Attorneys for Defendants and Counterclaimant
7                                      MEDIATEK, INC., OPPO DIGITAL, INC., and
                                       MSI COMPUTER CORP
8
   DATED:  June 1, 2007                DEWEY BALLANTINE LLP
9

10
                                       By___/s/_____
11                                     Anthony Shaw
                                       Attorneys for Plaintiff and Counterclaim
                                       Defendant MATSUSHITA ELECTRIC
12                                     INDUSTRIAL CO., LTD. and Counterclaim
                                       Defendant PANASONIC CORPORATION OF
13                                     NORTH AMERICA

14                              **ATTESTATION**

15    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

16  penalty of perjury that concurrence in this filing was obtained from Anthony Shaw.

17  DATED:  June 1, 2007                QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
18

19
                                       By___/s/_____
20                                     Eric Huang

21
   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
22

23

24  DATED:  June 4, 2007           By_____
                                       Honorable Joseph C. Spero
25                                     Magistrate Judge

26

27

28

-3-                    Case No. 05-CV-3148-MMC [JCS]
JOINT STIPULATION TO EXTEND TIME TO E-FILE JOINT LETTER