1    MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com

2    JEROLD L. HERSH (Bar No. 225651)
jerry.hersh@dlapiper.com

3    DLA PIPER US LLP
2000 University Avenue

4    East Palo Alto, CA  94303-2248
Tel:  650.833.2000

5    Fax:  650.833.2001

6    Attorneys for Non-Parties
ZORAN CORPORATION, DLA PIPER US LLP

7    and WILLIAM G. GOLDMAN

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11    MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD.

12

         Plaintiff,

13

      v.

14

MEDIATEK, INC., OPPO DIGITAL, INC.

15    and MICRO-STAR INTERNATIONAL
COMPUTER CORP.,

16

         Defendants.

17

18    AND RELATED COUNTERCLAIMS.

19

CASE NO  05-CV-3148-MMC [JCS]

**ORDER GRANTING DLA PIPER US LLP'S MOTION FOR WITHDRAWAL AS ATTORNEYS TO BE NOTICED WITH RESPECT TO NON-PARTIES DLA PIPER US LLP, ZORAN CORPORATION AND WILLIAM G. GOLDMAN**

Judge:  Judge Maxine Chesney

20         Upon consideration of DLA Piper US LLP's Motion for Withdrawal As Attorneys To Be

21    Noticed With Respect To Non-Parties DLA Piper US LLP, Zoran Corporation and William G.

22    Goldman (the "Motion"), the Court hereby GRANTS the Motion.

23         The Court and all parties to this action shall remove the following attorneys from all

24    automatic service lists in this action, including electronic notification through the Court's ECF

25    system:

26    /////

27    /////

28    /////

-1-

EM\7219001.1
999500-909800

1

**Mark Fowler**
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303
650/833-2048
Fax: 650-833-2001
Email: mark.fowler@dlapiper.com

2

3

4

5

6

**Jerold Hersh**
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303
650/833-2363
Fax: 650-833-2001
Email: jerry.hersh@dlapiper.com

7

8

9

10

11

   IT IS SO ORDERED.

12

13

Dated:  June 7, 2007

14

_____
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
EAST PALO ALTO

EM\7219001.1
999500-909800