UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>　　　　Defendants. | CASE NO. 05-CV-3148-MMC [JCS]<br><br>**[PROPOSED] ORDER TO REPLACE REDACTED DOCUMENTS FILED IN THE PUBLIC RECORD**<br><br>~~Judge: Magistrate Joseph C. Spero~~ |
| MEDIATEK, INC.,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>　　　　Counterclaim Defendants. | |

1  Having considered the Joint Stipulation to Replace Redacted Documents Filed in the
2  Public Record, and good cause appearing therefore,
3  The Clerk of the Court IS HEREBY ORDERED to remove and replace each of the
4  following documents:
5     1) Docket Nos. 317, 318, 344, 396, 413, 552, 553, 593, 640, and 641, with
6        Exhibits 317, 318, 344, 396, 413, 552, 553, 593, 640, and 641 filed with the
7        Joint Stipulation to Replace Redacted Documents Filed in the Public
8        Record; and
9     2) Docket Nos. 359, 421, 423, 672 and 717, with Exhibits 359, 421, 423, 672
10       and 717 filed with the Joint Stipulation to Replace Redacted Documents
11       Filed in the Public Record.
12 The Clerk shall file the replacements as attachments to the instant order.
13 Dated: __June 8, 2007_____     _/s/ Maxine M. Chesney_____
14 Honorable ~~Joseph C. Spero~~ Maxine M. Chesney
   ~~Magistrate~~, United States District ~~Court~~ Judge