1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,        ) | Case No. 05-CV-3148-MMC [JCS] |

MATSUSHITA ELECTRIC INDUSTRIAL     )   Case No. 05-CV-3148-MMC [JCS]
CO., LTD.,                          )
                                   )   **ORDER GRANTING IN PART AND**
11          Plaintiff,             )   **DENYING IN PART PLAINTIFF AND**
12                                 )   **COUNTERCLAIM DEFENDANT**
            v.                     )   **MATSUSHITA ELECTRIC**
13                                 )   **INDUSTRIAL CO., LTD.'S MOTION**
MEDIATEK, INC., OPPO DIGITAL, INC., and)   **FOR ADMINISTRATIVE RELIEF TO**
14  MICRO-STAR INTERNATIONAL        )   **FILE DOCUMENTS UNDER SEAL;**
    COMPUTER CORP.,                 )   **DIRECTIONS TO CLERK**
15                                 )
            Defendants.            )
16                                 )
                                   )   Judge:  Honorable Maxine M. Chesney
17  MEDIATEK, INC.,                )
                                   )
18          Counterclaimant,       )
                                   )
19          v.                     )
                                   )
20  MATSUSHITA ELECTRIC INDUSTRIAL )
    CO., LTD. and PANASONIC CORPORATION)
21  OF NORTH AMERICA,              )
                                   )
22          Counterclaim Defendants.  )

23

24

25

26

27

28

Case No. 05-CV-3148 MMC [JCS]
[Proposed] Order Granting Matsushita's Administrative Mot. to File Docs. Under Seal

1    Before the Court is plaintiff and counterclaim defendant Matsushita Electric Industrial

2  Co., Ltd.'s ("Matsushita") Unopposed Motion for Administration Relief to File Documents

3  Under Seal, specifically, for leave to file under seal Exhibits 2 and 5 to the Declaration of Aldo

4  A. Badini in Support of Matsushita's Opposition to MediaTek's Motion for Continuance.

5    Good cause appearing from the Declaration of Randall T. Garteiser, filed April 15, 2007,

6  the motion is GRANTED with respect to Exhibit 2, and the Clerk is DIRECTED to file the

7  unredacted version of Exhibit 2 under seal.

8    Because MediaTek has withdrawn its designation of confidentiality as to Exhibit 5, the

9  motion is DENIED with respect to Exhibit 5, and the Clerk is DIRECTED to file Exhibit 5 in the

10  public record.

11    IT IS SO ORDERED.

12

13  Dated:  June 20, 2007

14
_____
15  Honorable Maxine M. Chesney
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        1