1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ) ) ) Plaintiff, ) ) v. ) ) MEDIATEK, INC., OPPO DIGITAL, INC., and ) MICRO-STAR INTERNATIONAL ) COMPUTER CORP., ) ) Defendants. ) ) ) MEDIATEK, INC., ) ) Counterclaimant, ) ) v. ) ) MATSUSHITA ELECTRIC INDUSTRIAL ) CO., LTD. and PANASONIC CORPORATION ) OF NORTH AMERICA, ) ) Counterclaim Defendants. ) | Case No. 05-CV-3148-MMC<br><br>**ORDER DENYING MEDIATEK'S MOTION FOR ORDER CONTINUING PRE-TRIAL AND TRIAL DATES IN LIGHT OF THE SUPREME COURT'S KSR INTERNATIONAL V. TELEFLEX DECISION; DENYING AS MOOT MATSUSHITA'S MOTION TO CONTINUE HEARING; VACATING HEARING**<br><br>Judge: Honorable Maxine M. Chesney |

CASE NO. 05-CV-3148 MMC [JCS]
[PROPOSED] ORDER DENYING MEDIATEK'S MOT. TO CONTINUE PRE-TRIAL AND TRIAL DATES IN LIGHT OF KSR

Before the Court is Defendant and Counterclaimant MediaTek, Inc.'s ("MediaTek") Motion for Order Continuing Pre-Trial and Trial Dates in Light of the Supreme Court's *KSR International v. Teleflex* Decision, the Opposition filed by Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd. ("Matsushita"), and the Reply filed by MediaTek.

For the reasons stated by Matsushita, MediaTek's Motion for Order Continuing Pre-Trial and Trial Dates in Light of the Supreme Court's *KSR International v. Teleflex* Decision is hereby DENIED.

The hearing scheduled for June 29, 2007 is VACATED; Matsushita's motion to continue the hearing to July 13, 2007 is DENIED as moot.

IT IS SO ORDERED.

Dated: June 25, 2007

_____
Honorable Maxine M. Chesney
United States District Court