1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

9
10

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP., <br><br> Defendants. | Case No. 05-CV-3148-MMC [JCS] <br><br> **ORDER GRANTING MEDIATEK'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL; DIRECTIONS TO CLERK** |
| MEDIATEK, INC., <br><br> Counterclaimant, <br><br> v. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Counterclaim Defendants. | Judge: Honorable Maxine M. Chesney |

Case No. 05-CV-3148 MMC [JCS]
[Proposed] Order Granting MediaTek's Request to File Under Seal

1  Before the Court is Defendant MediaTek's UNOPPOSED ADMINISTRATIVE
2 MOTION TO FILE UNDER SEAL, filed June 18, 2007.  The Court, having reviewed the
3 evidence in support of the motion to file under seal, specifically, the Declaration of Mark Malin
4 filed June 25, 2007, finds the unredacted version of the following document reflects Plaintiff
5 Matsushita's confidential business information and constitutes "sealable" material under Local
6 Rule 79-5(a), and, accordingly, the Clerk is hereby directed to file under seal an unredacted
7 version thereof:

8  DEFENDANT MEDIATEK INC.'S AMENDED ANSWER TO COMPLAINT AND
9 COUNTERCLAIM FOR PATENT INFRINGEMENT OF U.S. PATENT NO. 5,970,031 AND
10 FOR DECLARATORY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT.

11  IT IS SO ORDERED.

13 Dated: June 27, 2007

15 _____
Honorable Maxine M. Chesney
United States District Judge

1