| | |
|---|---|
| Mark Malin (Bar No. 199757)<br>mmalin@deweyballantine.com<br>DEWEY BALLANTINE LLP<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA 94303<br>Telephone: (650) 845-7303<br>Facsimile: (650) 845-7333 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>    OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA  94065-2139<br>Telephone:  (650) 801-5000<br>Facsimile:   (650) 801-5100 |
| Terrence P. McMahon (Bar No. 71910)<br>tmcmahon@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100 | Edward J. DeFranco (Bar No. 165596)<br>eddefranco@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>    OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>Telephone:  (212) 849-7000<br>Facsimile:   (212) 849-7100 |
| Attorneys for Plaintiff and Counterclaim Defendant Matsushita Electric Industrial Co., Ltd. and Counterclaim Defendant Panasonic Corporation of North America. | Attorneys for Defendant and Counterclaimant MediaTek, Inc., and Defendants OPPO Digital, Inc. and MSI Computer Corp. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>            Plaintiff,<br><br>    vs.<br><br>MEDIATEK, INC., OPPO DIGITAL, INC., and MICRO-STAR INTERNATIONAL COMPUTER CORP.,<br><br>            Defendants.<br>_____<br>MEDIATEK, INC.,<br><br>            Counterclaimant,<br><br>    vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>            Counterclaim Defendants. | CASE NO. 05-CV-3148-MMC [JCS]<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure §§ 41(a)(1)(ii) and 41(c), plaintiff and counter defendants Matsushita Electric Industrial Co., Ltd and Panasonic Corporation of North America and defendants and counterclaimants Mediatek, Inc., Oppo Digital, Inc., and MSI Computer Corp. hereby stipulate that all claims and counterclaims in this action shall be, and hereby are, dismissed with prejudice without costs to either party.  Each party shall bear its own attorneys' fees and experts' fees.

DATED:  July 9, 2007               DEWEY BALLANTINE LLP


                                   By_____/S/_____
                                      Mark Malin
                                      Attorneys for Plaintiff and Counterclaim
                                      Defendant MATSUSHITA ELECTRIC
                                      INDUSTRIAL CO., LTD. and Counterclaim
                                      Defendant PANASONIC CORPORATION OF
                                      NORTH AMERICA

DATED:  July 9, 2007               QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP


                                   By_____/S/_____
                                      Eric Huang
                                      Attorneys for Defendants and Counterclaimant
                                      MEDIATEK, INC., OPPO DIGITAL, INC., and
                                      MSI COMPUTER CORP.


**ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Eric Huang.

DATED:  July 9, 2007               DEWEY BALLANTINE LLP


                                   By_____/S/_____
                                      Mark Malin

Dated: July 9, 2007

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maxine M. Chesney]

-2-                                Case No. 05-CV-3148-MMC [JCS]
                                   JOINT STIPULATION OF DISMISSAL